# Exhibit A

**William S. Consovoy Court and Bar Memberships**

| Name of State or Federal Bar or Court | Bar Number (if any) | Date Admitted | Status with Bar or Court |
|---|---|---|---|
| Virginia Bar | 47704 | 06/04/2002 | Active |
| District of Columbia Bar | 493423 | 07/08/2005 | Active |
| District of Columbia Court of Appeals | 493423 | 07/08/2005 | Active |
| Virginia Supreme Court | | 04/25/2002 | Active |
| Court of Federal Claims | | 09/26/2017 | Active |
| U.S. District Court for the District of Columbia | 493423 | 03/01/2010 | Active |
| U.S. District Court for the Eastern District of Virginia | | 12/19/2014 | Resigned |
| U.S. District Court for the District of Nebraska | | 01/23/2019 | Active |
| U.S. District Court for the District of Maryland | 20397 | 04/20/2018 | Active |
| U.S. District Court for the Central District of Illinois | | 06/11/2019 | Active |
| U.S. Court of Appeals for the First Circuit | | 11/21/2007 | Active |
| U.S. Court of Appeals for the Second Circuit | | 10/8/2019 | Active |
| U.S. Court of Appeals for the Third Circuit | | 06/09/2010 | Active |
| U.S. Court of Appeals for the Fourth Circuit | | 06/04/2002 | Active |
| U.S. Court of Appeals for the Fifth Circuit | | 04/22/2010 | Active |

| | | | |
|---|---|---|---|
| U.S. Court of Appeals for the Sixth Circuit | | 09/05/2012 | Active |
| U.S. Court of Appeals for the Seventh Circuit | | 11/16/2012 | Active |
| U.S. Court of Appeals for the Ninth Circuit | | 01/24/2013 | Active |
| U.S. Court of Appeals for the Tenth Circuit | | 05/11/2015 | Active |
| U.S. Court of Appeals for the Eleventh Circuit | | 03/14/2011 | Active |
| U.S. Court of Appeals for the District of Columbia Circuit | 53688 | 10/17/2011 | Active |
| Supreme Court of the United States | | 09/02/2011 | Active |