UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Students for Fair Admissions, Inc. | § § § |
| vs. | § NO:   AU:20-CV-00763-RP |
| University of Texas at Austin, et al | § § § |

O R D ER

**BE IT REMEMBERED** on this the 17th day of August, 2020, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by Steven Begakis, counsel for Students for Fair Admissions, Inc. and the Court, having reviewed the motion, enters the following order:

**IT IS ORDERED** that the Motion for Admission *Pro Hac Vice* is GRANTED, and Steven Begakis may appear on behalf of Students for Fair Admissions, Inc. in the above case.

**IT IS FURTHER ORDERED** that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to:   Clerk, U.S. District Court.

**IT IS FURTHER ORDERED** that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

**IT IS FINALLY ORDERED** that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

**IT IS SO ORDERED** this 17th day of August, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE