AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Students for Fair Admissions, Inc., ) <br> *Plaintiff* ) <br> v. ) <br> University of Texas at Austin, et al., ) <br> *Defendant* ) | Case No. 1:20-cv-763 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Students for Fair Admissions, Inc.

Date: 09/18/2020

/s/ J. Michael Connolly
*Attorney's signature*

J. Michael Connolly
*Printed name and bar number*

1600 Wilson Boulevard, Suite 700
Arlington, VA 22209

*Address*

mike@consovoymccarthy.com
*E-mail address*

(703) 243-9423
*Telephone number*

*FAX number*