IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| STUDENTS FOR FAIR ADMISSIONS INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Cause No. 1:20-cv-763-RP |
| | § | |
| UNIVERSITY OF TEXAS AT AUSTIN; JAMES B. MILLIKEN, Chancellor of the University of Texas System in his Official Capacity; STEVEN LESLIE, Executive Vice Chancellor for Academic Affairs of the University of Texas System in his Official Capacity; DANIEL H. SHARPHORN, Vice Chancellor and General Counsel of the University of Texas System in his Official Capacity; JAY HARTZELL, President of the University of Texas at Austin in his Official Capacity; BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM; DAVID J. BECK, CHRISTINA MELTON CRAIN, KEVIN P. ELTIFE, R. STEVEN HICKS, JODIE LEE JILES, JANIECE LONGORIA, NOLAN PEREZ, KELCY L. WARREN, AND JAMES C. "RAD" WEAVER, as Members of the Board of Regents in Their Official Capacities; DANIEL JAFFE, Interim Executive Vice President and Provost; RACHELLE HERNANDEZ, Senior Vice Provost for Enrollment Management and Student Success; and MIGUEL WASIELEWSKI, Executive Director for Office of Admissions, Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § | |

**<u>ORDER</u>**

Before the Court is Defendants' Motion to Dismiss, in Part, for Lack of Subject Matter Jurisdiction and for Failure to State a Claim.  Having considered the motion, along with any responses and replies on file, as well as the arguments and authorities presented therein, the Court now enters the following order:

IT IS ORDERED that Defendants' Motion to Dismiss, in Part, for Lack of Subject Matter Jurisdiction and for Failure to State a Claim is GRANTED.

Signed on this the _____ day of _____, 2020.

_____
THE HONORABLE ROBERT PITMAN
UNITED STATES DISTRICT JUDGE