IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Case No. 1:20-cv-763-RP |
| UNIVERSITY OF TEXAS AT AUSTIN, et al. | ) ) ) ) | |
| *Defendants.* | ) ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS OR FILE AMENDED COMPLAINT**

Plaintiff Students for Fair Admissions, Inc. ("SFFA") files this unopposed motion for an extension of time to file an opposition to the Defendants' motion to dismiss or file an amended complaint as "a matter of course."

On October 16, 2020, Defendants filed a motion to dismiss, in part, SFFA's complaint. Doc. 10. Defendants also filed an answer. Doc. 11. SFFA's current deadline to respond to the motion to dismiss is October 30, 2020. *See* CV-7(e). SFFA's current deadline to file an amended complaint "as a matter of course" is November 6, 2020. *See* Fed. R. Civ. P. 15(a)(1).

SFFA requests an extension of time for both deadlines up to and including November 16, 2020. During the next few weeks, counsel for SFFA has a series of scheduling conflicts, including filing a lengthy motion for summary judgment in Alaska Superior Court and multiple matters related to the upcoming November election. SFFA believes that the interests of justice will be served by extending these deadlines in order to provide SFFA with sufficient time to properly respond to Defendants' filings. SFFA has conferred with counsel for Defendants and they do not oppose SFFA's motion.

Wherefore, SFFA respectfully requests that the Court grant the motion for an extension of time to file an opposition to the Defendants' motion to dismiss or file an amended complaint as "a matter of course" up to and including November 16, 2020.

Respectfully submitted,

*/s/ William S. Consovoy*

William S. Consovoy (*pro hac vice*)
J. Michael Connolly
Cameron T. Norris
Steven C. Begakis (*pro hac vice*)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
will@consovoymccarthy.com
mike@consovoymccarthy.com
cam@consovoymccarthy.com
steven@consovoymccarthy.com

Dated: October 22, 2020

*Counsel for Plaintiff Students for Fair Admissions, Inc.*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on counsel of record for Defendants via the Court's electronic filing and service on October 22, 2020.

/s/ William S. Consovoy

William S. Consovoy