IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., | ) ) ) |
| *Plaintiff*, | ) ) |
| v. | ) Case No. 1:20-cv-763-RP ) |
| UNIVERSITY OF TEXAS AT AUSTIN, et al. | ) ) ) |
| *Defendants*. | ) ) ) |

**ORDER**

Having reviewed the Plaintiff's Unopposed Motion for Extension of Time to File Opposition to Motion to Dismiss or File Amended Complaint, IT IS HEREBY ORDERED that the motion is GRANTED. SFFA may file an opposition to the Defendants' motion to dismiss or file an amended complaint as "a matter of course" up to and including November 16, 2020.

**IT IS SO ORDERED** this _____ day of _____, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE