IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., § § Plaintiff, § § v. § § UNIVERSITY OF TEXAS AT AUSTIN; § JAMES B. MILLIKEN, *Chancellor of the University of Texas System in his Official Capacity*; STEVEN LESLIE, *Executive Vice Chancellor for Academic Affairs of the University of Texas System in his Official Capacity*; DANIEL H. SHARPHORN, *Vice Chancellor and General Counsel of the University of Texas System in his Official Capacity*; JAY HARTZELL, *President of the University of Texas at Austin in his Official Capacity*; BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM; DAVID J. BECK, CHRISTINA MELTON CRAIN, KEVIN P. ELTIFE, R. STEVEN HICKS, JODIE LEE JILES, JANIECE LONGORIA, NOLAN PEREZ, KELCY L. WARREN, and JAMES C. "RAD" WEAVER, *as Members of the Board of Regents in Their Official Capacities*; DANIEL JAFFE, *Interim Executive Vice President and Provost*; RACHELLE HERNANDEZ, *Senior Vice Provost for Enrollment Management and Student Success*; and MIGUEL WASIELEWSKI, *Executive Director for Office of Admissions*, § § § § § § § § § § § § § § § § § § § § § § § § § § Defendants. § | 1:20-CV-763-RP |

## **ORDER**

This case was assigned to the undersigned through random assignment. The undersigned is teaching a criminal law seminar at the University of Texas School of Law this semester for which he is being nominally compensated. In accordance with and pursuant to Canon 3(C) of the Code of

1

Conduct for United States Judges and pursuant to 28 U.S.C. § 455(a), the undersigned sets and directs the parties, or counsel acting on their behalf, to appear by phone for a status conference on **December 17, 2020 at 10:00 a.m.**

Counsel for Plaintiff shall be responsible for coordinating the call and providing dial-in information at least 24 hours prior to the conference to the Courtroom Deputy at Julie_Golden@txwd.uscourts.gov.

**SIGNED** on December 8, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE