# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC. | * * * | |
| Plaintiff, | * * | |
| v. | * * | 14-cv-14176-ADB |
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION) | * * * * | |
| Defendant. | * | |

## SCHEDULING ORDER

BURROUGHS, D.J.

This Scheduling Order is intended to provide a reasonable timetable for discovery in order to help ensure a fair and just resolution of this matter without undue expense or delay. Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(F), it is hereby ORDERED as follows.

1. The parties shall serve Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure ("FRCP") by April 27, 2015.

2. All motions to amend the pleadings pursuant to FRCP 15, 19, and 20 shall be filed by September 25, 2015.

3. All fact discovery shall be completed by April 1, 2016.

4. Plaintiff's experts shall be designated and the information required by Fed. R. Civ. P. 26(a)(2) shall be disclosed by May 16, 2016.

5. Defendant's experts shall be designated and the information required by Fed. R. Civ. P. 26(a)(2) shall be disclosed by June 30, 2016.

1

6.      All expert discovery, including expert depositions, shall be completed by <u>August 29, 2016.</u>

7.      Any dispositive motions, including motions for summary judgment, shall be filed by <u>October 13, 2016</u>. Opposition briefs shall be filed 21 days after service of the dispositive motion, in accordance with Local Rule 56.1. Reply briefs shall be filed within 14 days of service of opposition briefs, in accordance with Local Rule 56.1.

8.      A further Status Conference before the Court will be scheduled for <u>July 9, 2015,</u> at 2:00pm.

**SO ORDERED.**

Dated: May 4, 2015

                                                    /s/ Allison D. Burroughs
                                                    ALLISON D. BURROUGHS
                                                    DISTRICT JUDGE