UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS,<br><br>*Plaintiff*,<br><br>v.<br><br>UNIVERSITY OF TEXAS AT AUSTIN; JAMES B. MILLIKEN, Chancellor of the University of Texas System in his Official Capacity; STEVEN LESLIE, Executive Vice Chancellor for Academic Affairs of the University of Texas System in his Official Capacity; DANIEL H. SHARPHORN, Vice Chancellor and General Counsel of the University of Texas System in his Official Capacity; JAY HARTZELL, Interim President of the University of Texas at Austin in his Official Capacity; BOARD OF REGENTS OF THE TEXAS STATE UNIVERSITY SYSTEM; DAVID J. BECK, CHRISTINA MELTON CRAIN, KEVIN P. ELTIFE, R. STEVEN HICKS, JODIE LEE JILES, JANIECE LONGORIA, NOLAN PEREZ, KELCY L. WARREN, AND JAMES C. "RAD" WEAVER, as Members of the Board of Regents in Their Official Capacities; DANIEL JAFFE, Interim Executive Vice President and Provost; RACHELLE HERNANDEZ, Senior Vice Provost for Enrollment Management and Student Success; and MIGUEL WASIELEWSKI, Executive Director for Office of Admissions,<br><br>*Defendants*. | Case No. 1:20-cv-00763-RP |

## NOTICE OF APPEARANCE OF COUNSEL

The following attorney from the law firm Hunton Andrews Kurth LLP, located at 600 Travis St., Suite 4200, Houston, Texas 77002, enters his appearance as counsel of record for

Proposed Defendant-Intervenors the Texas National Association for the Advancement of Colored People, the Texas Orange Jackets, the Black Student Alliance, Adaylin Alvarez, Morgan Bennett, Liz Kufour, Brianna Mallorie McBride, Desiree Ortega-Santiago, Nima Rahman, Alexandra Trujillo, and Rosaleen Xiong, in the above-captioned matter.

Brian C. Pidcock
State Bar No. 24074895
brianpidcock@HuntonAK.com
**HUNTON ANDREWS KURTH LLP**
600 Travis St., Suite 4200
Houston, Texas 77002
(713) 220-4200 (Telephone)
(713) 220-4285 (Facsimile)

Respectfully submitted,

By: */s/ Brian P. Pidcock*
    Brian C. Pidcock
    State Bar No. 24074895
    brianpidcock@HuntonAK.com
    **HUNTON ANDREWS KURTH LLP**
    600 Travis St., Suite 4200
    Houston, Texas  77002
    (713) 220-4200 (Telephone)
    (713) 229-4285 (Facsimile)

    *Attorney for proposed Student and*
    *Organizational Defendant-Intervenors*

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2020, a true and correct copy of the foregoing document has been served upon counsel of record, by operation of the Court's electronic filing system.

| | |
|---|---|
| William S. Consovoy | John J. McKetta, III |
| Cameron T. Norris | Matthew C. Powers |
| Steven C. Begakis | William Christian |
| **CONSOVOY MCCARTHY PLLC** | Marianne W. Nitsch |
| 1600 Wilson Boulevard, Suite 700 | **GRAVES DOUGHERTY, HEARON & MOODY, P.C.** |
| Arlington, Virginia 22209 | 401 Congress Avenue, Suite 2700 |
| will@consovoymccarthy.com | Austin, Texas 78701 |
| cam@consovoymccarthy.com | (512) 480-5725 (phone) |
| steven@consovoymccarthy.com | (512) 539-9938 (fax) |
| | mmcketta@gdhm.com |
| | mpowers@gdhm.com |
| | wchristian@gdhm.com |
| | mnitsch@gdhm.com |

    */s/ Brian P. Pidcock*
    Brian C. Pidcock