# EXHIBIT A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS,<br><br>*Plaintiff*,<br><br>v.<br><br>UNIVERSITY OF TEXAS AT AUSTIN; JAMES B. MILLIKEN, Chancellor of the University of Texas System in his Official Capacity; STEVEN LESLIE, Executive Vice Chancellor for Academic Affairs of the University of Texas System in his Official Capacity; DANIEL H. SHARPHORN, Vice Chancellor and General Counsel of the University of Texas System in his Official Capacity; JAY HARTZELL, Interim President of the University of Texas at Austin in his Official Capacity; BOARD OF REGENTS OF THE TEXAS STATE UNIVERSITY SYSTEM; DAVID J. BECK, CHRISTINA MELTON CRAIN, KEVIN P. ELTIFE, R. STEVEN HICKS, JODIE LEE JILES, JANIECE LONGORIA, NOLAN PEREZ, KELCY L. WARREN, AND JAMES C. "RAD" WEAVER, as Members of the Board of Regents in Their Official Capacities; DANIEL JAFFE, Interim Executive Vice President and Provost; RACHELLE HERNANDEZ, Senior Vice Provost for Enrollment Management and Student Success; and MIGUEL WASIELEWSKI, Executive Director for Office of Admissions,<br><br>*Defendants*. | Case No. 1:20-cv-00763-RP |

**[PROPOSED] ORDER**

Before the Court is the Proposed Defendant-Intervenors' Motion to Extend Page Limit. Having considered the motion, which is not contested by the parties to this litigation, as well as the arguments presented therein, the Court now enters the following order:

IT IS ORDERED that the Proposed Defendants-Intervenors' Motion to Extend Page Limit is GRANTED, and Proposed Defendant-Intervenors may submit a motion to intervene that is no longer than fifteen (15) pages.

Signed on this the _____ day of _____, 2020.

_____
THE HONORABLE ROBERT PITMAN
UNITED STATES DISTRICT JUDGE