## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS,<br><br>*Plaintiff*,<br><br>v.<br><br>UNIVERSITY OF TEXAS AT AUSTIN; JAMES B. MILLIKEN, Chancellor of the University of Texas System in his Official Capacity; STEVEN LESLIE, Executive Vice Chancellor for Academic Affairs of the University of Texas System in his Official Capacity; DANIEL H. SHARPHORN, Vice Chancellor and General Counsel of the University of Texas System in his Official Capacity; JAY HARTZELL, Interim President of the University of Texas at Austin in his Official Capacity; BOARD OF REGENTS OF THE TEXAS STATE UNIVERSITY SYSTEM; DAVID J. BECK, CHRISTINA MELTON CRAIN, KEVIN P. ELTIFE, R. STEVEN HICKS, JODIE LEE JILES, JANIECE LONGORIA, NOLAN PEREZ, KELCY L. WARREN, AND JAMES C. "RAD" WEAVER, as Members of the Board of Regents in Their Official Capacities; DANIEL JAFFE, Interim Executive Vice President and Provost; RACHELLE HERNANDEZ, Senior Vice Provost for Enrollment Management and Student Success; and MIGUEL WASIELEWSKI, Executive Director for Office of Admissions,<br><br>*Defendants*. | Case No. 1:20-cv-00763-RP |

**PROPOSED DEFENDANT-INTERVENORS' MOTION TO INTERVENE**

Pursuant to Federal Rule of Civil Procedure 24, eight University of Texas at Austin ("UT-Austin") students ("Student Intervenors") and three organizations with members who attend UT-Austin and/or with organizational interests in its race-conscious admissions policy ("Organizational Intervenors) (collectively "Movants") hereby move to intervene. Proposed Student Intervenors are Adaylin Alvarez, Morgan Bennett, Brianna Mallorie McBride, Liz Kufour, Desiree Ortega-Santiago, Nima Rahman, Alexandra Trujillo, and Rosaleen Xiong. Proposed Organizational Intervenors are the Texas National Association for the Advancement of Colored People, the Black Student Alliance, and the Texas Orange Jackets.

As detailed in the accompanying memorandum, Movants satisfy each of the requirements for intervention as of right under Fed. R. Civ. P. 24(a). Movants seek to participate in this case to present the most fulsome defense of, and to ensure that a full evidentiary record is created regarding, UT-Austin's consideration of race and ethnicity as part of its holistic review of applicants' files. They seek to ensure that any changes to the admissions process resulting from this litigation, through court order or settlement, comply with their rights under Title VI of the Civil Rights Act of 1964 and the Constitution.

A complete record requires adducing comprehensive evidence related to UT-Austin's compelling interest in student body diversity. Such evidence includes, for example, evidence pertaining to the past and current state of racial and ethnic relations on campus; the lack of a critical mass of students of certain racial and ethnic backgrounds at UT Austin; and the history and ongoing effects of discrimination and segregation in Texas and at UT-Austin. Defendant UT-Austin does not adequately represent Movants' interests in developing this evidence because it may avoid presenting evidence that reflects poorly on UT-Austin, exposes the shortcomings of the University's efforts to promote diversity, or suggests liability for the University under Title

VI. This Motion is filed in a timely fashion, and there remains time for Movants to develop this critical factual record within the existing case schedule.

If the Court declines to grant Movants intervention as of right, Movants alternatively request that they be allowed to intervene permissively under Fed. R. Civ. P. 24(b). Attached to this Motion are (1) pursuant to Fed. R. Civ. P. 24(c), a Proposed Answer (attached as Exhibit A); (2) declarations from each proposed Student and Organizational Intervenor setting forth facts upon which this Motion is based (attached as Exhibits B-L); and (3) pursuant to Local Rule CV-7(g), a Proposed Order (attached as Exhibit M).

A memorandum in support of this Motion has been filed separately. WHEREFORE, Movants respectfully request that this Court grant this Motion to Intervene.

So dated this 16th day of December, 2020.

/s/ Brian C. Pidcock
Brian C. Pidcock
State Bar No. 24074895
**HUNTON ANDREWS KURTH LLP**
600 Travis St.
Houston, TX 77002
Tel. (713) 220-4200
brianpidcock@HuntonAK.com

David Hinojosa
State Bar No. 24010689
(*W.D. Tex. application pending submission*)
Genevieve Bonadies Torres*
**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**
1500 K Street, NW, Suite 900
Washington, DC 20005
Tel. (202) 662-8600
dhinojosa@lawyerscommittee.org
gbonadies@lawyerscommittee.org

Ryan P. Phair*
Carter C. Simpson*
**HUNTON ANDREWS KURTH LLP**
2200 Pennsylvania Avenue, NW

- 4 -

        Washington, D.C. 20037
        Tel. (202) 955-1500
        rphair@huntonak.com
        csimpson@huntonak.com

        Alan R. Kabat*
        **BERNABEI & KABAT, PLLC**
        1400 - 16th Street, N.W., Suite 500
        Washington, D.C. 20036-2223
        Tel. (202) 745-1942 (ext. 242)
        Kabat@BernabeiPLLC.com

        **Pro hac vice* application pending*

        *Attorneys for proposed Student and Organizational Defendant-Intervenors*

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on counsel of record for Plaintiff via the Court's electronic filing and service system and also via email service as indicated below, on this the 16th day of December, 2020, as follows:

William S. Consovoy
Cameron T. Norris
Steven C. Begakis
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, Virginia 22209
will@consovoymccarthy.com
cam@consovoymccarthy.com
steven@consovoymccarthy.com

John J. McKetta, III
Matthew C. Powers
William Christian
Marianne W. Nitsch
GRAVES DOUGHERTY, HEARON & MOODY, P.C.
401 Congress Avenue, Suite 2700
Austin, Texas 78701
(512) 480-5725 (phone)
(512) 539-9938 (fax)
mmcketta@gdhm.com
mpowers@gdhm.com
wchristian@gdhm.com
mnitsch@gdhm.com

              */s/ Brian C. Pidcock*
              Brian C. Pidcock