# EXHIBIT G

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS**

STUDENTS FOR FAIR ADMISSIONS, INC., )
)
       *Plaintiff*, )
)
v. )   Case No. 1:20-cv-763
)
UNIVERSITY OF TEXAS AT AUSTIN; )
JAMES B. MILLIKEN, Chancellor of the )
University of Texas System in his )
Official Capacity; STEVEN LESLIE, )
Executive Vice Chancellor for Academic )
Affairs of the University of Texas System )
in his Official Capacity; DANIEL H. )
SHARPHORN, Vice Chancellor and )
General Counsel of the University of Texas )   **Declaration of**
System in his Official Capacity; )   **Nima Rahman**
JAY HARTZELL, Interim President of the )
University of Texas at Austin in his )
Official Capacity; BOARD OF REGENTS )
OF THE TEXAS STATE UNIVERSITY )
SYSTEM; DAVID J. BECK, CHRISTINA )
MELTON CRAIN, KEVIN P. ELTIFE, R. )
STEVEN HICKS, JODIE LEE JILES, )
JANIECE LONGORIA, NOLAN PEREZ, )
KELCY L. WARREN, AND JAMES C. )
"RAD" WEAVER, as Members of the Board )
of Regents in Their Official Capacities; )
DANIEL JAFFE, Interim Executive Vice )
President and Provost; RACHELLE )
HERNANDEZ, Senior Vice Provost for )
Enrollment Management and Student )
Success; and MIGUEL WASIELEWSKI, )
Executive Director for Office of Admissions, )
)
       *Defendants*. )
)
_____ )

1

I, Nima Rahman, pursuant to 28 U.S.C. § 1746, declare the following:

1. The facts set forth in this declaration are based on my personal first-hand knowledge, and if called as a witness, I could and would competently testify to the following matters under oath.

2. I identify as an Asian American, Pakistani American, and Muslim woman.

3. I am currently a senior at the University of Texas at Austin ("UT"), double majoring in Neuroscience and Plan II.[1]

4. My racial and ethnic identity profoundly impacted my experiences before and during college. I grew up in Irving, Texas, and graduated from Uplift North Hills Preparatory high school, also located in Irving, Texas. My high school alma mater prides itself on having broad racial diversity, with an 88 % minority student body.[2] Having a supportive Asian American community in high school helped me thrive academically and interpersonally as a student-leader. For example, my primary mentor in high school was my AP Biology teacher who was also an Asian American woman. I was able to relate to her racialized experiences navigating the world and she was able to see herself in me. Her genuine support and encouragement reinforced the strong sense of pride in my identity that I was raised with and gave me the confidence to excel in my studies and extracurriculars. For instance, active interest in my success in her AP Biology class helped inspire me to pursue a career in neuroscience and medicine.

5. I was admitted to UT under the top 7 % program and worked hard in high school to demonstrate my academic and leadership ability. I was actively involved in my school's student

---

[1] Plan II is an interdisciplinary Bachelor of Arts Honors Program degree.
[2] "Minority" refers to all ethnic groups besides non-Hispanic Whites; *see* U.S. News and World Report, *Uplift Education-North Hills Prep High School*, (2020), https://tinyurl.com/y2p686n2.

2

life and excelled in my coursework. I graduated with an unweighted GPA of about 3.96 and enrolled in several AP classes, including Human Geography, World History, US History, English Language and Composition, US Government and Politics, Calculus BC, Chemistry, Macroeconomics, and Biology. I participated in the Gold Rush spirit group, Theatre Club, and the Cross-Country team throughout all four years of high school. I also participated in Model UN and the Student Emergency Response Team during my sophomore through senior years and served as a Student Ambassador during my junior and senior years. The most meaningful extracurricular activity for me was Model UN due to the broad diversity of students and varied perspectives that the program exposed me to. For example, every year my school hosted the Dallas Area Model UN Conference. At the conference, I was exposed to the perspectives of students from all walks of life—from wealthier private schools to lower-income public schools to magnet schools. I learned about students' varied experiences at different schools – their racial backgrounds, socioeconomic differences, and respective communities' distinctions. Participating in the program made me cognizant of the wide political and cultural diversity that exists among students in the same state, and the importance of capturing that rich diversity in learning spaces. Being exposed to those perspectives helped me realize that I have a responsibility to listen and develop a comprehensive understanding of the social worlds of others and corresponding nuances before making judgments about them. These activities and my performance in academic coursework were the best indicators of my potential for success in college.

