# EXHIBIT L

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Case No. 1:20-cv-763 |
| UNIVERSITY OF TEXAS AT AUSTIN; JAMES B. MILLIKEN, Chancellor of the University of Texas System in his Official Capacity; STEVEN LESLIE, Executive Vice Chancellor for Academic Affairs of the University of Texas System in his Official Capacity; DANIEL H. SHARPHORN, Vice Chancellor and General Counsel of the University of Texas System in his Official Capacity; JAY HARTZELL, Interim President of the University of Texas at Austin in his Official Capacity; BOARD OF REGENTS OF THE TEXAS STATE UNIVERSITY SYSTEM; DAVID J. BECK, CHRISTINA MELTON CRAIN, KEVIN P. ELTIFE, R. STEVEN HICKS, JODIE LEE JILES, JANIECE LONGORIA, NOLAN PEREZ, KELCY L. WARREN, AND JAMES C. "RAD" WEAVER, as Members of the Board ) of Regents in Their Official Capacities; DANIEL JAFFE, Interim Executive Vice President and Provost; RACHELLE HERNANDEZ, Senior Vice Provost for Enrollment Management and Student Success; and MIGUEL WASIELEWSKI, Executive Director for Office of Admissions, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **Declaration of Lynn Huynh on behalf of Texas Orange Jackets** |
| *Defendants*. | ) ) | |

I, Lynn Huynh pursuant to 28 U.S.C. § 1746, declare the following:

1

1. The facts set forth in this declaration are based on my personal first-hand knowledge, and if called as a witness, I could and would competently testify to the following matters under oath.

2. I am the current President of the Texas Orange Jackets at the University of Texas at Austin ("UT"). and I am submitting this declaration on behalf of the Texas Orange Jackets in support of race consciousness in UT's holistic admissions process.

3. Orange Jackets is traditionally the oldest women's honorary service organization on campus, which was founded in 1923. Its members are women and nonbinary individuals who collectively seek to better UT and the City of Austin, to empower everyone to be leaders in their respective communities, and to promote a lifelong pursuit of four core tenets: service, leadership, scholarship, and community. The Orange Jackets serve as official hosts for UT.

4. Orange Jackets is comprised of approximately 54 members and overseen by a 12-person Executive Board. Each fall, Orange Jackets accepts approximately twenty to thirty members through a selection process. New members are selected on the core four tenets (service, leadership, scholarship, and community) as well as a desire to further the goals and vision of Texas Orange Jackets and UT.

5. In recent years, the Orange Jackets has made tremendous efforts to increase diversity and inclusion regarding our membership and our organizational activities. We have also increased our recruitment efforts to reach a broader range of students from all backgrounds. For example, in the past year, we changed our Constitution and recruitment language to include gender-neutral pronouns and include non-binary students. We have created the position of an Inclusion Director whose focus is diversity and inclusion. We have also

2

started to critically examine the culture of elitism—both at UT and within our own organization—that that can operate to exclude communities of color.

6. As an organization whose members protested to end segregation in the 1960s, the leadership of the Orange Jackets has recommitted itself to supporting Black, Indigenous, and other People of Color (BIPOC) throughout the campus community. For example, in response to the police killing of George Floyd, we released a Statement of Solidarity condemning the militarized violence that disproportionately violates BIPOC lives, pledging to donate to various BLM-related organizations, and encouraging our peer student organizations to match our donation. In addition, we have voiced our support of the Miakan-Garza Band's demands for UT to return the remains of three ancestors and have plans to publicly oppose the continued use of "The Eyes of Texas" school spirit song, which has its origins in white supremacy, the Confederacy, and minstrel shows.

7. Over the last several years, there has been a significant increase in Orange Jacket members who identify as people of color and diverse gender identities. Currently, our members identify with a wide range of racial and ethnic backgrounds including: Black, Indigenous, Latinx, and Asian/Asian American.

8. Students of color at UT now see that they are represented in Orange Jackets membership, which has made Orange Jackets a more attractive and reflective organization for students of all racial and ethnic backgrounds. This year, we have eliminated the GPA requirement for Orange Jacket membership because we realize that we should not value an institutionalized metric over a person's academic and leadership potential. We are committed to rethinking what it means to be a "leader" and "scholar" at UT, and capturing the extraordinary leadership of BIPOC students leading racial equity efforts on campus. Diversity across our membership—including racial and ethnic diversity—has made our organization more

effective at examining our internal structures and revising them to better achieve our core tenets of service, leadership, scholarship, and community.

9.  Having a diverse membership and inclusive space for dialoguing about race, gender, and class is critical to our organizational mission. This type of rich diversity allows us to better understand complex issues, engage deeply in discussions about today's challenges, and improve the effectiveness of our service projects. Since Orange Jackets are the official hosts of the university, it is important that our organization aims to reflect the broad, multifaceted diversity of both the university and the state of Texas.

