# EXHIBIT M

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS,<br><br>        *Plaintiff*,<br><br>v.<br><br>UNIVERSITY OF TEXAS AT AUSTIN; JAMES B. MILLIKEN, Chancellor of the University of Texas System in his Official Capacity; STEVEN LESLIE, Executive Vice Chancellor for Academic Affairs of the University of Texas System in his Official Capacity; DANIEL H. SHARPHORN, Vice Chancellor and General Counsel of the University of Texas System in his Official Capacity; JAY HARTZELL, Interim President of the University of Texas at Austin in his Official Capacity; BOARD OF REGENTS OF THE TEXAS STATE UNIVERSITY SYSTEM; DAVID J. BECK, CHRISTINA MELTON CRAIN, KEVIN P. ELTIFE, R. STEVEN HICKS, JODIE LEE JILES, JANIECE LONGORIA, NOLAN PEREZ, KELCY L. WARREN, AND JAMES C. "RAD" WEAVER, as Members of the Board of Regents in Their Official Capacities; DANIEL JAFFE, Interim Executive Vice President and Provost; RACHELLE HERNANDEZ, Senior Vice Provost for Enrollment Management and Student Success; and MIGUEL WASIELEWSKI, Executive Director for Office of Admissions,<br><br>        *Defendants.* | Case No. 1:20-cv-00763-RP |

## **[PROPOSED] ORDER**

Before the Court is the Proposed Defendant-Intervenors' Motion to Intervene, eleven declarations in support, a proposed Answer as required by Rule 24(c) of the Federal Rules of Civil Procedure, and Proposed Defendant-Intervenors' memorandum in support. Having considered the motion, as well as the arguments and authorities presented therein, the Court finds that intervention under Rule [ 24(a) / 24(b) ] is warranted because the requested intervention is timely and will not unduly prejudice the existing parties; and the Proposed Defendant-Intervenors have substantial interests in the subject matter and outcome of this action that may be impaired or impeded by disposition thereof and that are not adequately represented by the existing parties.

IT IS ORDERED that the Proposed Defendants-Intervenors' Motion to Intervene is GRANTED, and Proposed Defendant-Intervenors are instructed to file and serve their Answer to the Amended Complaint (ECF No. 13) within seven (7) days.

Signed on this the _____ day of _____, 2020.

_____
THE HONORABLE ROBERT PITMAN
UNITED STATES DISTRICT JUDGE