IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC. | § § § § | |
| *Plaintiff*, | § | |
| v. | § § | Civil Action No. 1:20-cv-00763-RP |
| UNIVERSITY OF TEXAS AT AUSTIN, ET AL., | § § § § | |
| *Defendants*. | | |

**DEFENDANTS' NOTICE OF WAIVER PURSUANT TO 28 U.S.C. § 455(E)**

Defendants hereby file this Notice of Waiver Pursuant to 28 U.S.C. § 455(e) and would respectfully show the following:

In its Order of December 8, 2020, and again during the status conference of December 17, 2020, the Court notified the parties to the above-referenced lawsuit of an adjunct teaching role he has at the University of Texas School of Law. The Court has asked the parties to consider whether they object to his continued service as the trial judge in this case in light of those circumstances.

Defendants do not believe the circumstances described by the Court necessitate disqualification under 28 U.S.C. § 455 or Canon 3(C) of the Code of Conduct for Judges, or otherwise. Further, Defendants hereby waive any objection they could make on the basis of those circumstances.

Respectfully Submitted,

GRAVES DOUGHERTY, HEARON & MOODY, P.C.
401 Congress Avenue, Suite 2700
Austin, Texas  78701
(512) 480-5725 (phone)
(512) 539-9938 (fax)

By:  */s/ Matthew C. Powers*
    John J. McKetta, III
    Texas State Bar No. 13711500
    mmcketta@gdhm.com
    Matthew C. Powers
    Texas State Bar No. 24046650
    mpowers@gdhm.com
    William Christian
    State Bar No. 00793505
    wchristian@gdhm.com
    Marianne W. Nitsch
    Texas State Bar No. 24098182
    mnitsch@gdhm.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and complete copy of the foregoing has been served on the counsel of record shown below on this the 18th day of December, 2020:

William S. Consovoy
J. Michael Connolly
Cameron T. Norris
Steven C. Begakis
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, Virginia 22209
will@consovoymccarthy.com
mike@consovoymccarthy.com
cam@consovoymccarthy.com
steven@consovoymccarthy.com


    */s/ Matthew C. Powers*
    Matthew C. Powers