**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>UNIVERSITY OF TEXAS AT AUSTIN, )<br>et al. )<br>)<br>*Defendants*. )<br>) | Case No. 1:20-cv-763-RP |

**SFFA'S UNOPPOSED MOTION TO EXTEND PAGE LIMIT**

Plaintiff Students for Fair Admissions, Inc. ("SFFA") hereby moves for leave to file an Opposition to Proposed Defendant-Intervenors' Motion to Intervene that is in excess of the ten-page limit set forth in Local Rule CV-7(e)(3). The opposition is 11 pages in length. SFFA submits that an additional one page of briefing is necessary to sufficiently respond to Proposed Defendant-Intervenors' Motion, which is fifteen pages. Counsel for Defendants and Proposed Defendant-Intervenors do not oppose this motion. A proposed order is attached as Exhibit A.

- 2 -

Respectfully submitted,

*/s/ J. Michael Connolly*

William S. Consovoy (*pro hac vice*)
J. Michael Connolly
Cameron T. Norris
Steven C. Begakis (*pro hac vice*)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
will@consovoymccarthy.com
mike@consovoymccarthy.com
cam@consovoymccarthy.com
steven@consovoymccarthy.com

Dated: December 23, 2020          *Counsel for Plaintiff Students for Fair Admissions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on counsel of record for Defendants and Movants via the Court's electronic filing and service on December 23, 2020.

*/s/ J. Michael Connolly*

J. Michael Connolly
