# Exhibit A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., | ) ) ) |
| *Plaintiff,* | ) ) |
| v. | ) Case No. 1:20-cv-763-RP ) |
| UNIVERSITY OF TEXAS AT AUSTIN, et al. | ) ) ) |
| *Defendants.* | ) ) ) |

## [PROPOSED] ORDER

Before the Court is Plaintiff's Unopposed Motion to Extend Page Limit. Having considered the motion, which is not contested by the parties to this litigation, as well as the arguments presented therein, the Court now enters the following order:

IT IS ORDERED that Plaintiff's Motion to Extend Page Limit is GRANTED, and Plaintiff may submit an opposition to Proposed Defendant-Intervenors' motion to intervene that is no longer than 11 pages.