IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> UNIVERSITY OF TEXAS AT AUSTIN, et al. <br><br> *Defendants*. | Case No. 1:20-cv-763-RP |

### SFFA'S NOTICE OF WAIVER PURSUANT TO 28 U.S.C. § 455(E)

In its Order of December 8, 2020, and again during the status conference of December 17, 2020, the Court notified the parties of an adjunct teaching role he has at the University of Texas School of Law. The Court has asked the parties to consider whether they object to his continued service as the trial judge in this case.

Plaintiff Students for Fair Admissions ("SFFA") does not believe that the circumstances described by the Court require disqualification under 28 U.S.C. § 455, Canon 3(C) of the Code of Conduct for United States Judges, or otherwise. SFFA waives any objection it could make on the basis of those circumstances.

- 2 -

Respectfully submitted,

*/s/ J. Michael Connolly*

William S. Consovoy (*pro hac vice*)
J. Michael Connolly
Cameron T. Norris
Steven C. Begakis (*pro hac vice*)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
will@consovoymccarthy.com
mike@consovoymccarthy.com
cam@consovoymccarthy.com
steven@consovoymccarthy.com

Dated: December 23, 2020

*Counsel for Plaintiff Students for Fair Admissions, Inc.*

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been served on counsel of record for Defendants via the Court's electronic filing and service on December 23, 2020.

/s/ J. Michael Connolly

J. Michael Connolly
*Counsel Plaintiff Students for Fair Admissions*
