# EXHIBIT N

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br>*Plaintiff*, <br><br>v. <br><br>UNIVERSITY OF TEXAS AT AUSTIN; JAMES B. MILLIKEN, Chancellor of the University of Texas System in his Official Capacity; STEVEN LESLIE, Executive Vice Chancellor for Academic Affairs of the University of Texas System in his Official Capacity; DANIEL H. SHARPHORN, Vice Chancellor and General Counsel of the University of Texas System in his Official Capacity; JAY HARTZELL, Interim President of the University of Texas at Austin in his Official Capacity; BOARD OF REGENTS OF THE TEXAS STATE UNIVERSITY SYSTEM; DAVID J. BECK, CHRISTINA MELTON CRAIN, KEVIN P. ELTIFE, R. STEVEN HICKS, JODIE LEE JILES, JANIECE LONGORIA, NOLAN PEREZ, KELCY L. WARREN, AND JAMES C. "RAD" WEAVER, as Members of the Board of Regents in Their Official Capacities; DANIEL JAFFE, Interim Executive Vice President and Provost; RACHELLE HERNANDEZ, Senior Vice Provost for Enrollment Management and Student Success; and MIGUEL WASIELEWSKI, Executive Director for Office of Admissions, <br><br>*Defendants*. | Case No. 1:20-cv-763 <br><br><br><br>**Declaration of <br>Brianna Mallorie McBride** |

I, Brianna Mallorie McBride, pursuant to 28 U.S.C. § 1746, declare the following:

    1.    The facts set forth in this declaration are based on my personal first-hand

knowledge, and if called as a witness, I could and would competently testify to the following matters under oath.

2. I am submitting this declaration as a supplement to the previous declaration I filed on December 16, 2020, in the United States District Court for the Western District of Texas.

3. I identify as an African American female. My family has lived in the U.S. for generations, and I am a descendent of slaves.

4. I am currently a senior at the University of Texas at Austin ("UT"), class of 2021. I am pursuing two majors: Communications and Leadership as well as Government. I am minoring in African and African Diaspora Studies.

5. After graduating from UT, I intend to study both Public Affairs and Law. I plan to apply to masters programs and dual JD-masters degree programs. I am considering several institutions in Texas for my graduate-level studies, including UT, the University of Houston, and Rice University.

6. It is important to me that graduate institutions, including those in Texas, consider race as a factor in the admissions process because my interests in public affairs and the law are rooted in my racial identity and experiences leading racial justice work throughout my years at UT. It would be virtually impossible to draft my statement of purpose for graduate programs without any reference to race, or having my racialized experiences appreciated in context, because of the strong link between my being a Black woman and the leadership I have shown on racial equity issues. For example, I have served as a leader in the following organizations: Black Student Alliance (Executive Board), Afrikan American Affairs (Executive Board), African American Culture Committee (President), and New Black Student Weekend (Executive Co-Chair) and

NAACP-UT (Member). Currently, I serve as the Co-Director of the Black President's Leadership Council and Executive Chairperson of the Big XII Council on Black Student Government. Outside of student organizations, I have acquired research assistant opportunities with the Center for the Study of Race & Democracy, studied abroad in Cape Town, South Africa, and I am an inaugural member of the Women's Initiative for Entrepreneurship and Leadership Development program. I could not fully express and describe my leadership history and future aspirations to be an attorney and policy expert focused on racial justice without having an opportunity to explain how my racial identity and experiences have shaped my perspectives and inspired me to pursue those careers.

7. If educational institutions in Texas were no longer allowed to consider race in admissions, I would be irreparably harmed in my future educational and professional pursuits. My ability to provide a full and accurate account of my leadership work and career ambitions—rooted in my identity as a Black woman—would be severely limited, and some of the most important aspects of my story and future aspirations would be ignored entirely.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Travis County in the State of Texas on December 29, 2020.

*Brianna McBride*
Brianna Mallorie McBride