# EXHIBIT O

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> UNIVERSITY OF TEXAS AT AUSTIN; JAMES B. MILLIKEN, Chancellor of the University of Texas System in his Official Capacity; STEVEN LESLIE, Executive Vice Chancellor for Academic Affairs of the University of Texas System in his Official Capacity; DANIEL H. SHARPHORN, Vice Chancellor and General Counsel of the University of Texas System in his Official Capacity; JAY HARTZELL, Interim President of the University of Texas at Austin in his Official Capacity; BOARD OF REGENTS OF THE TEXAS STATE UNIVERSITY SYSTEM; DAVID J. BECK, CHRISTINA MELTON CRAIN, KEVIN P. ELTIFE, R. STEVEN HICKS, JODIE LEE JILES, JANIECE LONGORIA, NOLAN PEREZ, KELCY L. WARREN, AND JAMES C. "RAD" WEAVER, as Members of the Board of Regents in Their Official Capacities; DANIEL JAFFE, Interim Executive Vice President and Provost; RACHELLE HERNANDEZ, Senior Vice Provost for Enrollment Management and Student Success; and MIGUEL WASIELEWSKI, Executive Director for Office of Admissions, <br><br> *Defendants*. | Case No. 1:20-cv-763 <br><br><br><br><br><br><br><br> **Declaration of Liz Kufour** |

I, Liz Kufour, pursuant to 28 U.S.C. § 1746, declare the following:

    1.    The facts set forth in this declaration are based on my personal first-hand

knowledge, and if called as a witness, I could and would competently testify to the following matters under oath.

2. I am submitting this declaration as a supplement to the previous declaration I filed on December 16, 2020, in the United States District Court for the Western District of Texas.

3. I identify as a Black, Ghanaian-American woman. I grew up in an immigrant household, and I am fluent in Twi.

4. I am currently a senior at the University of Texas at Austin ("UT") double majoring in Business Management, and African & African Diaspora Studies.

5. I am the President of the Onyx Honor Society, the first Black honor society at UT that strives "for the advancement and inclusivity of the black community through academic excellence, leadership, and community engagement."

6. I plan to pursue both a JD and MBA after graduating from UT. I am considering several institutions in Texas for my graduate-level studies, including UT, the University of Houston, and Baylor University.

7. My undergraduate experiences have increasingly persuaded me of the centrality of race in how opportunity is offered or denied both historically and currently in the United States. Race is pertinent across multiple contexts that shape society's most pressing issues—especially in the current national climate that has exposed many of the underlying racial injustices that many were blind to before 2020. Ignoring applicants' racialized experiences in admissions processes is a step backward and undermines the spirit and purpose of holistic admissions.

8. I also believe that law schools and business schools require diverse perspectives in order to train tomorrow's business leaders and attorneys to work in a multi-racial and

pluralistic society. Considering the historical and continued dominance of White males in both business and law—and the purposeful exclusion of others like women, Black, and Latinx individuals—it is fair and necessary to incorporate race as a factor that can inform admissions officers about the ways racial identity shapes an applicant's life experiences and perspectives.

9. If educational institutions in Texas were prohibited from considering race in admissions, I would suffer a clear harm because I would not be allowed to share critical aspects of my story and express how my racial identity both informs my desire to pursue a JD and MBA degree and relates to my future goals. Law schools and business schools would also lose a critical tool that diversifies professions that rely on a wide variety of perspectives and experiences to serve society properly.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Travis County in the State of Texas on  12/29/2020                        .

/s/ Liz Kufour
Liz Kufour