# Exhibit A

**Thomas R. McCarthy – Court and Bar Memberships**

| Name of State or Federal Bar or Court | Bar Number (if any) | Date Admitted | Status |
|---|---|---|---|
| Virginia State Bar | 47154 | 10/12/01 | Active |
| Bar of the D.C. | 489651 | 10/4/04 | Active |
| D.C. Court of Appeals | | 10/4/04 | Active |
| USCA for the D.C. Circuit | | 10/4/04 | Active |
| USCA for the First Circuit | 1170024 | 11/5/19 | Active |
| USCA for the Second Circuit | | 2/13/14 | Active |
| USCA for the Fourth Circuit | | 10/29/01 | Active |
| USCA for the Fifth Circuit | | 10/8/09 | Active |
| USCA for the Ninth Circuit | | 9/14/04 | Active |
| USCA for the Tenth Circuit | | 5/11/12 | Active |
| U.S. District Court for the D.C. | | 5/7/07 | Active |
| U.S. District Court for the Eastern District of Virginia | | 11/7/08 | Active |
| Virginia Supreme Court | | 10/29/01 | Active |
| U.S. District Court for the District of Connecticut | ct29697 | 1/14/15 | Active |
| U.S. Supreme Court | | 8/15/11 | Active |
| U.S. Court of Federal Claims | | 9/26/17 | Active |