IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC. | § § § | |
| *Plaintiff*, | § | |
| | § | Civil Action No. 1:20-cv-00763-RP |
| v. | § § | |
| | § | |
| UNIVERSITY OF TEXAS AT AUSTIN, ET AL., | § § | |
| *Defendants*. | § § | |

**JOINT REPORT ON ALTERNATIVE DISPUTE RESOLUTION**

Plaintiff, the Defendants, and the Defendant-Intervenors file this Joint Report on Alternative Dispute Resolution and would respectfully show as follows:

The undersigned counsel are responsible for representing their respective parties in settlement negotiations. Having conferred through their respective counsel regarding the ADR procedures that are available in this district and the possibilities for employing them here, the parties report that they are in agreement that this case is not a suitable candidate for alternative dispute resolution.

Respectfully Submitted,

GRAVES DOUGHERTY, HEARON & MOODY, P.C.
401 Congress Avenue, Suite 2700
Austin, Texas 78701
(512) 480-5725 (phone)
(512) 539-9938 (fax)

[SIGNATURE BLOCK TO FOLLOW ON NEXT PAGE]

By: /s/ *Matthew C. Powers*
   John J. McKetta, III
   Texas State Bar No. 13711500
   mmcketta@gdhm.com
   Matthew C. Powers
   Texas State Bar No. 24046650
   mpowers@gdhm.com
   William Christian
   State Bar No. 00793505
   wchristian@gdhm.com
   Marianne W. Nitsch
   Texas State Bar No. 24098182
   mnitsch@gdhm.com

**ATTORNEYS FOR DEFENDANTS**

By: /s/ *Mike Connolly (with permission)*
   William S. Consovoy
   J. Michael Connolly
   Cameron T. Norris
   Steven C. Begakis
   CONSOVOY MCCARTHY PLLC
   1600 Wilson Boulevard, Suite 700
   Arlington, Virginia 22209
   will@consovoymccarthy.com
   mike@consovoymccarthy.com
   cam@consovoymccarthy.com
   steven@consovoymccarthy.com

**ATTORNEYS FOR PLAINTIFF**

By: /s/ *Brian C. Pidcock (with permission)*
   Brian C. Pidcock
   HUNTON ANDREWS KURTH LLP
   600 Travis St.
   Houston, TX 77002
   brianpidcock@HuntonAK.com

   *David Hinojosa
   Genevieve Bonadies Torres
   LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
   1500 K Street, NW, Suite 900 Washington, DC 20005
   dhinojosa@lawyerscommittee.org
   gbonadies@lawyerscommittee.org
   *W.D. Texas Application Pending

        Ryan P. Phair
        Carter C. Simpson
        HUNTON ANDREWS KURTH LLP
        2200 Pennsylvania Avenue, NW Washington, D.C. 20037
        rphair@huntonak.com
        csimpson@huntonak.com

        Alan R. Kabat
        BERNABEI & KABAT, PLLC
        1400 - 16th Street, N.W., Suite 500
        Washington, D.C. 20036-2223
        Kabat@BernabeiPLLC.com

        **ATTORNEYS FOR INTERVENORS**

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and complete copy of the foregoing has been served on the counsel of record shown below on this the 4th day of February 2021:

William S. Consovoy
J. Michael Connolly
Cameron T. Norris
Steven C. Begakis
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, Virginia 22209
will@consovoymccarthy.com
mike@consovoymccarthy.com
cam@consovoymccarthy.com
steven@consovoymccarthy.com

**ATTORNEYS FOR PLAINTIFF**

Brian C. Pidcock
HUNTON ANDREWS KURTH LLP
600 Travis St.
Houston, TX 77002
brianpidcock@HuntonAK.com

David Hinojosa
Genevieve Bonadies Torres
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
UNDER LAW
1500 K Street, NW, Suite 900
Washington, DC 20005
dhinojosa@lawyerscommittee.org
gbonadies@lawyerscommittee.org

Ryan P. Phair
Carter C. Simpson
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW
Washington, D.C. 20037
rphair@huntonak.com
csimpson@huntonak.com

Alan R. Kabat
BERNABEI & KABAT, PLLC
1400 - 16th Street, N.W., Suite 500
Washington, D.C. 20036-2223
Kabat@BernabeiPLLC.com

**ATTORNEYS FOR INTERVENORS**

*/s/ Matthew C. Powers*
Matthew C. Powers