IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC. | § § | |
| *Plaintiff*, | § § | Civil Action No. 1:20-cv-00763-RP |
| v. | § § | |
| UNIVERSITY OF TEXAS AT AUSTIN, ET AL., | § § § | |
| *Defendants*. | § | |

**NOTICE CONCERNING REFERENCE TO**
**UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 626(c), Federal Rule of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the following parties, Defendants through counsel, John J. McKetta, III, Matthew C. Powers, William Christian, and Marianne W. Nitsch

____   Consent to having a United States Magistrate Judge preside over the trial in this case.

_X_   Decline to consent to trial before a United States Magistrate Judge.

Respectfully Submitted,

GRAVES DOUGHERTY, HEARON & MOODY, P.C.
401 Congress Avenue, Suite 2700
Austin, Texas 78701
(512) 480-5725 (phone)
(512) 539-9938 (fax)

[SIGNATURE BLOCK TO FOLLOW ON NEXT PAGE]

By: /s/ *Matthew C. Powers*
John J. McKetta, III
Texas State Bar No. 13711500
mmcketta@gdhm.com
Matthew C. Powers
Texas State Bar No. 24046650
mpowers@gdhm.com
William Christian
State Bar No. 00793505
wchristian@gdhm.com
Marianne W. Nitsch
Texas State Bar No. 24098182
mnitsch@gdhm.com

**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and complete copy of the foregoing has been served on the counsel of record shown below on this the 4th day of February 2021:

| | |
|---|---|
| William S. Consovoy<br>J. Michael Connolly<br>Cameron T. Norris<br>Steven C. Begakis<br>CONSOVOY MCCARTHY PLLC<br>1600 Wilson Boulevard, Suite 700<br>Arlington, Virginia 22209<br>will@consovoymccarthy.com<br>mike@consovoymccarthy.com<br>cam@consovoymccarthy.com<br>steven@consovoymccarthy.com<br><br>**ATTORNEYS FOR PLAINTIFF** | Brian C. Pidcock<br>HUNTON ANDREWS KURTH LLP<br>600 Travis St.<br>Houston, TX 77002<br>brianpidcock@HuntonAK.com<br><br>David Hinojosa<br>Genevieve Bonadies Torres<br>LAWYERS' COMMITTEE FOR CIVIL RIGHTS<br>UNDER LAW<br>1500 K Street, NW, Suite 900<br>Washington, DC 20005<br>dhinojosa@lawyerscommittee.org<br>gbonadies@lawyerscommittee.org<br><br>Ryan P. Phair<br>Carter C. Simpson<br>HUNTON ANDREWS KURTH LLP<br>2200 Pennsylvania Avenue, NW<br>Washington, D.C. 20037<br>rphair@huntonak.com<br>csimpson@huntonak.com<br><br>Alan R. Kabat<br>BERNABEI & KABAT, PLLC<br>1400 - 16th Street, N.W., Suite 500<br>Washington, D.C. 20036-2223<br>Kabat@BernabeiPLLC.com<br><br>**ATTORNEYS FOR INTERVENORS** |

                                              */s/ Matthew C. Powers*
                                              Matthew C. Powers