IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC. §<br>§<br>*Plaintiff*, §<br>§ Civil Action No. 1:20-cv-00763-RP<br>v. §<br>§<br>UNIVERSITY OF TEXAS AT AUSTIN, §<br>ET AL., §<br>*Defendants.* § | |

**NOTICE CONCERNING REFERENCE TO**
**UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 626(c), Federal Rule of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, Defendant-Intervenors Texas National Association for the Advancement of Colored People, the Black Student Alliance, the Texas Orange Jackets, Adaylin Alvarez, Morgan Bennett, Brianna Mallorie McBride, Liz Kufour, Desiree Ortega-Santiago, Nima Rahman, Alexandra Trujillo, and Rosaleen Xiong, by and through undersigned counsel, **DECLINE** to consent to trial before a United States Magistrate Judge.

Respectfully Submitted,

By: /s/ Brian C. Pidcock
Brian C. Pidcock
Texas State Bar No. 24074895
HUNTON ANDREWS KURTH LLP
600 Travis St.
Houston, TX 77002
brianpidcock@HuntonAK.com

*David Hinojosa
Genevieve Bonadies Torres (*pro hac vice*)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
UNDER LAW
1500 K Street, NW, Suite 900 W
Washington, DC 20005

dhinojosa@lawyerscommittee.org
gbonadies@lawyerscommittee.org

Ryan P. Phair (*pro hac vice*)
Carter C. Simpson (*pro hac vice*)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW
Washington, D.C. 20037
rphair@HuntonAK.com
csimpson@HuntonAK.com

Alan R. Kabat (*pro hac vice*)
BERNABEI & KABAT, PLLC
1400 16th Street, N.W., Suite 500
Washington, D.C. 20036-2223
Kabat@BernabeiPLLC.com

\*W.D. Texas Application Pending

**ATTORNEYS FOR DEFENDANT-INTERVENORS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the foregoing has been served on the counsel of record shown below on this the 4th day of February 2021:

William S. Consovoy
J. Michael Connolly
Cameron T. Norris
Steven C. Begakis
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, Virginia 22209
will@consovoymccarthy.com
mike@consovoymccarthy.com
cam@consovoymccarthy.com
steven@consovoymccarthy.com

**ATTORNEYS FOR PLAINTIFF**

John J. McKetta, III
Matthew C. Powers
William Christian
Marianne W. Nitsch
GRAVES DOUGHERTY, HEARON & MOODY, P.C.
401 Congress Avenue, Suite 2700
Austin, Texas 78701
(512) 480-5725 (phone)
(512) 539-9938 (fax)
mmcketta@gdhm.com
mpowers@gdhm.com
wchristian@gdhm.com
mnitsch@gdhm.com

**ATTORNEYS FOR DEFENDANTS**

*/s/ Brian C. Pidcock*
Brian C. Pidcock