IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC.<br>   *Plaintiff*,<br><br>v.<br><br>UNIVERSITY OF TEXAS AT AUSTIN, ET AL.,<br>   *Defendants*. | §<br>§<br>§<br>§ Civil Action No. 1:20-cv-00763-RP<br>§<br>§<br>§<br>§<br>§ |

**AGREED MOTION TO**
**AMEND THE SCHEDULING ORDER**

Plaintiff, the Defendants, and the Defendant-Intervenors file this Agreed Motion to Amend the Scheduling Order and would respectfully show:

This Court entered a scheduling order in the above-styled case on January 5, 2021. (Dkt. 33). Under the scheduling order, the deadline for Defendants to file "any dispositive motions concerning standing or res judicata" is on or before February 25, 2021. (Dkt. 33 at ¶ 5). The parties jointly request that the Court amend the scheduling order to extend the deadline for Defendants to file any dispositive motions concerning standing or res judicata until **March 8, 2021.**

As a result of the ongoing winter weather emergency across the state of Texas, the parties have agreed to reschedule the deposition of the corporate representative(s) of Plaintiff SFFA from February 17 to February 26, 2021. The rescheduling of this deposition became necessary due to the widespread power outages in Austin impacting Defendants' counsel. The requested amendment is intended to allow the deposition to be moved without limiting Defendants' ability to make use of the deposition in any dispositive motions concerning standing or res judicata.

The amendment of the scheduling order requested will not impact the date of trial, and no other alteration of the deadlines contained in the scheduling order is sought. A proposed order is attached.

The requested amendment to the scheduling order is not for purposes of delay but so that justice may be done.

          Respectfully Submitted,

          GRAVES DOUGHERTY, HEARON & MOODY, P.C.
          401 Congress Avenue, Suite 2700
          Austin, Texas 78701
          (512) 480-5725 (phone)
          (512) 539-9938 (fax)

          By: _/s/ Marianne W. Nitsch_
              John J. McKetta, III
              Texas State Bar No. 13711500
              mmcketta@gdhm.com
              Matthew C. Powers
              Texas State Bar No. 24046650
              mpowers@gdhm.com
              William Christian
              State Bar No. 00793505
              wchristian@gdhm.com
              Marianne W. Nitsch
              Texas State Bar No. 24098182
              mnitsch@gdhm.com

          By: _/s/ J. Michael Connolly_ (with permission)
              William S. Consovoy
              J. Michael Connolly
              Cameron T. Norris
              Steven C. Begakis
              CONSOVOY MCCARTHY PLLC
              1600 Wilson Boulevard, Suite 700
              Arlington, Virginia 22209
              will@consovoymccarthy.com
              mike@consovoymccarthy.com
              cam@consovoymccarthy.com
              steven@consovoymccarthy.com

          **ATTORNEYS FOR PLAINTIFF**

By: /s/ *Carter C. Simpson* (with permission)
Brian C. Pidcock
HUNTON ANDREWS KURTH LLP
600 Travis St.
Houston, TX 77002
brianpidcock@HuntonAK.com

David Hinojosa*
Genevieve Bonadies Torres
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street, NW, Suite 900 Washington, DC 20005
dhinojosa@lawyerscommittee.org
gbonadies@lawyerscommittee.org

Ryan P. Phair
Carter C. Simpson
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW Washington, D.C. 20037
rphair@huntonak.com
csimpson@huntonak.com

Alan R. Kabat*
BERNABEI & KABAT, PLLC
1400 - 16th Street, N.W., Suite 500
Washington, D.C. 20036-2223
Kabat@BernabeiPLLC.com

*Western District application pending

**ATTORNEYS FOR INTERVENORS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the foregoing has been served on the counsel of record shown below on this the 19th day of February 2021:

William S. Consovoy
J. Michael Connolly
Cameron T. Norris
Steven C. Begakis
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, Virginia 22209
will@consovoymccarthy.com
mike@consovoymccarthy.com
cam@consovoymccarthy.com
steven@consovoymccarthy.com

**ATTORNEYS FOR PLAINTIFF**

Brian C. Pidcock
HUNTON ANDREWS KURTH LLP
600 Travis St.
Houston, TX 77002
brianpidcock@HuntonAK.com

David Hinojosa
Genevieve Bonadies Torres
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
UNDER LAW
1500 K Street, NW, Suite 900
Washington, DC 20005
dhinojosa@lawyerscommittee.org
gbonadies@lawyerscommittee.org

Ryan P. Phair
Carter C. Simpson
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW
Washington, D.C. 20037
rphair@huntonak.com
csimpson@huntonak.com

Alan R. Kabat
BERNABEI & KABAT, PLLC
1400 - 16th Street, N.W., Suite 500
Washington, D.C. 20036-2223
Kabat@BernabeiPLLC.com

**ATTORNEYS FOR INTERVENORS**

*/s/ Marianne W. Nitsch*
Marianne W. Nitsch