IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC. | § § § | |
| *Plaintiff*, | § § | Civil Action No. 1:20-cv-00763-RP |
| v. | § § | |
| UNIVERSITY OF TEXAS AT AUSTIN, ET AL., | § § § § | |
| *Defendants*. | | |

### PROPOSED ORDER

Before the Court is the parties' Agreed Motion to Amend the Scheduling Order. Having considered the motion, the Court finds that the motion is meritorious and should be granted.

IT IS THEREFORE ORDERED that the Agreed Motion to Amend the Scheduling Order is GRANTED; and

IT IS FURTHER ORDERED that the scheduling order is amended (Dkt. 33 at ¶ 5) to extend the deadline for Defendants to file any dispositive motions concerning standing or res judicata until **March 8, 2021.**

Signed on this the _____ day of _____, 2021.

_____
THE HONORABLE ROBERT PITMAN
UNITED STATES DISTRICT JUDGE