CAUSE NO. D-1-GN-17-002930

| | | |
|---|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br> *Plaintiff,* <br><br> v. <br><br> UNIVERSITY OF TEXAS AT AUSTIN; WILLIAM MCRAVEN, in his official capacity as Chancellor of The University of Texas System; GREGORY L. FENVES, in his official capacity as the President of The University of Texas at Austin; and ERNEST ALISEDA, DAVID J. BECK, KEVIN P. ELTIFE, PAUL L. FOSTER, R. STEVEN HICKS, JEFFREY D. HILDEBRAND, JANIECE LONGORIA, SARA MARTINEZ TUCKER, and JAMES CONRAD WEAVER, in their official capacities as Members of the Board of Regents of The University of Texas System, <br> *Defendants.* | § § § § § § § § § § § § § § § § § § § § | IN THE DISTRICT COURT OF <br><br> Filed in The District Court of Travis County, Texas <br> MAR 05 2019 JAF <br> At 3:14 M. <br> Velva L. Price, District Clerk <br><br> TRAVIS COUNTY, TEXAS <br><br><br><br> 53rd JUDICIAL DISTRICT |

## AMENDED ORDER GRANTING PLEA TO THE JURISDICTION

This Court has now considered defendants' pleas to the jurisdiction. Because the plaintiff has failed to show that any of its members would have standing to sue in their own right, the plaintiff lacks standing to bring this action. For this reason, defendants' plea to the jurisdiction is granted on this ground and all of plaintiff's claims are dismissed with prejudice as to UT Austin's 2017 entering class. This is a final and appealable order.

SIGNED this 5th day of March, 2019.

_____
THE HONORABLE SCOTT H. JENKINS
TRAVIS COUNTY DISTRICT JUDGE

**EXHIBIT D**