# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00055-CV

**Students for Fair Admissions, Inc., Appellant**

v.

**University of Texas at Austin; William McRaven, in his Official Capacity as Chancellor of the University of Texas System; Gregory L. Fenves, in his Capacity as the President of the University of Texas at Austin; and Ernest Aliseda, David J. Beck, Kevin P. Eltife, Paul L. Foster, R. Steven Hicks, Jeffrey D. Hildebrand, Janiece Longoria, Sara Martinez Tucker, and James Conrad Weaver, in their Official Capacities as Members of the Board of Regents of the University of Texas System, Appellees**

**FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
NO. D-1-GN-17-002930, THE HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant Students for Fair Admissions, Inc. has filed an unopposed motion to dismiss this appeal. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

                                                Edward Smith, Justice

Before Chief Justice Rose, Justices Kelly and Smith

Dismissed on Appellant's Motion

Filed:   April 26, 2019

EXHIBIT E