CAUSE NO. D-1-GN-19-002739

| | | |
|---|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br> *Plaintiff*, <br><br> v. <br><br> UNIVERSITY OF TEXAS AT AUSTIN, and GREGORY L. FENVES, in his official capacity as the President of the University of Texas at Austin, <br> *Defendants*. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | IN THE DISTRICT COURT OF <br><br><br> TRAVIS COUNTY, TEXAS <br><br><br><br> 53rd JUDICIAL DISTRICT |

**PLAINTIFF'S NOTICE OF NONSUIT WITHOUT PREJUDICE**

TO THE HONORABLE TRAVIS COUNTY DISTRICT COURT:

NOW COMES Plaintiff Students for Fair Admissions, Inc. and hereby gives notice to the Court that Plaintiff Students for Fair Admissions, Inc. hereby nonsuits without prejudice all claims asserted herein by Students for Fair Admissions, Inc.

Respectfully submitted,

By: _____
Paul M. Terrill, III
State Bar No. 00785094
G. Alan Waldrop
State Bar No. 20685700
TERRILL & WALDROP
810 West 10th Street
Austin, Texas 78701
Tel (512) 474-9100
Fax (512) 474-9888
pterrill@terrillwaldrop.com
awaldrop@terrillwaldrop.com

William S. Consovoy
Thomas R. McCarthy
J. Michael Connolly
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
will@consovoymccarthy.com
tom@consovoymccarthy.com
mike@consovoymccarthy.com

Patrick Strawbridge
CONSOVOY MCCARTHY PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA  02109
(617) 227-0548
patrick@consovoymccarthy.com

**ATTORNEYS FOR PLAINTIFF STUDENTS FOR FAIR ADMISSIONS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiff's Notice of Nonsuit without Prejudice was served as indicated on this 9th day of July, 2020, to the following:

**VIA EFILING AND EMAIL**
John J. McKetta, III
Matthew C. Powers
GRAVES DOUGHERTY, HEARON & MOODY, P.C.
401 Congress Avenue, Suite 2200
Austin, Texas 78701

David Hinojosa
Genevieve Bonadies Torres
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street, NW, Suite 900
Washington, DC 20005

Cameron P. Pope
HUNTON ANDREWS KURTH LLP
600 Travis St.
Houston, TX 77002

Ryan P. Phair
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW
Washington, D.C. 20037

Alan R. Kabat
BERNABEI & KABAT, PLLC
1400 - 16th Street, N.W., Suite 500
Washington, D.C. 20036-2223

*/s/ G. Alan Waldrop*
G. Alan Waldrop

*Plaintiff's Notice of Nonsuit*  Page 3

EXHIBIT G, PAGE 3