

# Our Cases

The Project on Fair Representation is committed to litigation that challenges racial and ethnic classifications and preferences in state and federal courts. Below are some of our recent cases.

### Project on Fair Representation v. Texas State Bar
(https://www.projectonfairrepresentation.org/case/project-on-fair-representation-v-texas-state-bar/)
Under Texas law, the Board of Directors of the State Bar must include "four minority member directors appointed by the President of the State Bar." §81.020(b). The law states that only "female, African-American, Hispanic-American, Native American, or Asian-Americans" will be considered for these four positions. The complaint notes that this law violates the Equal Protection [...]

### POFR Amicus Brief – Veasey v. Abbott
(https://www.projectonfairrepresentation.org/case/pofr-amicus-brief-veasey-v-abbott/)
The Project has a long history of opposing interpretations of the Voting Rights Act that cannot be reconciled with the Constitution or the law's text. The decision here runs contrary to the principles of race neutrality to which The Project is dedicated and to the American ideal of individual equality to which The Project is [...]

### Students for Fair Admissions v. Harvard University
(https://www.projectonfairrepresentation.org/case/students-for-fair-admissions-v-harvard-university/)
Students for Fair Admissions, a nonprofit, membership organization whose members include highly qualified students recently denied admission to schools including Harvard University, highly qualified students who plan to apply to schools such as Harvard University, and their parents. The lawsuit alleges the university is engaging in a campaign of invidious discrimination by strictly limiting the number of [...]

### Students for Fair Admissions v. University of North Carolina-Chapel Hill
(https://www.projectonfairrepresentation.org/case/students-for-fair-admissions-v-university-of-north-carolina-chapel-hill/)
Students for Fair Admissions, a nonprofit, membership organization whose members include highly qualified students recently denied admission to schools including UNC-Chapel Hill, highly qualified students who plan to apply to schools such as UNC-Chapel Hill, and their parents. The lawsuit alleges that the University

SFFA 003930

EXHIBIT K, PAGE 1

is not in compliance with the new Fisher strict scrutiny requirements. Students [...]

### Evenwel v. Abbott (https://www.projectonfairrepresentation.org/case/evenwel-v-abbott/)

Sue Evenwel and Edward Pfenninger, Texas voters, challenged the malapportioned senatorial voting districts enacted by the Texas Legislature on June 23, 2013 and signed into law by Governor Rick Perry on June 26, 2013 ("Plan S172"). The lawsuit alleges that Plan S172 is unconstitutional under the Fourteenth Amendment to the United States Constitution and are seeking a court order requiring the Texas [...]

### Abigail Fisher v. University of Texas (https://www.projectonfairrepresentation.org/case/fisher-v-texas/)

Abby Fisher sued to prevent the University of Texas from employing racially discriminatory policies and procedures in administering the undergraduate admissions. The admissions policies discriminated against her on the basis of her race in violation of her right to equal protection of the laws under the Fourteenth Amendment of the United States Constitution and federal civil rights statutes. Read [...]

### Northwest Austin Municipal Utility District No. 1 v. Holder (https://www.projectonfairrepresentation.org/case/northwest-austin-municipal-utility-district-no-1-v-holder/)

In a case that went all the way to the US Supreme Court, Northwest Austin Municipal Utility District Number 1 challenged the constitutionality of pre-clearance provisions of the Voting Rights Act. In a unanimous decision, the Court concluded that the district could apply for an exemption. Read the US Supreme Court opinion

### Shelby County, Alabama v. Holder (https://www.projectonfairrepresentation.org/case/shelby-county-alabama-v-holder/)

Shelby County, Alabama challenged the constitutionality of certain sections of the Voting Rights Act. The US Supreme court ruled that Section 4 of the Voting Rights Act is unconstitutional and that its formula can no longer be used as a basis for subjecting jurisdictions to preclearance. Read the US Supreme Court opinion

### Amicus Briefs (https://www.projectonfairrepresentation.org/case/amicus-briefs/)

Below are a selected lists of amicus briefs filed by the Project on Fair Representation. Parents Involved in Community Schools v. Seattle Schools District No.1 Rick Perry v. Shannon Perez Township of Mt. Holly, NJ v. Mt. Holly Gardens Citizens in Action Texas Department of Housing and Community Affairs v. The Inclusive Communities Project



SFFA 003932

EXHIBIT K, PAGE 3

SFFA 003933

EXHIBIT K, PAGE 4