CAUSE NO. D-1-GN-17-002930

| | | |
|---|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br> *Plaintiff*, <br><br> v. <br><br> UNIVERSITY OF TEXAS AT AUSTIN; WILLIAM MCRAVEN, in his official capacity as Chancellor of the University of Texas System; GREGORY L. FENVES, in his official capacity as the President of the University of Texas at Austin; and ERNEST ALISEDA, DAVID J. BECK, KEVIN P. ELTIFE, PAUL L. FOSTER, R. STEVEN HICKS, JEFFREY D. HILDEBRAND, JANIECE LONGORIA, SARA MARTINEZ TUCKER, and JAMES CONRAD WEAVER, in their official capacities as Members of the Board of Regents of the University of Texas System, <br> *Defendants*. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | IN THE DISTRICT COURT OF <br><br><br><br><br><br><br> TRAVIS COUNTY, TEXAS <br><br><br><br><br><br> 53rd JUDICIAL DISTRICT |

**PLAINTIFF'S SECOND SUPPLEMENTAL OBJECTIONS AND RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES**

To: University of Texas at Austin; William McRaven, in his official capacity as Chancellor of the University of Texas System; Gregory L. Fenves, in his official capacity as the President of the University of Texas at Austin; and Ernest Aliseda, David J. Beck, Kevin P. Eltife, Paul L. Foster, R. Steven Hicks, Jeffrey D. Hildebrand, Janiece Longoria, Sara Martinez Tucker, and James Conrad Weaver, in their official capacities as Members of the Board of Regents of the University of Texas System, by and through their attorney of record, John J. McKetta, III and Matthew C. Powers, Graves Dougherty, Hearon & Moody, P.C., 401 Congress Avenue, Suite 2200, Austin, Texas 78701.

Pursuant to Texas Rules of Civil Procedure 190 *et. seq.*, Plaintiff Students For Fair Admission, Inc. makes the following supplemental objections and responses to the Defendants' First Set of Interrogatories.

Respectfully submitted,

By: /s/ G. Alan Waldrop *Signed by permission Ryan D. Green*
Paul M. Terrill, III
State Bar No. 00785094
G. Alan Waldrop
State Bar No. 20685700
TERRILL & WALDROP
810 West 10th Street
Austin, Texas 78701
Tel (512) 474-9100
Fax (512) 474-9888
awaldrop@terrillwaldrop.com
pterrill@terrillwaldrop.com

William S. Consovoy
Thomas R. McCarthy
J. Michael Connolly
CONSOVOY MCCARTHY PARK PLLC
3033 Wilson Blvd., Suite 700
Arlington, VA 22201
(703) 243-9423
will@consovoymccarthy.com
tom@consovoymccarthy.com
mike@consovoymccarthy.com

Patrick Strawbridge
CONSOVOY MCCARTHY PARK PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
(617) 227-0548
patrick@consovoymccarthy.com

**ATTORNEYS FOR PLAINTIFF STUDENTS FOR FAIR ADMISSIONS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Students for Fair Admission, Inc.'s Second Supplemental Objections and Responses to Defendants' First Set of Interrogatories was served as indicated on this 8th day of January, 2018, to the following:

**VIA EFILING AND EMAIL**
John J. McKetta, III
Matthew C. Powers
GRAVES DOUGHERTY, HEARON &MOODY, P.C.
401 Congress Avenue, Suite 2200
Austin, Texas 78701

G. Alan Waldrop

Signed by permission
Ryan D. V. [signature]

## III.  SUPPLEMENTAL RESPONSES TO INTERROGATORIES

6.  List and describe all sources of SFFA's funding, including but not limited to any dues, fees, or other funds contributed by individual members, as well as contributions or other funds received from other sources, including from non-members.

>  RESPONSE:
>
>  SFFA objects to this interrogatory to the extent that it seeks discovery of information that is not relevant to this lawsuit.  SFFA objects to this interrogatory to the extent that it seeks discovery of information beyond the scope of permissible discovery under the Texas Rules of Civil Procedure.  SFFA objects to this interrogatory on the basis that it is overly broad.  SFFA objects to this interrogatory on the basis that it seeks discovery of information that is sensitive and confidential, and beyond the scope of discovery pursuant to Texas Rule of Civil Procedure 192.4.  SFFA objects to this interrogatory to the extent that it seeks the discovery of information that is protected by constitutional and associational privileges.  SFFA objects to this interrogatory on the basis that it exceeds the permissible number of interrogatories under the Texas Rules of Civil Procedure.
>
>  Subject to and without waiving its objections, SFFA responds as follows.  As of November 1, 2017, SFFA had 22,021 members, of which 1,178 members had made a financial contribution to SFFA, and 20,843 members had not made a financial contribution to SFFA.  As of November 1, 2017, after SFFA instituted a membership fee requirement in July 2015, 228 members contributed the $10, and 305 members contributed more than $10.  As of November 1, 2017, SFFA has received 24 financial contributions from 9 institutional donors for a total of $3,073,441.28, and SFFA also has received 1,319 financial contributions from 1,178 of its individual members for a total of $110,823.89.