EXHIBIT Q, PAGE 1

February 01, 2021

```
 1            IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF TEXAS
 2                      AUSTIN DIVISION

 3   STUDENTS FOR FAIR            )
     ADMISSIONS, INC,             )
 4                                )
              Plaintiff,          )
 5                                )  CIVIL ACTION
     VS.                          )
 6                                )  NO.: 1:20-cv-00763-RP
     UNIVERSITY OF TEXAS AT       )
 7   AUSTIN, ET AL.,              )
                                  )
 8            Defendants.         )

 9        ------------------------------------

10        ORAL AND VIDEOTAPED DEPOSITION OF

11

12                  FEBRUARY 1, 2021

13                     VOLUME 1

14        ------------------------------------

15        ORAL AND VIDEOTAPED DEPOSITION OF

16   produced as a witness at the instance of the DEFENDANT,

17   and duly sworn, was taken in the above-styled and

18   numbered cause on February 1, 2021, from 9:38 a.m. to

19   1:25 p.m. via Zoom, before Miah Hoffman, CVR in and for

20   the State of Texas, reported by oral stenography,

21   pursuant to the Federal Rules of Civil Procedure and the

22   provisions stated on the record or attached hereto.

23

24

25
```

```
 1                A P P E A R A N C E S

 2  FOR THE PLAINTIFF:

 3      J. MICHAEL CONNOLLY
        CONSOVOY MCCARTHY PLLC
 4      1600 Wilson Boulevard, STE 700
        Arlington, Virginia, 22209
 5      Phone:(703)243-9423
        Mike@consovoymccarthy.com
 6

 7  FOR THE DEFENDANTS UNIVERSITY OF TEXAS AT AUSTIN:

 8      MATTHEW C. POWERS
        GRAVES DOUGHERTY, HEARON &
 9      MOODY, P.C.
        401 Congress Avenue, Suite 2700
10      Austin, Texas 78701
        Phone:(512)480-5725
11      Fax:(512)539-9938
        mpowers@gdhm.com
12

13  FOR THE DEFENDANTS UNIVERSITY OF TEXAS AT AUSTIN:

14      JOHN J. (MIKE) MCKETTA III
        GRAVES DOUGHERTY, HEARON &
15      MOODY, P.C.
        401 Congress Avenue, Suite 2700
16      Austin, Texas 78701
        Phone:(512)480-5725
17      Fax:(512)539-9938
        mmcketta@gdhm.com
18

19  FOR THE DEFENDANTS INTERVENORS:

20      DAVID HINOJOSA
        LAWYERS' COMMITTEE FOR CIVIL
21      RIGHTS UNDER LAW
        1500 K. Street, NW, Suite 900
22      Washington, D.C. 20005
        Phone:(202)662-8600
23      Fax:(202)783-0857
        dhinojosa@lawyerscommittee.org
24

25
```

```
 1              A P P E A R A N C E S

 2   FOR THE DEFENDANTS INTERVENORS:

 3        CARTER C. SIMPSON
          HUNTON ANDREWS KURTH LLP
 4        2200 PENNSYLVANIA AVENUE, NW
          Washington, D.C. 20037
 5        Phone:(202) 955-1850
          csimpson@huntonak.com
 6

 7   ALSO PRESENT:

 8        JOSEPH (JODY) HUGHES: Associate Vice President For

 9   Legal Affairs (UT)

10        KTA HOST: DEA BROWN

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                         INDEX

 2                                                       PAGE

 3   Appearances........................................ 2

 4   ▮▮▮▮▮▮▮▮▮▮▮▮▮
         Examination by Mr. Powers...................... 5
 5       Examination by Mr. Hinojosa.................... 60
         Examination by Mr. Connolly....................105
 6

 7   Signature and Changes.............................. 109

 8   Reporter's Certificate.............................111

 9

10                        EXHIBITS

11   NO.   DESCRIPTION                                   PAGE

12   1     Decl.  Of Alexandra Trujillo.........       91
     2     Decl. Of Brianna McBride.............       101
13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    P R O C E E D I N G S
 2                 REPORTER:  We are on the Record.  Today's
 3   date is February 1st, 2021.  The time is 9:38 a.m. This
 4   is the oral deposition of ▓▓▓▓▓▓▓▓▓▓, and it is being
 5   conducted remotely by agreement of the parties or in
 6   accordance with current Emergency Orders.  The witness
 7   is attending from ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
 8   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
 9                 My name is Miah Hoffman, my CVR # is 7859
10   with Kim Tindall & Associates.  I am administering the
11   oath and reporting the deposition remotely by oral
12   stenographic means.
