EXHIBIT R, PAGE 1

February 02, 2021

```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF TEXAS
 2                       AUSTIN DIVISION

 3   STUDENTS FOR FAIR           )
     ADMISSIONS, INC.,           )
 4                               )
                  Plaintiff,     )
 5                               )   CIVIL ACTION
     VS.                         )
 6                               )   NO.: 1:20-cv-00763-RP
     UNIVERSITY OF TEXAS AT      )
 7   AUSTIN,                     )
     ET AL.,                     )
 8                               )
                  Defendants.
 9

10        ------------------------------------

11         ORAL AND VIDEOTAPED DEPOSITION OF

12         ████████████████████████████████

13                   FEBRUARY 2, 2021

14                     VOLUME #1

15        ------------------------------------

16       ORAL AND VIDEOTAPED DEPOSITION OF ████████

17   ███████████, produced as a witness at the instance of

18   the DEFENDANT, and duly sworn, was taken in the

19   above-styled and numbered cause on February 2, 2021,

20   from 9:35 a.m. to 11:48 a.m. via Zoom before Miah

21   Hoffman, CVR in and for the State of Texas, reported by

22   oral stenography, pursuant to the Federal Rules of Civil

23   Procedure and the provisions stated on the record or

24   attached hereto.

25
```

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

February 02, 2021
Page 2

```
 1                A P P E A R A N C E S

 2  FOR THE PLAINTIFF STUDENTS FOR FAIR ADMISSIONS INC.:

 3      J. MICHAEL CONNOLLY
        CONSOVOY MCCARTHY PLLC
 4      1600 Wilson Boulevard, STE 700
        Arlington, Virginia, 22209
 5      Phone:(703)243-9423
        Mike@consovoymccarthy.com
 6

 7  FOR THE DEFENDANTS UNIVERSITY OF TEXAS AT AUSTIN:

 8      MATTHEW C. POWERS
        GRAVES DOUGHERTY, HEARON &
 9      MOODY, P.C.
        401 Congress Avenue, Suite 2700
10      Austin, Texas 78701
        Phone:(512)480-5725
11      Fax:(512)539-9938
        mpowers@gdhm.com
12

13  FOR THE DEFENDANTS UNIVERSITY OF TEXAS AT AUSTIN:

14      JOHN J. (MIKE) MCKETTA III
        GRAVES DOUGHERTY, HEARON &
15      MOODY, P.C.
        401 Congress Avenue, Suite 2700
16      Austin, Texas 78701
        Phone:(512)480-5725
17      Fax:(512)539-9938
        mmcketta@gdhm.com
18

19  FOR THE DEFENDANTS INTERVENORS:

20      DAVID HINOJOSA
        LAWYERS' COMMITTEE FOR CIVIL
21      RIGHTS UNDER LAW
        1500 K. Street, NW, Suite 900
22      Washington, D.C. 20005
        Phone:(202)662-8600
23      Fax:(202)783-0857
        dhinojosa@lawyerscommittee.org
24

25
```

```
 1              A P P E A R A N C E S

 2   FOR THE DEFENDANTS INTERVENORS:

 3        CARTER C. SIMPSON
          HUNTON ANDREWS KURTH LLP
 4        2200 PENNSYLVANIA AVENUE, NW
          Washington, D.C. 20037
 5        Phone:(202) 955-1850
          csimpson@huntonak.com
 6

 7   ALSO PRESENT:

 8        JOSEPH (JODY) HUGHES: Associate Vice President For

 9   Legal Affairs (UT)

10        KTA HOST: DEA BROWN
```

```
 1                            INDEX

 2                                                           PAGE

 3  Appearances........................................... 2

 4  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
        Examination by Mr. McKetta...................... 6
 5      Examination by Ms. Simpson...................... 44
        Examination by Mr. Connolly..................... 71
 6

 7  Signature and Changes................................ 74

 8  Reporter's Certificate............................... 76

 9

10                          EXHIBITS

11      * There were no exhibits to this deposition

12

13

14

15

                        CERTIFIED QUESTIONS
16  NO.                                              PAGE/LINE

17  1    ............................................    56:5

18

19

20

21

22

23

24

25
```

