IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| STUDENTS FOR FAIR ADMISSIONS INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Cause No. 1:20-cv-763-RP |
| UNIVERSITY OF TEXAS AT AUSTIN; et al., | § § | |
| Defendants. | § | |

## **DECLARATION OF MATTHEW C. POWERS**

I, Matthew C. Powers, under penalty of perjury pursuant to 28 U.S.C. § 1746, hereby declare the following facts stated herein are of my personal knowledge and are true and correct:

1. My name is Matthew C. Powers. I am over the age of 18, have never been convicted of a felony or a crime involving moral turpitude, and am otherwise legally competent to make this Declaration.

2. I am counsel of record for Defendants in the above-styled cause.

3. I also served as counsel of record for UT-Austin in *SFFA v. University of Texas*, Cause No. D-1-GN-17-002930, in the 53rd Judicial District Court for Travis County, Texas. True and correct copies of the following pleadings in Cause No. D-1-GN-17-002930 are being filed simultaneously with this declaration as follows: Original Petition (**Exhibit C**); Order of Dismissal (**Exhibit D**); Dismissal of Appeal (**Exhibit E**).

4. Additionally, I served as counsel of record for UT-Austin in *SFFA v. University of Texas*, Cause No. D-1-GN-19-002739, in the 53rd Judicial District Court for Travis County, Texas. True and correct copies of the following pleadings in Cause No. D-1-GN-19-002739 are attached hereto as follows: Original Petition (**Exhibit F**); Notice of Nonsuit (**Exhibit G**).

5.  On March 8, 2021, I accessed the CM/ECF website for the Western District of Texas, located at https://ecf.txwd.uscourts.gov/cgi-bin/login.pl.  I logged in and searched for Case Number 1:08CV263-SS (*Fisher v. Univ. of Tex. at Austin*).  Under the Docket Report tab for 1:08CV263-SS, I located a copy of the Second Amended Original Complaint.  A true and correct copy is attached as **Exhibit H**.  Under the same Docket Report tab, I also located a copy of the Final Judgment.  A true and correct copy is attached as **Exhibit S**.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED on March 8, 2021.

*/s/ Matthew C. Powers*
Matthew C. Powers