IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| STUDENTS FOR FAIR ADMISSIONS INC., | § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Cause No. 1:20-cv-763-RP |
| UNIVERSITY OF TEXAS AT AUSTIN; et al., Defendants. | | |

## ORDER

Before the Court is Defendants' Motion for Summary Judgment or Dismissal Based on Lack of Standing, Res Judicata, and Collateral Estoppel. Having considered the motion, along with any responses and replies on file, as well as the arguments and authorities presented therein, the Court now enters the following order:

IT IS ORDERED that Defendants' Motion for Summary Judgment or Dismissal Based on Lack of Standing, Res Judicata, and Collateral Estoppel is GRANTED.

IT IS FURTHER ORDERED that this case is DISMISSED in its entirety for lack of subject matter jurisdiction.

SIGNED this the _____ day of _____, 2021.

_____
THE HONORABLE ROBERT PITMAN
UNITED STATES DISTRICT JUDGE