IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC.<br>   *Plaintiff,*<br><br>v.<br><br>UNIVERSITY OF TEXAS AT AUSTIN, ET AL.,<br>   *Defendants.* | §<br>§<br>§<br>§ Civil Action No. 1:20-cv-00763-RP<br>§<br>§<br>§<br>§<br>§<br>§ |

## AGREED MOTION TO
## CLARIFY OR AMEND THE SCHEDULING ORDER

Plaintiff, the Defendants, and the Defendant-Intervenors file this Agreed Motion to Clarify or Amend the Scheduling Order and would respectfully show:

This Court entered a scheduling order in the above-styled case on January 5, 2021. (Dkt. 33). Under the scheduling order, "[a]ll dispositive motions shall be filed on or before April 27, 2022 and shall be limited to 40 pages. Responses shall be filed and served on all other parties not later than 28 days after the service of the motion and shall be limited to 40 pages. Any replies shall be filed and served on all other parties not later than 14 days after the service of the response and shall be limited to 20 pages[.]" *Id.* at 4, ¶ 9. On March 8, 2021, Defendants filed a motion for dismissal or alternatively for summary judgment (Dkt. 45), and Defendant-Intervenors filed a motion to dismiss (Dkt. 44).

The parties have been operating under the belief that paragraph 9 of the Court's scheduling order applies to these motions. Under this paragraph, Plaintiff's responses to Defendants' and Defendant-Intervenors' dispositive motions are limited to 40 pages and are due on April 5, 2021, and Defendants' and Defendant-Intervenors' replies are limited to 20 pages and are due 14 days later on April 19, 2021.

To the extent this interpretation is incorrect, the parties respectfully request that the Court enter an order adopting this schedule. SFFA has needed the additional time and needs additional pages to respond to Defendants' motion (33 pages plus exhibits) and Defendant-Intervenors' motion (17 pages plus exhibits). In addition, Defendants and Defendant-Intervenors anticipate they each may need as many as 14 days and 20 pages to respond to SFFA's oppositions.

The clarification or amendment of the scheduling order requested will not impact the date of trial. A proposed order is attached. The requested clarification and/or amendment to the scheduling order is not for purposes of delay but so that justice may be done.

Respectfully Submitted,

By: /s/ J. Michael Connolly

William S. Consovoy
J. Michael Connolly
Cameron T. Norris
Steven C. Begakis
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, Virginia 22209
will@consovoymccarthy.com
mike@consovoymccarthy.com
cam@consovoymccarthy.com
steven@consovoymccarthy.com

**ATTORNEYS FOR PLAINTIFF**

GRAVES DOUGHERTY, HEARON & MOODY, P.C.
401 Congress Avenue, Suite 2700
Austin, Texas 78701
(512) 480-5725 (phone)
(512) 539-9938 (fax)

By: /s/ Matthew C. Powers (with permission)
John J. McKetta, III
Texas State Bar No. 13711500
mmcketta@gdhm.com
Matthew C. Powers
Texas State Bar No. 24046650
mpowers@gdhm.com

        William Christian
        State Bar No. 00793505
        wchristian@gdhm.com
        Marianne W. Nitsch
        Texas State Bar No. 24098182
        mnitsch@gdhm.com

        **ATTORNEYS FOR DEFENDANTS**

By: */s/ David Hinojosa (with permission)*
    Brian C. Pidcock
    HUNTON ANDREWS KURTH LLP
    600 Travis St.
    Houston, TX 77002
    brianpidcock@HuntonAK.com

    David Hinojosa*
    Genevieve Bonadies Torres
    LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
    1500 K Street, NW, Suite 900 Washington, DC 20005
    dhinojosa@lawyerscommittee.org
    gbonadies@lawyerscommittee.org

    Ryan P. Phair
    Carter C. Simpson
    HUNTON ANDREWS KURTH LLP
    2200 Pennsylvania Avenue, NW Washington, D.C. 20037
    rphair@huntonak.com
    csimpson@huntonak.com

    Alan R. Kabat*
    BERNABEI & KABAT, PLLC
    1400 - 16th Street, N.W., Suite 500
    Washington, D.C. 20036-2223
    Kabat@BernabeiPLLC.com

    *Western District application pending

        **ATTORNEYS FOR INTERVENORS**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and complete copy of the foregoing has been served on counsel of record on March 31, 2021 through the Court's CM/ECF system.

*/s/ J. Michael Connolly*
J. Michael Connolly
