IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC. *Plaintiff*, <br><br> v. <br><br> UNIVERSITY OF TEXAS AT AUSTIN, ET AL., <br><br> *Defendants*. | § § § § § § § § § § § <br><br> Civil Action No. 1:20-cv-00763-RP |

## ORDER

Before the Court is the parties' Agreed Motion to Clarify or Amend the Scheduling Order. Having considered the motion, the Court finds that the motion is meritorious and should be granted.

IT IS THEREFORE ORDERED that the Agreed Motion to Clarify or Amend the Scheduling Order is GRANTED; and

IT IS FURTHER ORDERED that Plaintiff's responses to the Defendants' motion for dismissal or alternatively for summary judgment (Dkt. 45) and Defendant-Intervenors' motion to dismiss (Dkt. 44) are due on or before April 5, 2021 and each response is limited to 40 pages. Defendants' and Defendant-Intervenors' replies are due on or before April 19, 2021 and each opposition is limited to 20 pages.

Signed on this the ___1st___ day of ___April___, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE