# Exhibit A

```
 1              IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
 2                  CASE NO.: 1:14-CV-954

 3
     --------------------------------X
 4   STUDENTS FOR FAIR ADMISSIONS,   :
     INC.,                           :
 5                                   :
              Plaintiff,             :
 6                                   :
     v.                              :
 7                                   :
     THE UNIVERSITY OF NORTH         :
 8   CAROLINA AT CHAPEL HILL,        :
     et al.,                         :
 9                                   :
              Defendants.            :
10   --------------------------------X

11

12

13      SUBJECT TO CONFIDENTIALITY AND PROTECTIVE ORDER

14

15

16         DEPOSITION OF EDWARD BLUM, INDIVIDUALLY
            AND AS THE RULE 30(B)(6) DESIGNEE OF
17           STUDENTS FOR FAIR ADMISSIONS, INC.
                    (Taken by Defendants)
18                Charlotte, North Carolina
                        May 12, 2017
19

20

21

22

23

24   Reported by:  Dayna H. Lowe
                   Court Reporter
25                 Notary Public
```

www.huseby.com         Huseby, Inc. Regional Centers         800-333-2082
          Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

EXHIBIT A

Case 1:14-cv-00954-LCB-JLW   Document 113-1   Filed 11/15/17   Page 1 of 21

Case 1:20-cv-00763-RP   Document 49-2   Filed 04/05/21   Page 3 of 8

STUDENTS FOR FAIR ADMISSIONS, INC. vs. THE UNIVERSITY OF NORTH CAROLINA
30(b)(6)                    Edward Blum on 05/12/2017                   Page 34

```
 1                BY MR. SCUDDER:
 2        Q.   Okay.  So POFR, as I understand it from your
 3   testimony, is a litigation facilitator or advocacy firm
 4   or advocacy organization that funds litigation and
 5   litigation advocacy related activities, and the one
 6   organization, at least at the time that the tax document
 7   was current, that you can recall the organization
 8   funding was Students for Fair Admissions?
 9                MR. STRAWBRIDGE:  Object to the form of the
10   question.
11                BY MR. SCUDDER:
12        Q.   Is that --
13        A.   That's correct.
14        Q.   That's correct?  Okay.  Who formed -- let's
15   move away from Project on Fair Representation and talk
16   about Students for Fair Admissions.  When was it formed?
17        A.   There was an informal group of individuals who
18   collaborated I would say in perhaps late 2013, and the
19   formal organization itself began in early 2014.
20        Q.   When you say "formal," by incorporating and
21   becoming a formal organization in that way, or in some
22   other way?
23        A.   No.  I can't recall the exact dates of our
24   incorporation, but we started adding members to Students
25   for Fair Admissions in early 2014.
```

www.huseby.com            Huseby, Inc. Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW   Document 113-1   Filed 11/15/17   Page 2 of 21

Case 1:20-cv-00763-RP   Document 49-2   Filed 04/05/21   Page 4 of 8

STUDENTS FOR FAIR ADMISSIONS, INC. vs. THE UNIVERSITY OF NORTH CAROLINA
30(b)(6)                    Edward Blum on 05/12/2017                 Page 35

```
 1      Q.   Okay.  Let's go to the very beginning of the
 2   origination, that late 2013 time and that informal
 3   collaboration of individuals as you described.  Can you
 4   tell me how that came to be that individuals came
 5   together and were collaborating about formation of a new
 6   organization?
 7           MR. STRAWBRIDGE:  And I just caution the
 8   witness, in answering this question please do not
 9   disclose the identities of anybody involved in the
10   creation of SFFA, except to the extent that they are
11   publicly known or have been disclosed in this
12   litigation.
13      A.   When the Supreme Court granted cert in Fisher
14   One, a number of us started having conversations about
15   the benefit of a membership organization that -- whose
16   mission would be to oppose the use of race and ethnicity
17   in the admissions process.
18           BY MR. SCUDDER:
19      Q.   And you put that in the summer of 2013?
20      A.   Yeah, kind of summer-fall of 2013, somewhere
21   in through there.
22      Q.   Okay.  And can you describe the -- at that
23   point it sounded like a concept.  Is that --
24      A.   It was a concept.
25      Q.   Okay.  And the concept again was?
```

www.huseby.com           Huseby, Inc. Regional Centers           800-333-2082
       Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW   Document 113-1   Filed 11/15/17   Page 3 of 21

Case 1:20-cv-00763-RP   Document 49-2   Filed 04/05/21   Page 5 of 8

STUDENTS FOR FAIR ADMISSIONS, INC. vs. THE UNIVERSITY OF NORTH CAROLINA
30(b)(6)                    Edward Blum on 05/12/2017                    Page 36

1    A.   Was advocacy organizations have power when
2    they have members.  The efforts to end race-based
3    classifications and preferences in public policy had no
4    membership organization.  There were legal defense
5    foundations that litigated those issues, there were one
6    or two small think tanks that concentrated on those
7    issues, but no membership organization where people
8    could say I am a member of this group, much like I would
9    be a member of the Sierra Club or the ACLU, and I
10   joined, and that was not -- there was no organization
11   dedicated to that purpose.
12   Q.   So the organization -- so Students for Fair
13   Admissions came together in that spirit of being a new
14   membership organization as you describe it?
15   A.   Correct.
16   Q.   And did you feel that was important?
17   A.   Yes.
18   Q.   And why?
19   A.   Membership organizations have a source of
20   energy that think tanks and legal advocacy groups just
21   simply don't have.  To grow a membership organization
22   dedicated to a purpose, whether it's the environment or,
23   I don't know, economic issues, civil rights issues, that
24   membership organization has, I believe, a more effective
25   role in advocating legal and public policy outcomes.

