# Exhibit B

```
 1                  CAUSE NO. D-1-GN-17-002930

 2   STUDENTS FOR FAIR              )  IN THE DISTRICT COURT OF
     ADMISSIONS INC.                )
 3                                  )
         Plaintiff                  )
 4                                  )
     VS.                            )
 5                                  )
     UNIVERSITY OF TEXAS AT         )
 6   AUSTIN; WILLIAM MCRAVEN,       )
     in his official capacity       )
 7   as Chancellor of the           )
     University of Texas            )
 8   System; GREGORY L. FENVES,     )  TRAVIS COUNTY, TEXAS
     in his official capacity       )
 9   as the President o the         )
     University of Texas at         )
10   Austin; and ERNEST             )
     ALISEDA, DAVID J. BECK,        )
11   KEVIN P. ELTIFE, PAU L.        )
     FOSTER, R. STEVEN HICKS        )
12   JEFFREY D. HILDEBRAND,         )
     JANIECE LONGORIA, SARA         )
13   MARTINEZ TUCKER, and JAMES     )
     CONRAD WEVER, in their         )
14   official capacities as         )
     Members o the Board of         )
15   Regents of the University      )
     of Texas Systems,,             )  53RD JUDICIAL DISTRICT
16                                  )
         Defendants
17

18

19          ----------------------------------------

20              ORAL/VIDEOTAPED DEPOSITION OF

21                       EDWARD BLUM

22                     JANUARY 10, 2018

23          ----------------------------------------

24

25
```

Edward Blum
January 10, 2018                                                    2

1      ORAL/VIDEOTAPED DEPOSITION OF EDWARD BLUM,
2  produced as a witness at the instance of DEFENDANTS, and
3  duly sworn, was taken in the above-styled and numbered
4  cause on January 10, 2018, from 9:06 a.m. to 2:48 p.m.,
5  before Michelle Rodriguez, CSR in and for the State of
6  Texas, recorded by machine shorthand, at the offices of
7  1701 Brun Street, Suite 200, Houston, Texas 77019,
8  pursuant to the Texas Rules of Civil Procedure and the
9  provisions stated on the record or attached hereto; that
10 the deposition shall be read and signed before any
11 notary public
12
13
14
15
16
17
18
19
20
21
22
23
24
25              JOB NO. 1-HOU-258482

```
                            Edward Blum
                         January 10, 2018                            3
```

```
 1              A P P E A R A N C E S

 2   FOR PLAINTIFF:

 3        Mr. Patrick Strawbridge
          CONSOVOY MCCARTHY PARK PLLC
 4        3033 Wilson Boulevard, Suite 700
          Arlington, Virginia  22201
 5        (701) 243-9423
          Patrick@consovoymccarthy.com
 6
     FOR DEFENDANTS:
 7
          Mr. John J. McKetta, III
 8        GRAVES DOUGHERTY, HEARON & MOODY, P.C.
          401 Congress Avenue, Suite 2200
 9        Austin, Texas  79701
          (512) 480-5616
10        Mmcketta@gdhm.com

11

     VIDEOGRAPHER:
12        Nigel Clarke

13
     ALSO PRESENT:
14        Patricia Ohlendorf

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              E X A M I N A T I O N    I N D E X

 2   WITNESS:  EDWARD BLUM

 3   EXAMINATION                                        PAGE

 4       BY MR. McKETTA                                   6
         BY MR. STRAWBRIDGE                             184
 5
     FURTHER EXAMINATION
 6
         BY MR. McKETTA                                 192
 7       BY MR. STRAWBRIDGE                             195

 8   SIGNATURE REQUESTED                                197
     REPORTER'S CERTIFICATION                           198
 9

10                E X H I B I T    I N D E X

11   EXHIBIT 1                                           21
         Articles of Incorporation
12   EXHIBIT 2                                           32
         Written Consent
13   EXHIBIT 3                                           37
         Wiley Rein document
14   EXHIBIT 4                                           64
         Written Consent document
15   EXHIBIT 5                                           96
         Remittance Form
16   EXHIBIT 6                                           97
         Wiley Rein document
17   EXHIBIT 7                                           97
         2015 990 Form
18   EXHIBIT 8                                          100
         2016 990 Form
19   EXHIBIT 9                                          n/a
         2014 990-EZ Form
20   EXHIBIT 10                                         135
         2015 990 Form
21   EXHIBIT 11                                         114
         Mother Jones document
22   EXHIBIT 12                                         123
         NYT Article
23   EXHIBIT 13                                         124
         The price of Admission document
24   EXHIBIT 14                                         126
         National Review Article
25   EXHIBIT 15                                         126
         Joan Biskupic Article
```

