# Exhibit D

February 01, 2021

```
IN THE UNITED STATES DISTRICT COURT
   FOR THE WESTERN DISTRICT OF TEXAS
            AUSTIN DIVISION

STUDENTS FOR FAIR          )
ADMISSIONS, INC,           )
                           )
          Plaintiff,       )
                           )   CIVIL ACTION
VS.                        )
                           )   NO.: 1:20-cv-00763-RP
UNIVERSITY OF TEXAS AT     )
AUSTIN, ET AL.,            )
                           )
          Defendants.      )
```

--------------------------------------

ORAL AND VIDEOTAPED DEPOSITION OF

▓▓▓▓▓▓▓▓▓▓▓▓▓▓

FEBRUARY 1, 2021

VOLUME 1

--------------------------------------

   ORAL AND VIDEOTAPED DEPOSITION OF ▓▓▓▓▓▓▓▓▓▓▓▓,
produced as a witness at the instance of the DEFENDANT,
and duly sworn, was taken in the above-styled and
numbered cause on February 1, 2021, from 9:38 a.m. to
1:25 p.m. via Zoom, before Miah Hoffman, CVR in and for
the State of Texas, reported by oral stenography,
pursuant to the Federal Rules of Civil Procedure and the
provisions stated on the record or attached hereto.

```
 1                  A P P E A R A N C E S

 2   FOR THE PLAINTIFF:

 3       J. MICHAEL CONNOLLY
         CONSOVOY MCCARTHY PLLC
 4       1600 Wilson Boulevard, STE 700
         Arlington, Virginia, 22209
 5       Phone:(703)243-9423
         Mike@consovoymccarthy.com
 6

 7   FOR THE DEFENDANTS UNIVERSITY OF TEXAS AT AUSTIN:

 8       MATTHEW C. POWERS
         GRAVES DOUGHERTY, HEARON &
 9       MOODY, P.C.
         401 Congress Avenue, Suite 2700
10       Austin, Texas 78701
         Phone:(512)480-5725
11       Fax:(512)539-9938
         mpowers@gdhm.com
12

13   FOR THE DEFENDANTS UNIVERSITY OF TEXAS AT AUSTIN:

14       JOHN J. (MIKE) MCKETTA III
         GRAVES DOUGHERTY, HEARON &
15       MOODY, P.C.
         401 Congress Avenue, Suite 2700
16       Austin, Texas 78701
         Phone:(512)480-5725
17       Fax:(512)539-9938
         mmcketta@gdhm.com
18

19   FOR THE DEFENDANTS INTERVENORS:

20       DAVID HINOJOSA
         LAWYERS' COMMITTEE FOR CIVIL
21       RIGHTS UNDER LAW
         1500 K. Street, NW, Suite 900
22       Washington, D.C. 20005
         Phone:(202)662-8600
23       Fax:(202)783-0857
         dhinojosa@lawyerscommittee.org
24

25
```

```
 1                  A P P E A R A N C E S

 2   FOR THE DEFENDANTS INTERVENORS:

 3         CARTER C. SIMPSON
           HUNTON ANDREWS KURTH LLP
 4         2200 PENNSYLVANIA AVENUE, NW
           Washington, D.C. 20037
 5         Phone:(202) 955-1850
           csimpson@huntonak.com
 6

 7   ALSO PRESENT:

 8         JOSEPH (JODY) HUGHES: Associate Vice President For

 9   Legal Affairs (UT)

10         KTA HOST: DEA BROWN
```

# INDEX

|  | PAGE |
|---|---|
| Appearances | 2 |
| Examination by Mr. Powers | 5 |
| Examination by Mr. Hinojosa | 60 |
| Examination by Mr. Connolly | 105 |
| Signature and Changes | 109 |
| Reporter's Certificate | 111 |

