# Exhibit E

```
                 IN THE UNITED STATES DISTRICT COURT
                   FOR THE WESTERN DISTRICT OF TEXAS
                            AUSTIN DIVISION

STUDENTS FOR FAIR           )
ADMISSIONS, INC.,           )
                            )
            Plaintiff,      )
                            )     CIVIL ACTION
VS.                         )
                            )     NO.: 1:20-cv-00763-RP
UNIVERSITY OF TEXAS AT      )
AUSTIN,                     )
ET AL.,                     )
                            )
            Defendants.

           ------------------------------------

              ORAL AND VIDEOTAPED DEPOSITION OF

              [REDACTED]

                       FEBRUARY 2, 2021

                          VOLUME #1

           ------------------------------------
```

ORAL AND VIDEOTAPED DEPOSITION OF [REDACTED] [REDACTED] produced as a witness at the instance of the DEFENDANT, and duly sworn, was taken in the above-styled and numbered cause on February 2, 2021, from 9:35 a.m. to 11:48 a.m. via Zoom before Miah Hoffman, CVR in and for the State of Texas, reported by oral stenography, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

```
 1                    A P P E A R A N C E S

 2   FOR THE PLAINTIFF STUDENTS FOR FAIR ADMISSIONS INC.:

 3        J. MICHAEL CONNOLLY
          CONSOVOY MCCARTHY PLLC
 4        1600 Wilson Boulevard, STE 700
          Arlington, Virginia, 22209
 5        Phone:(703)243-9423
          Mike@consovoymccarthy.com
 6

 7   FOR THE DEFENDANTS UNIVERSITY OF TEXAS AT AUSTIN:

 8        MATTHEW C. POWERS
          GRAVES DOUGHERTY, HEARON &
 9        MOODY, P.C.
          401 Congress Avenue, Suite 2700
10        Austin, Texas 78701
          Phone:(512)480-5725
11        Fax:(512)539-9938
          mpowers@gdhm.com
12

13   FOR THE DEFENDANTS UNIVERSITY OF TEXAS AT AUSTIN:

14        JOHN J. (MIKE) MCKETTA III
          GRAVES DOUGHERTY, HEARON &
15        MOODY, P.C.
          401 Congress Avenue, Suite 2700
16        Austin, Texas 78701
          Phone:(512)480-5725
17        Fax:(512)539-9938
          mmcketta@gdhm.com
18

19   FOR THE DEFENDANTS INTERVENORS:

20        DAVID HINOJOSA
          LAWYERS' COMMITTEE FOR CIVIL
21        RIGHTS UNDER LAW
          1500 K. Street, NW, Suite 900
22        Washington, D.C. 20005
          Phone:(202)662-8600
23        Fax:(202)783-0857
          dhinojosa@lawyerscommittee.org
24

25
```

```
 1                      A P P E A R A N C E S

 2    FOR THE DEFENDANTS INTERVENORS:

 3        CARTER C. SIMPSON
          HUNTON ANDREWS KURTH LLP
 4        2200 PENNSYLVANIA AVENUE, NW
          Washington, D.C. 20037
 5        Phone:(202) 955-1850
          csimpson@huntonak.com
 6

 7    ALSO PRESENT:

 8        JOSEPH (JODY) HUGHES: Associate Vice President For

 9    Legal Affairs (UT)

10        KTA HOST: DEA BROWN

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                         INDEX
 2                                                      PAGE
 3   Appearances................................... 2
 4   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
         Examination by Mr. McKetta....................... 6
 5       Examination by Ms. Simpson....................... 44
         Examination by Mr. Connolly...................... 71
 6
 7   Signature and Changes................................ 74
 8   Reporter's Certificate............................... 76
 9
10                        EXHIBITS
11      *  There were no exhibits to this deposition
12
13
14
15
                        CERTIFIED QUESTIONS
16   NO.                                              PAGE/LINE
17   1    ..............................................  56:5
18
19
20
21
22
23
24
25
```

```
 1                   P R O C E E D I N G S
 2                   REPORTER:  We are on the record.  Today's
 3    date is February 2nd, 2021.  The time is 9:35 a.m.  This
 4    is the oral deposition of ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒ and
 5    it is being conducted remotely by agreement of the
 6    parties or in accordance with current Emergency Orders.
