# Exhibit H

```
INTERNAL REVENUE SERVICE                              DEPARTMENT OF THE TREASURY
P. O. BOX 2508
CINCINNATI, OH  45201

                                          Employer Identification Number:
Date:   JAN 3 0 2015                        47-1689810
                                          DLN:
                                            17053287307014
STUDENTS FOR FAIR ADMISSIONS INC          Contact Person:
3571 FAR WEST BLVD 17                       LOUIS F JOHNSON              ID# 95135
AUSTIN, TX  78731                         Contact Telephone Number:
                                            (877) 829-5500
                                          Accounting Period Ending:
                                            December 31
                                          Public Charity Status:
                                            170(b)(1)(A)(vi)
                                          Form 990 Required:
                                            YES
                                          Effective Date of Exemption:
                                            July 30, 2014
                                          Contribution Deductibility:
                                            YES
                                          Addendum Applies:
                                            NO
```

Dear Applicant:

We are pleased to inform you that upon review of your application for tax exempt status we have determined that you are exempt from Federal income tax under section 501(c)(3) of the Internal Revenue Code. Contributions to you are deductible under section 170 of the Code. You are also qualified to receive tax deductible bequests, devises, transfers or gifts under section 2055, 2106 or 2522 of the Code. Because this letter could help resolve any questions regarding your exempt status, you should keep it in your permanent records.

Organizations exempt under section 501(c)(3) of the Code are further classified as either public charities or private foundations. We determined that you are a public charity under the Code section(s) listed in the heading of this letter.

For important information about your responsibilities as a tax-exempt organization, go to www.irs.gov/charities. Enter "4221-PC" in the search bar to view Publication 4221-PC, Compliance Guide for 501(c)(3) Public Charities, which describes your recordkeeping, reporting, and disclosure requirements.

Sincerely,

*Tamera Ripperda*

Director, Exempt Organizations

Letter 947

SFFA-UT 000044