# Exhibit K

# Form 990 — Return of Organization Exempt From Income Tax

**Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations)**

OMB No. 1545-0047

**2018**  Open to Public Inspection

▶ Do not enter social security numbers on this form as it may be made public.
▶ Go to www.irs.gov/Form990 for instructions and the latest information.

Department of the Treasury
Internal Revenue Service

**A** For the 2018 calendar year, or tax year beginning _____, 2018, and ending _____, 20___

**B** Check if applicable:
- [ ] Address change
- [ ] Name change
- [ ] Initial return
- [ ] Final return/terminated
- [ ] Amended return
- [ ] Application pending

**C** Name of organization: Students For Fair Admissions, Inc.
Doing business as:
Number and street: 2200 Wilson Blvd.   Room/suite: 102-13
City: Arlington, VA 22201

**D** Employer identification number: 47-1689810
**E** Telephone number: (713) 626-7560
**G** Gross receipts $ 2,983,492.

**F** Name and address of principal officer: Edward Blum, 2200 Wilson Blvd. #102-13, Arlington, VA 22201

**H(a)** Is this a group return for subordinates? [ ] Yes [X] No
**H(b)** Are all subordinates included? [ ] Yes [ ] No
If "No," attach a list. (see instructions)

**I** Tax-exempt status: [X] 501(c)(3)  [ ] 501(c)( ) ◀ (insert no.)  [ ] 4947(a)(1) or  [ ] 527

**J** Website: ▶ www.studentsforfairadmissions.org

**H(c)** Group exemption number ▶

**K** Form of organization: [X] Corporation  [ ] Trust  [ ] Association  [ ] Other ▶
**L** Year of formation: 2014
**M** State of legal domicile: VA

## Part I — Summary

**Activities & Governance**

1. Briefly describe the organization's mission or most significant activities: The purposes of the organization are to defend human and civil rights secured by law, including the right of individuals to equal protection under the law, through litigation and any other lawful means.
2. Check this box ▶ [ ] if the organization discontinued its operations or disposed of more than 25% of its net assets.
3. Number of voting members of the governing body (Part VI, line 1a) — **3** — 5
4. Number of independent voting members of the governing body (Part VI, line 1b) — **4** — 4
5. Total number of individuals employed in calendar year 2018 (Part V, line 2a) — **5** — 0
6. Total number of volunteers (estimate if necessary) — **6** — 0
7a. Total unrelated business revenue from Part VIII, column (C), line 12 — **7a** — 0.
 b. Net unrelated business taxable income from Form 990-T, line 38 — **7b** — 0.

**Revenue**

|  | | Prior Year | Current Year |
|---|---|---|---|
| 8 | Contributions and grants (Part VIII, line 1h) | 1,443,759. | 2,983,492. |
| 9 | Program service revenue (Part VIII, line 2g) | | |
| 10 | Investment income (Part VIII, column (A), lines 3, 4, and 7d) | | |
| 11 | Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | 0. | 0. |
| 12 | Total revenue — add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 1,443,759. | 2,983,492. |

**Expenses**

| 13 | Grants and similar amounts paid (Part IX, column (A), lines 1–3) | | |
|---|---|---|---|
| 14 | Benefits paid to or for members (Part IX, column (A), line 4) | | |
| 15 | Salaries, other compensation, employee benefits (Part IX, column (A), lines 5–10) | 48,000. | 48,000. |
| 16a | Professional fundraising fees (Part IX, column (A), line 11e) | | |
| b | Total fundraising expenses (Part IX, column (D), line 25) ▶ 51,674. | | |
| 17 | Other expenses (Part IX, column (A), lines 11a–11d, 11f–24e) | 1,490,394. | 2,853,993. |
| 18 | Total expenses. Add lines 13–17 (must equal Part IX, column (A), line 25) | 1,538,394. | 2,901,993. |
| 19 | Revenue less expenses. Subtract line 18 from line 12 | -94,635. | 81,499. |

**Net Assets or Fund Balances**

|  | | Beginning of Current Year | End of Year |
|---|---|---|---|
| 20 | Total assets (Part X, line 16) | 31,297. | 180,385. |
| 21 | Total liabilities (Part X, line 26) | | 67,589. |
| 22 | Net assets or fund balances. Subtract line 21 from line 20 | 31,297. | 112,796. |

