# Exhibit N

# About

Students for Fair Admissions is a nonprofit membership group of more than 20,000 students, parents, and others who believe that racial classifications and preferences in college admissions are unfair, unnecessary, and unconstitutional. Our mission is to support and participate in litigation that will restore the original principles of our nation's civil rights movement: *A student's race and ethnicity should not be factors that either harm or help that student to gain admission to a competitive university.*

You can reach us by mail or email:

Students for Fair Admissions
2200 Wilson Blvd.
Suite 102-13
Arlington, VA 22201
Email: studentsforfairadmissions@gmail.com (mailto:studentsforfairadmissions@gmail.com)

You can also contact the President of Students for Fair Admissions, Edward Blum, at 703-505-1922 (tel:703-505-1922).

Disclosures (https://studentsforfairadmissions.org/disclosures/)

SFFA-UT 000409