# Exhibit Q

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

STUDENTS FOR FAIR ADMISSIONS, INC.,

*Plaintiff*,

v.

UNIVERSITY OF TEXAS AT AUSTIN et al.,

*Defendants*.

Case No. 1:20-CV-763-RP

## DECLARATION OF ▮▮▮▮▮▮▮▮

I, pursuant to 28 U.S.C. § 1746, declare the following:

1. I am an individual who is over the age of 18 and of sound mind, who has never been convicted of a felony, is capable of making this declaration, and is fully competent to declare as to matters stated herein.

2. I attended ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. I graduated from high school in 2018.

3. In the fall of 2017, I applied for admission to the University of Texas at Austin ("UT") for the undergraduate class of 2022. In 2018, I learned that UT had denied my application for admission.

4. I am currently attending ▮▮▮▮▮▮▮▮.

5. I am able and ready to apply to transfer to UT were it to cease the use of race or ethnicity as an admissions preference and to cease its intentional discrimination against disfavored racial groups, including whites and Asian Americans.

6. I became a member of Students for Fair Admissions ("SFFA") in February 2018 because I support its mission and believe that UT and many other colleges and universities wrongly discriminate on the basis of race in their admissions process.

7. I paid the membership fee when I joined SFFA in February 2018.

8. I have agreed to participate in SFFA's lawsuit against UT and have received updates about the status of the case from Mr. Blum and from SFFA's attorneys. They have answered my questions and afforded me the opportunity to have input and direction on SFFA's case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this day, March __25__, 2021.

