IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CAUSE NO.: 1:20-cv-763-RP |
| UNIVERSITY OF TEXAS AT AUSTIN, et al., | § § § | |
| Defendants. | § § | |

**UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR DISMISSAL BASED ON LACK OF STANDING, RES JUDICATA, AND COLLATERAL ESTOPPEL AND TO FILE REPLY IN SUPPORT OF INTERVENORS' MOTION TO DISMISS FOR LACK OF STANDING AND JOINDER ON RES JUDICATA**

Defendants and Defendant-Intervenors file this Unopposed Joint Motion for Extension of Time to File Reply in Support of Defendants' Motion for Summary Judgment or Dismissal Based on Lack of Standing, Res Judicata, and Collateral Estoppel and to file Reply in Support of Intervenors' Motion to Dismiss and Joinder for Lack of Standing and Joinder on Res Judicata and would respectfully show the following:

Defendants' and Defendant-Intervenors' deadline to file their replies to their respective motions is presently April 19, 2021. Defendants and Defendant-Intervenors are asking for a one-week extension of their deadline, to April 26, 2021.

Plaintiff's counsel is unopposed to the extension of time sought herein.

This motion for extension of time is not for the purpose of delay but so that justice may be done.

Respectfully Submitted,

GRAVES DOUGHERTY, HEARON & MOODY, P.C.
401 Congress Avenue, Suite 2700
Austin, Texas 78701
(512) 480-5725 (phone)
(512) 539-9938 (fax)

By: */s/ Matthew C. Powers*
John J. McKetta, III
Texas State Bar No. 13711500
mmcketta@gdhm.com
Matthew C. Powers
Texas State Bar No. 24046650
mpowers@gdhm.com
William Christian
State Bar No. 00793505
wchristian@gdhm.com
Marianne W. Nitsch
Texas State Bar No. 24098182
mnitsch@gdhm.com

**ATTORNEYS FOR DEFENDANTS**

By: */s/ Brian Pidcock*
Brian C. Pidcock
HUNTON ANDREWS KURTH LLP
600 Travis St.
Houston, TX 77002
brianpidcock@HuntonAK.com

David Hinojosa*
Genevieve Bonadies Torres
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street, NW, Suite 900
Washington, DC 20005
dhinojosa@lawyerscommittee.org
gbonadies@lawyerscommittee.org

2

Ryan P. Phair
Carter C. Simpson
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW
Washington, D.C. 20037
rphair@huntonak.com
csimpson@huntonak.com

Alan R. Kabat*
BERNABEI & KABAT, PLLC
1400 - 16th Street, N.W., Suite 500
Washington, D.C. 20036-2223
Kabat@BernabeiPLLC.com

 *Western District application pending

**ATTORNEYS FOR INTERVENORS**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been served on counsel of record for Plaintiff via the Court's electronic filing and service system and also via email service as indicated below, on this the 16th day of April, 2021:

| | |
|---|---|
| William S. Consovoy<br>J. Michael Connolly<br>Cameron T. Norris<br>Steven C. Begakis<br>CONSOVOY MCCARTHY PLLC<br>1600 Wilson Boulevard, Suite 700<br>Arlington, Virginia 22209<br>will@consovoymccarthy.com<br>mike@consovoymccarthy.com<br>cam@consovoymccarthy.com<br>steven@consovoymccarthy.com | Brian C. Pidcock<br>HUNTON ANDREWS KURTH LLP<br>600 Travis St.<br>Houston, TX 77002<br>brianpidcock@HuntonAK.com |
| David Hinojosa<br>Genevieve Bonadies Torres<br>LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW<br>1500 K Street, NW, Suite 900 Washington, DC 20005<br>dhinojosa@lawyerscommittee.org<br>gbonadies@lawyerscommittee.org | Ryan P. Phair<br>Carter C. Simpson<br>HUNTON ANDREWS KURTH LLP<br>2200 Pennsylvania Avenue, NW Washington, D.C. 20037<br>rphair@huntonak.com<br>csimpson@huntonak.com |
| Alan R. Kabat<br>BERNABEI & KABAT, PLLC<br>1400 - 16th Street, N.W., Suite 500<br>Washington, D.C. 20036-2223<br>Kabat@BernabeiPLLC.com | |

                                                   */s/ Matthew C. Powers*
                                                   Matthew C. Powers

3712172.v1