6. I scored a 2120 on the SAT. I also took an SAT test-prep course. Although I prepared for the exam and did well, I do not think that SAT scores are the best reflection of what somebody can accomplish in college and post-graduation. Taking the exam prep course showed me that the exam best measures an individual's test-taking skills but does a much poorer job of measuring

|   |   |
|---|---|
|   | other aspects of an individual's ability to learn, academic potential, or leadership skills. Many students are simply bad test-takers, but can be extremely successful otherwise. Witnessing the tremendous academic and leadership success of peers at UT who may not have had high standardized test scores has shown me that tests have little to no bearing on a person's likelihood to succeed in college or after graduation. |
| 7. | During my time at UT, my interactions with students from different races and backgrounds have greatly enhanced my learning. I have learned that the "Asian American" experience is not monolithic and members of the identity group can have vastly different racialized experiences. For example, through conversation with peers of South Asian heritage, I have learned of the vast differences between my experience as a Pakistani-American, and their experiences as people of Indian, Nepalese, or Sri Lankan heritage. In particular, I have learned more about the perspectives of non-Pakistani individuals regarding the disputed Kashmir region conflict, and have developed a more comprehensive understanding of the issues and various stakeholders by learning to listen to my North Indian friends. While listening to the alternative perspectives has not necessarily changed my opinion on the issue, it has allowed me to think more critically about the geopolitical conflict and sharpened my analytical skills. These skills have equipped me with the ability to recognize nuance and approach debates with intellectual curiosity. |
| 8. | Having the opportunity to discuss issues with people from different racial and ethnic backgrounds at UT has allowed me to become more open to having my views challenged. I came into college with one set of beliefs acquired from my family, high school friends, and hometown community. Since then, I have met and interacted with peers from different families, schools, and communities who have challenged me to grow intellectually. For example, when I came to college, I assumed anyone who was opposed to eco-friendliness was either irrational or acting in bad faith. In one class, I thought that everyone who supported fracking was aligned |

with wealthy, big money interests and had no concern for the future of the planet. However, I had a conversation during my freshman year with one of my white, conservative peers who was studying Environmental Engineering. Initially, I could not understand his apparent lukewarm approach to switching the United States away from fossil fuel consumption given the global climate crisis. However, he explained to me that in many rural "blue-collar" and predominately white communities, when many hear the phrases "climate change" or "renewable energy," the words are synonymous with the loss of jobs in the fossil fuel industry, or community economic decline. Therefore, by talking and interacting with a person from a community with a different racial makeup and political culture, who approached the issue from another perspective, I was able to increase my skills in discussing controversial issues and increase my understanding, even if I did not change the ultimate conclusion about the importance of addressing the policy issue.

9. Having a diverse student body and specific spaces for people of color to celebrate their racial and cultural heritage creates a sense of belonging, inclusion, and community at UT. In particular, I have felt a true sense of belonging within the Multicultural Engagement Center—especially when I participated in the 2018 Asian American Leadership Institute. I have also participated in events for the Texas Pakistani Student Association and Texas Muslim Student Association, where students can safely share their cultural and religious heritage in a safe space and have important discussions about how to navigate on campus and in the wider world where individuals can sometimes hold negative stereotypes, or resort to microaggressions or hateful conduct against people with my cultural or religious background. My South Asian studies classes and events held by the South Asia Institute have all been welcoming and inclusive spaces that celebrate the diversity of the UT community.

10. Having other students of color on campus has made me feel more comfortable expressing the truest, fullest version of myself, and my perspectives. In my experience at UT, there is a sense of unspoken solidarity when you are with other people of color. There is also a pronounced sense of belonging and intellectual safety to express ideas or feelings that you might have on a particular issue without being judged or otherized. Higher proportions of students of color make me feel better not because I believe that they will have the same opinion or perspective as me, but rather because many persons of color will stand up and support my right to have that opinion within a space where we are the minority. Essentially, solidarity—even when unspoken—has led to my increased comfort level participating in discussions and expressing my truest perspective. Any attempt to decrease the number of Black, Indigenous and other people of color at UT would profoundly undermine the sense of solidarity that has greatly enhanced our learning and leadership development.

11. I have heard and witnessed insensitive or disparaging racial remarks made by students, staff, and faculty. When hearing such remarks from students, I usually remove myself from the situation. For example, while sitting in a study space on campus I overheard peers refer to Black students on campus as "thugs" and "troublemakers." I have heard peers complain that student-leaders who work to remove commemorative symbols of racism like confederate statutes, or buildings named after prominent racists like the Painter Building, need to stop "lingering on the past." I have also listened to peers say that Native Americans need to "accept the fact that they lost." On a few occasions, I have felt unsafe when men used troubling sexual stereotypes about Asian women, suggesting that they would like to "explore" them because they are "submissive" and "exotic." In each instance, when I heard racist or sexist remarks from my peers, I chose to remove myself for my mental health and physical security.