10. Our members have strongly expressed that Orange Jackets' diversity and inclusion efforts matter to them. Our members often say that Orange Jackets stands out from other UT service organizations because of its impressive depth of diversity across members, including racial and ethnic diversity. Members appreciate interacting with people of vastly different parts of the state and different identities in terms of race, gender, and class. This interactive dialogue across difference is a huge aspect of what Orange Jackets offers to members and enables Orange Jackets—individually and collectively—to better pursue the core tenets of our mission. For example, this racially diverse membership improves members' ability to talk about challenging experiences sometimes tied to racial identity, reflect on how our racial identity shapes our own service, and improve our approach to serving the surrounding community which is racially diverse.

11. As a service organization, it is particularly important that our membership is racially, ethnically, and socioeconomically diverse so we can be mindful of how to serve communities which may differ from our own day-to-day experiences. Our diversity has led Orange Jackets to more appropriately reimagine and commit ourselves to genuine service and solidarity with the communities we serve, rather than surface-level acts of service

4

enshrined in a savior complex. Continuing our legacy in student activism, Orange Jacket members are vocal in community organizing and remain committed to organizations such as Urban Roots (a youth leadership organization centering youths of color in land- and food work) and Inside Books Project (a nonprofit organization sending educational materials to Texas prisoners). This racial diversity provides distinct benefits because of the cultural richness that it lends to our membership and our discussions. One of our membership requirements include Scholarship Circles, which are internal discussions where we often discuss complex issues such as the harms of diet culture or the lived experiences of undocumented students. These Scholarship Circles allow members to build knowledge together that becomes crucial to expanding a more just framework of equity and service.

12. Orange Jackets operates closely with the UT administration and alumni groups. This visual and substantive engagement means that the diversity across Orange Jackets' members has amplified the voices of traditionally underrepresented voices, and better ensured administrators and alumni hear those voices. At hostings, we interact with administrators and alumni who can see the racial and ethnic diversity of the student body and Texas represented in Orange Jackets.

13. Orange Jackets would be negatively impacted by a reduction in the number of students of color on UT's campus because it would make it significantly more challenging to ensure our membership represents the broadest array of backgrounds. This would harm the quality of Orange Jackets' service efforts since conversations would be less informed and members would be less equipped to bridge differences and find commonalities.

14.  A reduction would also hinder Orange Jackets' ability to advance our current service agenda which includes the For Texas endowment, which would provide a scholarship to an incoming freshman woman or non-binary student with underrepresented identities.

15.  Our organization's core commitment to community could be irreparably harmed by a decrease in racial diversity, as such a move would be a marked departure from the principle of inclusion, and would fail to value the talents and contributions of people from all walks of life—including differences in racial identity. In addition, Orange Jackets often engages in cross-coalitional efforts to strengthen its initiatives related to service, leadership, scholarship, and community. Working in collaboration with racial affinity groups has made us more successful in our efforts. For example, Orange Jackets have collaborated with the UT's National Association for the Advancement of Colored People on a student leadership panel, and we have plans to partner with the Onyx Honor Society, Palestinian Solidarity Committee, and NAACP to develop a program that would educate members on the prison system and its disproportionate impacts on BIPOC through teach-in's while advocating for action through a prison letter-writing campaign. The reduction in underrepresented students of color would likely harm the viability and impact of our cross-coalitional, cross-cultural efforts.

16.  Such a drop in underrepresented minority students would also negatively impact many of our members' daily experiences on campus. During our organizational discussions and Scholarship Circles, members of color have already expressed facing racial isolation and alienation on UT's campus. A drop in such numbers would worsen the community that this campus is striving to foster and halt the progress made by student leaders in addressing the legacy of racial discrimination that still affects elements of the UT community today

17. From our recruitment practices, Orange Jackets has realized that cultivating sufficient levels of diversity requires making sure BIPOC students feel welcomed and supported in their various identities. Race-conscious admissions serves to support students in their identities. It allows them to talk about their life experiences, which often intersect with race, and how that contributes to their learning and future ambitions.

18. Orange Jackets supports race-conscious admissions because ignoring race in an otherwise holistic process sends an implicit, but clear message to Texas applicants that UT doesn't equally value the personal stories of applicants who feel race is an important part to understanding them as applicants. This is a feeling held by many Orange Jacket members of color.

19. Orange Jackets believes that biases are still embedded into an admissions system that was initially designed to exclude Black Americans and other people of color at UT. We also believe that all people, including admissions officers, have implicit biases with regard to race, gender, and class. Race-conscious admissions serves to counteract these systemic and subconscious biases.

20. The value of a UT education extends far beyond just academics: it provides a space for students to become better leaders by learning how to collaborate across difference, understand what unites us, and leverage our diverse perspectives to address today's most important issues and better serve our communities. Race-conscious admissions allows UT—and the Orange Jackets—to better pursue this development of leadership and service.

I declare under the penalty of perjury under the laws of the United States of America and the State of Texas that the foregoing is true and correct and that this declaration was executed on

__8 December 2020_____, in Houston, Texas.

7

Lynn Huynh

8