13                 My business address is 16414 San Pedro
14   Avenue, Suite 900, San Antonio, Texas 78232.  The
15   witness has been identified to me through his Texas
16   driver's license.
17                 Would counsel go ahead and please state
18   their appearances for the record?
19                 MR. POWERS:  Matt Powers for the
20   defendants.
21                 MR. MCKETTA:  Also for defendants.
22                 MR. CONNOLLY:  Michael Connolly for
23   plaintiff, Students For Fair Admissions.
24                 MS. SIMPSON:  Carter Simpson for the
25   defendant, Intervenors.
```

```
 1                  MR. HINOJOSA:  David Hinojosa, defendant,
 2    Intervenors.
 3                      (Witness duly sworn.)
 4                           ███████,
 5    having been first duly sworn, testified as follows:
 6                           EXAMINATION
 7    BY MR. POWERS:
 8        Q.    ███████ would you please state your name
 9    for the record?
10        A.    ███████
11        Q.    Your first name is ███ and your last name
12    is ███, correct?
13        A.    Yes.
14        Q.    Have you ever given a deposition before, ███
15    ███?
16        A.    No.
17        Q.    Okay.
18                  MR. CONNOLLY:  Matt, I'm sorry to
19    interrupt.  I should have said this before.  Can I put
20    the stipulations that we agreed to on the record?
21                  MR. POWERS:  Yes, very good.
22                  MR. CONNOLLY:  Okay.  So this is what the
23    parties agreed to before the deposition.  During this
24    deposition it is possible that UT or the Intervenors
25    will have questions that SFFA believes infringe upon the
```

```
 1  them use my profile, and I answered questions that SFFA
 2  has.
 3       Q.   (BY MR. POWERS) Now, have you ever been
 4  invited to vote as an SFFA member on any matter?
 5            MR. CONNOLLY:  Objection to the form.
 6            THE WITNESS:  I'm not sure.
 7       Q.   (BY MR. POWERS) Have, you in fact, ever voted
 8  on any matter of SFFA?
 9            MR. CONNOLLY:  Objection on First
10  Amendment associational privilege.  I instruct the
11  witness not to answer the question.
12       Q.   (BY MR. POWERS) Sitting here today, can you
13  recall one way or the other whether you voted on any
14  matter for SFFA?
15            MR. CONNOLLY:  Objection on First
16  Amendment associational privilege.  This is a yes or no
17  question about whether you are -- whether -- this is a
18  yes or no question.
19            THE WITNESS:  I don't remember.
20       Q.   (BY MR. POWERS) Do you know what SFFA's
21  procedures are for conducting elections?
22       A.   No.
23       Q.   Do you know what SFFA's procedures are for
24  taking votes on any matter?
25            MR. CONNOLLY:  Objection to the form.
```

```
 1                THE WITNESS:  I don't know.
 2        Q.   (BY MR. POWERS) Now, do you have the authority
 3   of SFFA to hire or obtain legal counsel on its behalf?
 4                MR. CONNOLLY: Objection to the form.
 5                THE WITNESS:  I'm not sure.
 6        Q.   (BY MR. POWERS) You think it's possible that
 7   you have that authority to hire legal counsel on behalf
 8   of SFFA?
 9                MR. CONNOLLY:  Objection to the form.
10                THE WITNESS:  I don't know.
11        Q.   (BY MR. POWERS) Do you have authority from
12   SFFA to act on the advice of legal counsel on SFFA's
13   behalf?
14                MR. CONNOLLY:  Objection to the form.
15                THE WITNESS:  Can you restate the
16   question, please?
17        Q.   (BY MR. POWERS) Sure.  Are you a person
18   authorized by SFFA to act -- to act on the advice of
19   legal counsel?
20                MR. CONNOLLY:  Objection to the form.
21                THE WITNESS:  I'm not sure really what
22   you mean.  I'm not sure what you're asking.  So I don't
23   know.
24        Q.   (BY MR. POWERS) Do you have authorization to
25   spend money on behalf of SFFA?
```

```
 1                THE WITNESS:  Yes, membership dues, paid
 2   membership dues.