EXHIBIT R, PAGE 5

```
 1                     P R O C E E D I N G S
 2                     REPORTER:  We are on the record.  Today's
 3   date is February 2nd, 2021.  The time is 9:35 a.m. This
 4   is the oral deposition of ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬, and
 5   it is being conducted remotely by agreement of the
 6   parties or in accordance with current Emergency Orders.
 7   The witness is attending from ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
 8   ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬.
 9                     My name is Miah Hoffman, CVR #7859 with
10   Kim Tindall & Associates.  I am administering the oath
11   and reporting the deposition remotely by oral
12   stenographic means.
13                     My business address in 16414 San Pedro
14   Avenue, Suite 900, San Antonio, Texas 78232.  The
15   witness has been identified to me through attestation of
16   his counsel.
17                     Would counsel please state their
18   appearances for the record?
19                     MR. MCKETTA:  This is Mike McKetta for
20   defendants.
21                     MR. POWERS:  Matt Powers also for
22   defendants.
23                     MR. CONNOLLY:  Michael Connolly for the
24   plaintiff.
25                     MS. SIMPSON:  Carter Simpson for the
```

```
 1  defendant, Intervenors.
 2              MR. HINOJOSA:  David Hinojosa for the
 3  Intervenors.
 4                    (Witness duly sworn.)
 5                           ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓,
 6  having been first duly sworn, testified as follows:
 7                        EXAMINATION
 8  BY MR. MCKETTA:
 9              MR. MCKETTA:  Thank you.  Mike do you
10  want to just incorporate the stipulations that you
11  recited yesterday or do you want to repeat them?
12              MR. CONNOLLY:  Yeah.  Would you mind if I
13  repeated them?
14              MR. MCKETTA:  Fine.
15              MR. CONNOLLY:  So this -- these are the
16  stipulations that the parties agreed to before -- before
17  the deposition.  During this deposition it is possible
18  that UT or the Intervenors will ask questions that SFFA
19  believes infringe upon the First Amendment associational
20  rights of SFFA and its members.  SFFA may instruct the
21  witness not to answer a question on these grounds.  If a
22  disagreement arises as to whether this instruction is
23  improper, the parties agree to do their best to resolve
24  the disagreement during the deposition or if necessary,
25  before the Court.  SFFA agrees that UT and the
```

```
 1      Q.   (BY MR. MCKETTA) Would you please give me
 2 either an accurate number or a best estimate, but
 3 without names, of how many SFFA members you personally
 4 know?
 5      A.   Probably three or four.
 6      Q.   Okay.  Again, without giving me names, are
 7 they from your high school?
 8      A.   No.
 9      Q.   Okay.  Have you ever been furnished or given
10 an opportunity to obtain a complete membership list of
11 SFFA?
12           MR. CONNOLLY:  Objection to the form.
13           THE WITNESS:  No.
14      Q.   (BY MR. MCKETTA) When you receive e-mails that
15 you believe are directed to SFFA members generally are
16 the other members email addresses revealed to you on
17 those e-mails?
18           MR. CONNOLLY:  Objection to the form.
19           THE WITNESS:  I -- I don't think so.
20      Q.   (BY MR. MCKETTA) There's a common method of
21 sending e-mails to a large group with the BCC feature
22 that would not reveal other recipients.  Do you know if
23 that's how you receive e-mails that are sent by SFFA?
24      A.   I'm not positive, to be honest.
25      Q.   ▇▇▇▇, you're now a sophomore, are you not?
```

```
 1        Q.   (BY MR. MCKETTA) Just a yes or no.
 2        A.   No.
 3        Q.   Tell me, if you would, the benefit to you
 4   personally that you expect if SFFA were to win this
 5   lawsuit?
 6             MR. CONNOLLY:  Objection to the form.
 7             THE WITNESS:  For me personally, I'll be
 8   able to apply to transfer to UT and be considered
 9   fairly, and possibly apply there for grad school as
10   well.
11        Q.   (BY MR. MCKETTA) Would you not -- suppose this
12   lawsuit has not ended by the time you graduate, does
13   that mean you would not apply to the University of Texas
14   for graduate school?
15             MR. CONNOLLY:  Objection to the form.
16             THE WITNESS:  It doesn't mean that.
17   Because a lot of people in my industry go to work for a
18   few years and they come back for graduate school and
19   paid for, which I would for sure be interested in doing.
20        Q.   (BY MR. MCKETTA) Have you been -- this again,
21   is a yes or no question.  Have you been invited to vote,
22   whether you did or did not vote, have you been invited
23   to vote on anything related to SFFA?
24             MR. CONNOLLY:  Objection to the form.
25             THE WITNESS:  I'm not sure.
```

```
 1                MR. MCKETTA:  Yes.
 2                MR. CONNOLLY:  And the third one, has he
 3   ever -- has he ever voted --
 4                MR. MCKETTA:  On any SFFA matter.
 5                MR. CONNOLLY:  Any SFFA matter.  Yes, the
 6   instruction stands on all three of those questions.
 7        Q.   (BY MR. MCKETTA)  ████████████, do you
 8   know if SFFA has directors?
 9        A.   Yes, I believe they do.
10        Q.   Do you know whether members participate in
11   electing any one or more of those directors?
12        A.   I believe they are capable of doing so, yes.
13        Q.   For how many?
14        A.   I think it's one.
15        Q.   There --
16        A.   I -- I think it's just one.
17        Q.   And you can't recall if you were ever invited
18   to vote for that one director?
19        A.   No.  No, I cannot recall.
20                MR. MCKETTA:  Okay.  I'm through with the
21   questions.  Thank you very much for your courtesy and
22   answering my questions.
23   BY MS. SIMPSON:
24        Q.   All right.  Hi, my name's Carter Simpson and
25   I'm an attorney at Hunton Andrews Kurth and I represent
```