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
          Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW   Document 113-1   Filed 11/15/17   Page 4 of 21

Case 1:20-cv-00763-RP   Document 49-2   Filed 04/05/21   Page 6 of 8

STUDENTS FOR FAIR ADMISSIONS, INC. vs. THE UNIVERSITY OF NORTH CAROLINA
30(b)(6)                    Edward Blum on 05/12/2017                    Page 57

1        MR. STRAWBRIDGE:  Object to the form of the
2  question.  You're not calling for any specific action?
3        MR. SCUDDER:  No.  I can make clear, I'm not
4  intending with any question to breach the agreement that
5  we reached coming into today.
6        MR. STRAWBRIDGE:  And I'm not suggesting that
7  you are, Counsel.  I just want to make sure the witness
8  understands.
9        MR. SCUDDER:  I understand.
10     A.   We primarily rely on litigation to achieve our
11  mission.
12        BY MR. SCUDDER:
13     Q.   Okay.  And do you rely upon anything
14  secondarily to achieve your mission?
15     A.   Advocacy.  Yes, advocacy and -- yes.  Just
16  call it advocacy.
17     Q.   And when you say "advocacy," what do you mean
18  by advocacy?
19     A.   Educate the American public about the unfair
20  and unconstitutional uses of race by educational
21  institutions in their admissions policies.
22     Q.   And with respect to the advocacy prong of the
23  mission or that aspect of the mission, how do you go
24  about pursuing those educational efforts?
25     A.   Speeches, debates, forums, one-on-one

www.huseby.com            Huseby, Inc. Regional Centers            800-333-2082
       Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW   Document 113-1   Filed 11/15/17   Page 5 of 21

Case 1:20-cv-00763-RP   Document 49-2   Filed 04/05/21   Page 7 of 8

STUDENTS FOR FAIR ADMISSIONS, INC. vs. THE UNIVERSITY OF NORTH CAROLINA
30(b)(6)                    Edward Blum on 05/12/2017                Page 58

```
 1   outreach, media communications.  I guess that's about
 2   it.
 3       Q.   And who on behalf of the organization engages
 4   in that set of activities that you just described?
 5       A.   I do, counsel, and occasionally a friend and
 6   ally and a member.
 7       Q.   Okay.  When you say "friend and ally,"
 8   meaning -- I'm not asking you to identify the person --
 9       A.   Right.
10       Q.   -- but a non-director?
11       A.   Correct.
12       Q.   And a non-member?
13       A.   I think everyone we have asked to advocate on
14   behalf of Students for Fair Admissions in a public
15   setting has been a member, but I can't swear to that.
16       Q.   Okay.  Understood.  The debates, speeches, and
17   the like that you have participated in, can you give me
18   a ballpark of how many times you've done that since the
19   formation of the organization?
20       A.   So would you clarify your question?  Does that
21   include media contact as well?
22       Q.   Let's leave media contact out.
23       A.   Okay.
24       Q.   Okay?  So speeches and the participation in
25   forum discussions.  I don't know how else you'd
```

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW   Document 113-1   Filed 11/15/17   Page 6 of 21

STUDENTS FOR FAIR ADMISSIONS, INC. vs. THE UNIVERSITY OF NORTH CAROLINA
30(b)(6)               Edward Blum on 05/12/2017            Page 72

```
 1      A.   We thought that initially we didn't want to
 2  have any barriers for an individual to join our
 3  organization, and once we had achieved this sort of
 4  critical mass of 20,000 individuals, we felt a modest
 5  lifetime $10 membership fee was in order.
 6      Q.   Okay.  So the $10 is, just as it says,
 7  literally a one-time assessment?
 8      A.   Correct.
 9      Q.   Can, pursuant to that resolution, an
10  individual join without paying the membership fee?
11      A.   Yes.
12      Q.   And how does that happen?
13      A.   Joining Students for Fair Admissions typically
14  took place on our website.
15      Q.   For example -- let me make it more concrete.
16  Could an individual this afternoon join the
17  organization, say I'd love to be a member, I'm without
18  the means of paying the $10 one-time assessment, but I'd
19  like to join?
20      A.   We would take that under consideration.
21      Q.   And are there to your knowledge today -- I'm
22  not asking you to identify people -- are there members
23  that make up part of the approximate 21,500 that have
24  not paid the one-time assessment?
25      A.   Of the 21,000?
```

www.huseby.com      Huseby, Inc. Regional Centers      800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW Document 113-1 Filed 11/15/17 Page 11 of 21