Edward Blum
January 10, 2018                                                    5

```
 1
     EXHIBIT 16                                            127
 2        Reuters Article
     EXHIBIT 17                                            129
 3        Ab Fisher Article
     EXHIBIT 18                                            131
 4        Matt Watkins Article
     EXHIBIT 19                                            134
 5        Conservative Impact Article
     EXHIBIT 20                                            n/a
 6        National Review Article
     EXHIBIT 21                                            136
 7        UT Not Fair Article
     EXHIBIT 22                                            144
 8        UT Not Fair Article
     EXHIBIT 23                                            146
 9        Twitter Account document
     EXHIBIT 24                                            147
10        Website printout
     EXHIBIT 25                                            154
11        POFR website printout
     EXHIBIT 26                                            159
12        POFR website in the "Our Cases" section printout

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1            THE VIDEOGRAPHER:  All right.  Today is
2    Wednesday, January 10, 2018.  We're on the record at
3    9:06 a.m.
4            MR. MCKETTA:  Very good.  Before we -- yes,
5    of course.
6                        EDWARD BLUM,
7    having been first duly sworn, testified as follows:
8                        EXAMINATION
9    BY MR. MCKETTA:
10           MR. MCKETTA:  Before we start, did you want
11   to comment at all about your process?
12           MR. STRAWBRIDGE:  Yes, I just want to note
13   for the record that SFFA has asserted claims of
14   associational and First Amendment privilege in this
15   case.  The parties have worked and discussed ways in
16   which to limit some of the discovery requests, and SFFA
17   has been willing to provide certain information in an
18   attempt to kind of reach an agreement.
19           That said, by providing the information
20   SFFA is providing, it is not waiving its right to assert
21   the associational privilege going forward and during
22   this deposition, and the parties have agreed that if
23   necessary we'll leave the record open and pursue relief
24   with the court for further -- as necessary with respect
25   to that issue.

1  advanced by POFR to SFFA.
2       A.   Correct.
3       Q.   Have there been funds advanced by POFR to SFFA
4  after 2014?
5       A.   No.
6       Q.   Did POFR continue to fund the Fisher
7  litigation, both Fisher 1 and 2 proceedings?
8       A.   Yes.
9       Q.   Did SFFA ever fund any portion of the Fisher
10 litigation?
11      A.   No.
12      Q.   What persons devote more than a few minutes of
13 time a month to the work of POFR beside yourself?
14      A.   Outside of legal counsel?
15      Q.   What -- what -- what officers or directors or
16 if there were any employees of POFR --
17      A.   Oh, I see.
18      Q.   -- attend to its affairs?
19      A.   The -- the -- the officers and directors of
20 POFR have no direct day-to-day contact and
21 decision-making with POFR.
22      Q.   They participate in a periodic board of
23 directors meeting perhaps annually?
24      A.   Correct.
25      Q.   And you do all of the day-to-day matters for

1   date which is --
2              MR. MCKETTA:  The dates were arranged or an
3   approximate date, not -- not the communication, yeah.
4              MR. STRAWBRIDGE:  Don't disclose any actual
5   communications regarding strategy or the --
6       A.  So I believe Grutter was decided in 2003.  The
7   University of Texas announced that day of their intent
8   to reintroduce race as an admissions criteria.  Shortly
9   thereafter, I think legal sort of informal discussions
10  started taking place about the legality of UT's
11  expressed desire.
12      Q.  (BY MR. MCKETTA)  And thank you for identifying
13  the topic, not the communications, please -- but just
14  the topic.  Was that with Wiley Rein?
15      A.  Yes, and -- and with others, yeah.
16      Q.  Right.  Did Ms. Fisher ultimately select which
17  lawyer to use in that case or did you or did someone
18  else?
19      A.  Ms. Fisher had the ultimate say in which lawyer
20  she was going to use.
21      Q.  Who selected Wiley Rein?
22      A.  I recommended Wiley Rein.
23      Q.  And then when Consovoy spin off from Wiley
24  Rein, was it you who made the recommendation that -- the
25  spin off would also provide services?

1      A.   I may have misspoken about my estimates for
2  time and numbers, but the interrogatories reflect the
3  true state of our membership.
4      Q.   Okay.  During his questioning today,
5  Mr. McKetta referred on a number of occasions to the
6  "nonstatutory members" of SFFA.  Do you recall that
7  term?
8      A.   I do.
9      Q.   Okay.  Is "nonstatutory member" a term that is
10 used within SFFA?
11     A.   It is not.
12     Q.   Does it appear anywhere within the bylaws of
13 SFFA?
14     A.   No.
15     Q.   Okay.  There was also some discussion of the
16 permanent directors; is that correct?
17     A.   Yes.
18     Q.   Is there -- is there anything in the bylaws or
19 the articles of SFFA that provides for "permanent
20 directors"?
21     A.   No.
22     Q.   According to the bylaws and rules of SFFA,
23 do -- do you, Ms. Fisher, or Mr. Fisher have anymore
24 power as a director -- not as an officer -- as a
25 director than the other two directors on the board?

1    A.   No.
2    Q.   Can any group of three directors at any time
3 make decisions for the board?
4    A.   Yes.
5    Q.   Does -- I think you -- you testified earlier
6 today that POFR provided some additional funding to
7 SFFA.
8    A.   Yes.
9    Q.   Does POFR and its board have any control over
10 this litigation?
11   A.   Does POFR?
12   Q.   Yes.
13   A.   No.
14   Q.   Okay.  Who is -- who controls this litigation?
15   A.   The board of SFFA.
16   Q.   And are SFFA and POFR distinct entities?
17   A.   They are distinct entities.
18   Q.   Okay.  Mr. McKetta asked you some questions
19 about the provisions of the bylaws regarding election
20 procedures; is that correct?
21   A.   Correct.
22   Q.   Okay.  And does SFFA in addition to the bylaws
23 have a separate written policy that governs election
24 procedures?
25   A.   Outside of the bylaws?