# EXHIBITS

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Decl. Of Alexandra Trujillo | 91 |
| 2 | Decl. Of Brianna McBride | 101 |

```
 1                P R O C E E D I N G S
 2              REPORTER:  We are on the Record.  Today's
 3   date is February 1st, 2021.  The time is 9:38 a.m.  This
 4   is the oral deposition of ▇▇▇▇▇▇▇▇, and it is being
 5   conducted remotely by agreement of the parties or in
 6   accordance with current Emergency Orders.  The witness
 7   is attending from ▇▇▇▇▇▇▇, located at ▇▇▇▇
 8   ▇▇▇▇▇▇▇▇▇▇▇▇▇.
 9              My name is Miah Hoffman, my CVR # is 7859
10   with Kim Tindall & Associates.  I am administering the
11   oath and reporting the deposition remotely by oral
12   stenographic means.
13              My business address is 16414 San Pedro
14   Avenue, Suite 900, San Antonio, Texas 78232.  The
15   witness has been identified to me through ▇▇▇▇
16   driver's license.
17              Would counsel go ahead and please state
18   their appearances for the record?
19              MR. POWERS:  Matt Powers for the
20   defendants.
21              MR. MCKETTA:  Also for defendants.
22              MR. CONNOLLY:  Michael Connolly for
23   plaintiff, Students For Fair Admissions.
24              MS. SIMPSON:  Carter Simpson for the
25   defendant, Intervenors.
```

```
 1              MR. HINOJOSA:  David Hinojosa, defendant,
 2   Intervenors.
 3              (Witness duly sworn.)
 4                          ▮▮▮▮▮▮▮,
 5   having been first duly sworn, testified as follows:
 6                          EXAMINATION
 7   BY MR. POWERS:
 8       Q.    ▮▮▮▮▮▮▮ would you please state your name
 9   for the record?
10       A.    ▮▮▮▮▮▮▮.
11       Q.    Your first name is ▮▮▮▮ and your last name
12   is ▮▮▮▮, correct?
13       A.    Yes.
14       Q.    Have you ever given a deposition before, ▮▮
15   ▮▮?
16       A.    No.
17       Q.    Okay.
18              MR. CONNOLLY:  Matt, I'm sorry to
19   interrupt.  I should have said this before.  Can I put
20   the stipulations that we agreed to on the record?
21              MR. POWERS:  Yes, very good.
22              MR. CONNOLLY:  Okay.  So this is what the
23   parties agreed to before the deposition.  During this
24   deposition it is possible that UT or the Intervenors
25   will have questions that SFFA believes infringe upon the
```

```
 1      Q.   Can you recall any correspondence with anyone
 2  affiliated with UT regarding your application for
 3  admission and the subsequent decision about it besides
 4  your application and                    you received?
 5           MR. CONNOLLY:  Objection to the form.
 6           THE WITNESS:  Can you restate the
 7  question, please?
 8      Q.   (BY MR. POWERS) Sure.  I -- we've talked about
 9  at least two kinds of communications between you and the
10  University of Texas regarding your application for
11  admission.  The application that you submitted and then
12  later the response back that you                       .
13  My question is:  Can you think of any other written
14  correspondence or communication you had with UT
15  concerning application for admission to UT?
16      A.   No.
17      Q.   I want to ask you a little bit about your
18  involvement in Students For Fair Admission.  When did
19  you become a member of that organization?
20      A.   I don't remember the exact date, but it was a
21  couple of years ago.
22      Q.   And how did you first become aware of SFFA?
23      A.   My mother brought it to my attention.
24      Q.   And did you do research on the organization
25  after learning of its existence?
```

```
 1      A.   Yes.
 2      Q.   Now, what was the process you went about to
 3 become a member?
 4           MR. CONNOLLY:  Objection to the form.
 5           THE WITNESS:  My mother with my approval
 6 paid the membership fee and we signed up and became
 7 members.
 8      Q.   Do you recall how much money she paid?
 9      A.   I believe it was $10.00.
10      Q.   Have you personally ever paid a membership fee
11 or is it simply the -- the fee that your mother paid?
12           MR. CONNOLLY:  Objection to the form.
13           THE WITNESS:  I believe it's a family
14 unit membership so my mother would probably have been
15 the one that paid that, but I am not sure.
16      Q.   (BY MR. POWERS) Has -- have you or your mother
17 made any subsequent financial contributions after that
18 initial $10.00 membership payment?
19           MR. CONNOLLY:  Objection on First
20 Amendment and associational privilege. I instruct the
21 witness not to answer the question.
22           MR. POWERS:  Are you gonna follow your
23 attorney's instructions on that?
24           THE WITNESS:  I am.
25      Q.   (BY MR. POWERS) Now, have you ever attended
```

```
 1      Q.   Good afternoon.  Are you a member for Students
 2   For Fair Admissions?
 3      A.   Yes.
 4      Q.   You know what SFFA's mission is?
 5      A.   To remove the basis of race as a basis for ad
 6   -- admitting students into universities.
 7      Q.   And do you support that mission?
 8      A.   I do.
 9      Q.   The University of Texas were to stop using
10   race in the admissions process, would you apply to
11   transfer to UT?
12      A.   Yes.
13               MR. CONNOLLY:  No further questions.
14               MR. POWERS:  No further questions from
15   defendants.
16               MR. HINOJOSA:  I have one final question
17   perhaps.
18   By MR. HINOJOSA:
19      Q.   If a court finds that UT is lawfully using
20   race, will you reapply to UT?
21               MR. CONNOLLY:  Objection to the form.
22               THE WITNESS:  How do you mean?
23      Q.   (BY MR. HINOJOSA) Sure.  So SFFA claims in
24   this lawsuit that UT is illegally using race.  Do you
25   understand that to be their claim?
```