 7    The witness is attending from ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
 8    ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
 9                   My name is Miah Hoffman, CVR #7859 with
10    Kim Tindall & Associates.  I am administering the oath
11    and reporting the deposition remotely by oral
12    stenographic means.
13                   My business address in 16414 San Pedro
14    Avenue, Suite 900, San Antonio, Texas 78232.  The
15    witness has been identified to me through attestation of
16    ▒▒▒ counsel.
17                   Would counsel please state their
18    appearances for the record?
19                   MR. MCKETTA:  This is Mike McKetta for
20    defendants.
21                   MR. POWERS:  Matt Powers also for
22    defendants.
23                   MR. CONNOLLY:  Michael Connolly for the
24    plaintiff.
25                   MS. SIMPSON:  Carter Simpson for the
```

```
 1  defendant, Intervenors.
 2              MR. HINOJOSA:  David Hinojosa for the
 3  Intervenors.
 4              (Witness duly sworn.)
 5  
 6  having been first duly sworn, testified as follows:
 7                        EXAMINATION
 8  BY MR. MCKETTA:
 9              MR. MCKETTA:  Thank you.  Mike do you
10  want to just incorporate the stipulations that you
11  recited yesterday or do you want to repeat them?
12              MR. CONNOLLY:  Yeah.  Would you mind if I
13  repeated them?
14              MR. MCKETTA:  Fine.
15              MR. CONNOLLY:  So this -- these are the
16  stipulations that the parties agreed to before -- before
17  the deposition.  During this deposition it is possible
18  that UT or the Intervenors will ask questions that SFFA
19  believes infringe upon the First Amendment associational
20  rights of SFFA and its members.  SFFA may instruct the
21  witness not to answer a question on these grounds.  If a
22  disagreement arises as to whether this instruction is
23  improper, the parties agree to do their best to resolve
24  the disagreement during the deposition or if necessary,
25  before the Court.  SFFA agrees that UT and the
```

```
 1  Does that sound either correct or approximately correct?
 2              MR. CONNOLLY:  Objection to the form.
 3              THE WITNESS:  I -- I believe that sounds
 4  correct.  Maybe -- maybe a little early.  I'm -- I'm not
 5  sure.  Sometime in that spring for sure.  Spring or
 6  winter.
 7      Q.   (BY MR. MCKETTA) The sequence of dates that
 8  might help probably recollect, might not, but might.  It
 9  appears to me that an email admissions decision from
10  Texas went out on January 25th and that you opened it on
11  January 27, 2019; then the records we were given in the
12  lawsuit from SFFA showed a membership of January 28th
13  although it may be that you began that process earlier.
14  And then you had an appeal of the admissions decision
15  February 22 according to the record that I've seen.
16  Does -- does that sequence help put in place
17  approximately when you joined SFFA?
18              MR. CONNOLLY:  Objection to the form.
19              THE WITNESS:  Yes, that does sound
20  approximately correct then.
21      Q.   (BY MR. MCKETTA) How did you come to know of
22  the existence of SFFA?
23      A.   I heard about it from my dad first.
24      Q.   Does he ███████████?
25      A.   No.
```

```
 1      Q.   I'm sorry.  What -- what's his work?
 2      A.   He he works as a
 3
 4      Q.   And you heard from your dad.  Then what steps
 5  did you take to learn more about it or to join or how
 6  did the joining take place?
 7           MR. CONNOLLY:  Objection to the form.
 8           THE WITNESS:  I looked it up online and
 9  then searched around a bit -- spent too much time on the
10  Internet and then I joined online as well.
11      Q.   (BY MR. MCKETTA) There is a Twitter account
12  for UT Not Fair and it was started before the period
13  we're talking, it started in 2017.  Are you familiar
14  with that Twitter account?