## Part II — Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

**Sign Here**
Signature of officer — Date: 06/21/2019
Richard Fisher, Treasurer
Type or print name and title

**Paid Preparer Use Only**
Print/Type preparer's name: Richard Fisher
Preparer's signature:
Date:
Check [X] if self-employed
PTIN: P01440736
Firm's name ▶ RICHARD G FISHER
Firm's EIN ▶
Firm's address ▶ 922 BENT CREEK CT, RICHMOND, TX 77406
Phone no. (713) 626-7560

May the IRS discuss this return with the preparer shown above? (see instructions) . . . . [X] Yes [ ] No

For Paperwork Reduction Act Notice, see the separate instructions. BAA
REV 05/20/19 PRO
Form **990** (2018)

Form 990 (2018) Page **9**

### Part VIII  Statement of Revenue

Check if Schedule O contains a response or note to any line in this Part VIII . . . . . . . . . . . . . ☐

| | | | | (A) Total revenue | (B) Related or exempt function revenue | (C) Unrelated business revenue | (D) Revenue excluded from tax under sections 512–514 |
|---|---|---|---|---|---|---|---|
| **Contributions, Gifts, Grants and Other Similar Amounts** | 1a | Federated campaigns | 1a | | | | |
| | b | Membership dues | 1b | 20,330. | | | |
| | c | Fundraising events | 1c | | | | |
| | d | Related organizations | 1d | | | | |
| | e | Government grants (contributions) | 1e | | | | |
| | f | All other contributions, gifts, grants, and similar amounts not included above | 1f | 2,963,162. | | | |
| | g | Noncash contributions included in lines 1a–1f: $ | | | | | |
| | h | **Total.** Add lines 1a–1f . . . . . . . . ▶ | | 2,983,492. | | | |
| | | | Business Code | | | | |
| **Program Service Revenue** | 2a | | | | | | |
| | b | | | | | | |
| | c | | | | | | |
| | d | | | | | | |
| | e | | | | | | |
| | f | All other program service revenue . | | | | | |
| | g | **Total.** Add lines 2a–2f . . . . . . . . ▶ | | | | | |
| **Other Revenue** | 3 | Investment income (including dividends, interest, and other similar amounts) . . . . . . . ▶ | | | | | |
| | 4 | Income from investment of tax-exempt bond proceeds ▶ | | | | | |
| | 5 | Royalties . . . . . . . . . . . . ▶ | | | | | |
| | | | (i) Real | (ii) Personal | | | |
| | 6a | Gross rents . . | | | | | |
| | b | Less: rental expenses | | | | | |
| | c | Rental income or (loss) | | | | | |
| | d | Net rental income or (loss) . . . . . . . . ▶ | | | | | |
| | | | (i) Securities | (ii) Other | | | |
| | 7a | Gross amount from sales of assets other than inventory | | | | | |
| | b | Less: cost or other basis and sales expenses . | | | | | |
| | c | Gain or (loss) . . | | | | | |
| | d | Net gain or (loss) . . . . . . . ▶ | | | | | |
| | 8a | Gross income from fundraising events (not including $ _____ of contributions reported on line 1c). See Part IV, line 18 . . . . . a | | | | | |
| | b | Less: direct expenses . . . . b | | | | | |
| | c | Net income or (loss) from fundraising events . ▶ | | | | | |
| | 9a | Gross income from gaming activities. See Part IV, line 19 . . . . . a | | | | | |
| | b | Less: direct expenses . . . . b | | | | | |
| | c | Net income or (loss) from gaming activities . . ▶ | | | | | |
| | 10a | Gross sales of inventory, less returns and allowances . . . a | | | | | |
| | b | Less: cost of goods sold . . . b | | | | | |
| | c | Net income or (loss) from sales of inventory . . ▶ | | | | | |
| | | Miscellaneous Revenue | Business Code | | | | |
| | 11a | | | | | | |
| | b | | | | | | |
| | c | | | | | | |
| | d | All other revenue . . . . . | | 0. | 0. | 0. | 0. |
| | e | **Total.** Add lines 11a–11d . . . . . . . . ▶ | | 0. | | | |
| | 12 | **Total revenue.** See instructions . . . . . . ▶ | | 2,983,492. | 0. | 0. | 0. |

REV 05/20/19 PRO  Form **990** (2018)

SFFA-UT 000256