12. I have also heard faculty and staff use both overt and more subtle racist language, which is disturbing because they occupy positions of power. For example, I once heard a faculty member refer to East Austin, which I primarily Black and Latinx, as "unsafe because of the demographics." I have also heard more subtle forms of racial prejudice, like a faculty member assuming that I am "shy" and "non-confrontational" because "it was an obvious assumption" when it was instead a harmful stereotype about Asian women. All the manifestations of racial prejudice from students, faculty, and staff have made me uncomfortable. Where there are more overt forms of racial prejudice, I tend to be more concerned for my safety and that of others because I believe that there is a direct connection between overt forms of racism and violence against the targeted communities or anyone who supports those communities.

13. Higher levels of racial representation at the time of an incident can help provide support to students of color and demonstrate solidarity against hate. This is particularly true when a student is scared for personal safety. For example, I have attended a couple of social gatherings organized by fraternities. Upon arrival, I always scanned the room, identified women of color, and remained close to them during the event. I would do this because it made me feel safe— especially if someone were to launch a racial slur or hateful remark against me due to my race or religion. While representation alone addresses symptoms and not root causes, it is an important part of ensuring the safety of members of the UT community.

14. Maintaining the current level of racial diversity at UT is important, and the university should work to fully remove the legacy of racism on campus. UT did not desegregate until the 1950s and the legacy of racism is also present in the architecture of the campus, causing a lasting

7

negative impact on students—especially Black students. For example, UT kept Confederate statues on campus until 2017. Also, one of the buildings on campus is named after former UT professor and President Theophilus Painter, a man who actively supported segregationist practices and refused to allow Black students to enroll in the university. Refusing to remove his name is an affront to the presence of Black students, many of whom understand that there is a difference between acknowledging history and celebrating it. The way a university chooses to name and commemorate buildings and other landmarks can affect how comfortable, welcome, and safe community members feel on campus. In my opinion, naming important buildings or landmarks after prominent racists can connote institutional racism to students from the identity group that was harmed, alienate those individuals, and make it more challenging for them to learn.

15. If the number of students from minority groups on campus decreased, then students would have less nuanced discussions about a range of topics both inside and outside of the classroom because the spectrum of perspectives and experiences would be narrower. Also, the number of people willing to do the work of dismantling the legacy of racism would decrease because students of color are the most active leaders fighting for racial justice on campus. For example, the Black President's Leadership Council has been the most active student group pushing the UT administration to address racism on campus in the wake of the murders of Breonna Taylor and George Floyd. During the 2018 - 2019 academic year, the Student Body Vice President—an Asian American woman—lobbied for the creation of a reflection space on campus to give Muslim American students (most of whom are students of color) a clean, safe designated space on campus for prayer and meditation. This past academic year, a student majoring in Black

Studies created an app to support Black-owned businesses in the Austin area and spur economic growth.[3]

16. A decrease in one underrepresented group would negatively impact other underrepresented groups because the racial affinity groups work together on campus, in spaces like the Multicultural Engagement Center, to express solidarity and support efforts for inclusion and racial justice. This very framework of solidarity is what allows different coalitions of underrepresented groups on campus to be able to mobilize support for their advocacy efforts.

17. Racial diversity benefits learning in ways that are distinct from other types of diversity. While there are often correlations and intersections between race, socioeconomic status, gender, sexual orientation, religion, and other identifications, evaluating race separately allows one to see how race affects individuals and communities regardless of other identity intersections. By acknowledging and addressing the fact that we have racialized experiences and that those experiences influence the way we discuss ideas and think about the world, students can expand their understanding and think more critically about how their peers are oriented to the world.

18. Socioeconomic status is not an appropriate proxy for race. There are people of all races at every socioeconomic status level with varied, specific experiences with how race manifests itself at the intersection of the spaces and identities that they occupy. While there may be more Black and Latinx students from lower socioeconomic status backgrounds overall, overgeneralizing misses the wide intra-group diversity. For example, while Asian Americans are documented as the wealthiest minority group in the United States, that serves to be an overgeneralization of the entire demographic, failing to recognize the distinct struggles of ethnic groups, such as the

---

[3] Todd Bailey, *UT student creates Keep Austin Black app to support the black community*, KXAN News, June 19, 2020, https://tinyurl.com/yxchovd7.

widespread poverty seen within the Hmong-American community and others within the larger demographic.

19. It is important and meaningful for colleges to consider race as one factor among many factors in the holistic admissions process to promote diversity because it allows students to bring in new, unique perspectives and viewpoints that they have gained from their racialized life experiences. It also allows candidates to tell their full stories and point to skillsets that may not be apparent from other portions of an application, or valued in the traditional college application process. For example, as a person who grew up in an immigrant household, my ability to navigate lines of racial and cultural difference, and my geopolitical awareness, are likely more pronounced than many who may not have had a similar upbringing. Being empowered to discuss my racial, ethnic, and cultural experiences in an application was the only way to describe this integral part of my identity which has shaped me into the person I am today.

I declare under penalty of perjury that the foregoing is true and correct.
Executed in Travis County in the State of Texas on 10/29/2020.

_____
Ninia Rahman