 3        Q.   (BY MR. POWERS) That's the $10.00 fee you
 4   referred to earlier?
 5        A.   Correct.
 6        Q.   Anything else?
 7                MR. CONNOLLY:  Objection to the form.
 8                THE WITNESS:  I'm not sure.
 9        Q.   (BY MR. POWERS) In your understanding what are
10   your rights as a member of SFFA?
11        A.   I'm not sure.
12        Q.   Do you serve on any committee within SFFA?
13        A.   No.
14        Q.   Do you know whether SFFA has any committees?
15        A.   I'm not sure.
16        Q.   Is there a membership roster that you've been
17   permitted to see?
18                MR. CONNOLLY:  Objection to the form.
19                THE WITNESS:  I don't remember.
20        Q.   (BY MR. POWERS) Do you know how many members
21   SFFA has?
22        A.   Approximately 20,000, I believe.
23        Q.   And have you ever been given access to that
24   member roster?
25        A.   I'm not sure.
```

```
 1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE WESTERN DISTRICT OF TEXAS
 2                         AUSTIN DIVISION

 3    STUDENTS FOR FAIR            )
      ADMISSIONS, INC.,            )
 4                                 )
                                   )
 5              Plaintiff,         )
                                   ) CIVIL ACTION
 6    VS.                          )
                                   ) NO:  1:20-cv-00763-RP
 7    UNIVERSITY OF TEXAS AT       )
      AUSTIN, ET AL.,              )
 8                                 )
                Defendants.        )
 9

10
                     REPORTER'S CERTIFICATE
11                         OF ▇▇▇▇▇▇▇

12

13       I, Miah Hoffman, CVR, do hereby certify that the

14   foregoing deposition is a full, true and correct

15   transcript;

16       That the foregoing deposition of Witness, ▇▇▇▇

17   ▇▇▇▇, the Witness, hereinbefore named was at the time

18   named, taken by me in oral stenograph on February 1,

19   2021, the said Witness having been by me first duly

20   cautioned and sworn to tell the truth, the whole truth,

21   and nothing but the truth, and the same were thereafter

22   reduced to typewriting by me or under my direction.  The

23   charge for the completed deposition is $ _____ due from

24   Defendant;

25          ( ) That pursuant to the Federal Rules of
```

```
 1  Civil procedure, the Witness shall have 30 days after
 2  being notified by certified mail, return receipt
 3  requested, by the deposition officer that the original
 4  deposition transcript is available in her office for
 5  review and signature by the Witness and if any
 6  corrections made are attached hereto;
 7            ( ) That by agreement of counsel, a reading
 8  condensed copy of the deposition transcript along with
 9  the full-sized original Changes and Signature Sheet has
10  been sent to _____ on _____ for review
11  and signature within 30 days and if any corrections
12  returned are attached hereto;
13            ( ) That by agreement of counsel, the
14  deposition officer is instructed to release the original
15  deposition transcript to
16  _____ on _____ for review and
17  signature, and the deposition officer is thereafter
18  released of any further responsibility with regard to
19  the original;
20            ( ) That the witness shall have thirty (30)
21  days for review and signature of the original transcript
22  and if any corrections returned are attached hereto;
23            ( ) That the signed transcript ( ) was ( ) was
24  not received from the Witness within 30 days;
25            ( ) That the examination and signature of the
```

```
 1  Witness is waived by the Witness and the parties;
 2          That the amount of time used by each party at
 3  the deposition is as follows:
 4      Mr. Powers:     01 HOURS:38 MINUTE(S)
        Mr. Hinojosa:   01 HOURS:25 MINUTE(S)
 5      Mr. Connolly:   00 HOURS:01 MINUTE(S)
 6      I further certify that I am neither counsel for,
 7  related to, nor employed by any of the parties or
 8  attorneys in this action in which this proceeding was
 9  taken, and further that I am not financially or
10  otherwise interested in the outcome of the action.
11          Certified to by me this 3rd day of February,
12  2021.
13
14                              [signature: Miah Hoffman]
15                              _____
                                MIAH HOFFMAN, CVR 7859
16                              Expiration Date:  9/1/2021
                                Firm Registration No. # 631
17                              Kim Tindall & Associates, LLC
                                16414 San Pedro, Suite 900
18                              San Antonio, Texas 78232
                                Phone 210-697-3400
19                              Fax   210-697-3408
20
21
22
23
24
25
```