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE WESTERN DISTRICT OF TEXAS
 2                        AUSTIN DIVISION

 3   STUDENTS FOR FAIR              )
     ADMISSIONS, INC.,              )
 4                                  
 5           Plaintiff,             )
                                        CIVIL ACTION
 6   VS.                            )
                                        NO:  1:20-cv-00763-RP
 7   UNIVERSITY OF TEXAS AT         )
     AUSTIN,                        )
 8   ET AL.,                        )
                                    )
 9           Defendants.

10

11                    REPORTER'S CERTIFICATE
                   OF ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
12

13

14        I, Miah Hoffman, CVR, do hereby certify that the

15   foregoing deposition is a full, true and correct

16   transcript;

17        That the foregoing deposition of Witness,

18   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ the Witness, hereinbefore

19   named was at the time named, taken by me in oral

20   stenograph on February 2, 2021, the said Witness having

21   been by me first duly cautioned and sworn to tell the

22   truth, the whole truth, and nothing but the truth, and

23   the same were thereafter reduced to typewriting by me or

24   under my direction.  The charge for the completed

25   deposition is $ _____ due from Defendant;
```

```
 1            ( ) That pursuant to the Federal Rules of
 2   Civil procedure, the Witness shall have 30 days after
 3   being notified by certified mail, return receipt
 4   requested, by the deposition officer that the original
 5   deposition transcript is available in her office for
 6   review and signature by the Witness and if any
 7   corrections made are attached hereto;
 8            ( ) That by agreement of counsel, a reading
 9   condensed copy of the deposition transcript along with
10   the full-sized original Changes and Signature Sheet has
11   been sent to _____ on _____ for review
12   and signature within 30 days and if any corrections
13   returned are attached hereto;
14            ( ) That by agreement of counsel, the
15   deposition officer is instructed to release the original
16   deposition transcript to
17   _____ on _____ for review and
18   signature, and the deposition officer is thereafter
19   released of any further responsibility with regard to
20   the original;
21            ( ) That the witness shall have thirty (30)
22   days for review and signature of the original transcript
23   and if any corrections returned are attached hereto;
24            ( ) That the signed transcript ( ) was ( ) was
25   not received from the Witness within 30 days;
```

1  ( ) That the examination and signature of the
2  Witness is waived by the Witness and the parties;
3  That the amount of time used by each party at
4  the deposition is as follows:
5  Mr. McKetta:     00 HOURS:52 MINUTE(S)
   Ms. Simpson:     01 HOURS:30 MINUTE(S)
6  Mr. Connolly:    00 HOURS:01 MINUTE(S)
7  I further certify that I am neither counsel for,
8  related to, nor employed by any of the parties or
9  attorneys in this action in which this proceeding was
10 taken, and further that I am not financially or
11 otherwise interested in the outcome of the action.
12 Certified to by me this 5th day of February,
13 2021.
14
15         *Miah Hoffman* (signature)
16 _____
   MIAH HOFFMAN, CVR 7859
17 Expiration Date: 9/1/2021
   Firm Registration No. # 631
18 Kim Tindall & Associates, LLC
   16414 San Pedro, Suite 900
19 San Antonio, Texas 78232
   Phone 210-697-3400
20 Fax 210-697-3408
21
22
23
24
25