15      A.   Honestly, no.  I don't think it -- for sure
16  I've never followed or anything.  I might have seen a
17  tweet by them.
18      Q.   It has three followers and I was gonna ask if
19  you were one of them.  Did you talk with anybody other
20  than your father about coming to know SFFA and joining
21  SFFA?
22           MR. CONNOLLY:  Objection to the form.
23      Q.   (BY MR. MCKETTA) Be -- before you actually --
24           MR. CONNOLLY:  Sorry, you cut out there.
25  Be -- before you actually what?
```

```
 1      Q.   (BY MR. MCKETTA) Just a yes or no.
 2      A.   No.
 3      Q.   Tell me, if you would, the benefit to you
 4  personally that you expect if SFFA were to win this
 5  lawsuit?
 6           MR. CONNOLLY:  Objection to the form.
 7           THE WITNESS:  For me personally, I'll be
 8  able to apply to transfer to UT and be considered
 9  fairly, and possibly apply there for grad school as
10  well.
11      Q.   (BY MR. MCKETTA) Would you not -- suppose this
12  lawsuit has not ended by the time you graduate, does
13  that mean you would not apply to the University of Texas
14  for graduate school?
15           MR. CONNOLLY:  Objection to the form.
16           THE WITNESS:  It doesn't mean that.
17  Because a lot of people in my industry go to work for a
18  few years and they come back for graduate school and
19  paid for, which I would for sure be interested in doing.
20      Q.   (BY MR. MCKETTA) Have you been -- this again,
21  is a yes or no question.  Have you been invited to vote,
22  whether you did or did not vote, have you been invited
23  to vote on anything related to SFFA?
24           MR. CONNOLLY:  Objection to the form.
25           THE WITNESS:  I'm not sure.
```

```
 1  at the same time to make them both mad, no, ma'am.
 2              MS. SIMPSON:  Okay.  That's all my
 3  questions, thank you very much.
 4              REPORTER:  One moment.  Can I get that
 5  name again the tele --
 6              THE WITNESS:
 7              REPORTER:  Thank you.
 8              THE WITNESS:  And I can give you
 9  contact information if you need it.
10              MR. CONNOLLY:  No, please don't.
11              THE WITNESS:  Okay.
12              MR. CONNOLLY:  Okay.  We're still on the
13  record?
14  BY MR. CONNOLLY:
15       Q.          I have just a few questions for you.
16  Are you a member of Students For Fair Admissions?
17       A.   Yes.
18       Q.   Do you know what SFFA's mission is?
19       A.   Yes, it's to end --
20       Q.   What --
21       A.   Sorry?
22       Q.   What is that mission?
23       A.   It's to end the policy of race-based
24  admissions in the U.S.
25       Q.   You support that mission?
```

1  A.  Yes.
2  Q.  If the University of Texas were to stop using
3  race in the admissions process, would you apply to
4  transfer to the University of Texas?
5  A.  Yes.
6           MR. CONNOLLY:  No further questions for
7  me.
8           MR. MCKETTA:  Mike you reconsidered an
9  objection of yours on Carter's questioning, would you
10 please reconsider your objection to the yes or no
11 questions about contributions of money, about voting,
12 and about attendance of events?
13          MR. CONNOLLY:  I did -- I did think about
14 that over the break and the objection stands.
15          MR. MCKETTA:  Thank you.  I have nothing
16 further, is everybody through with their questions?
17          MS. CARTER:  Yes, thank you.
18          MR. MCKETTA:  Very good.  Thank you
19          thank you, Miah.
20          REPORTER:  All right.  Before we go off
21 the record again, I do have -- Mr. Connolly your
22 transcript order and it's the same as -- for -- from
23 yesterday, correct?
24          MR. CONNOLLY:  Correct.
25          REPORTER:  All right.  Is there any other