IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., | § § § § | |
| Plaintiff, | § § | |
| v. | § § § | CAUSE NO.: 1:20-cv-763-RP |
| UNIVERSITY OF TEXAS AT AUSTIN, et al., | § § § | |
| Defendants. | § | |

**ORDER GRANTING UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR DISMISSAL BASED ON LACK OF STANDING, RES JUDICATA, AND COLLATERAL ESTOPPEL AND TO FILE REPLY IN SUPPORT OF INTERVENORS' MOTION TO DISMISS FOR LACK OF STANDING AND JOINDER ON RES JUDICATA**

Before the Court is Defendants' and Defendant-Intervenors' Unopposed Motion for Extension of Time to File Reply in Support of Defendants' Motion for Summary Judgment or Dismissal Based on Lack of Standing, Res Judicata, and Collateral Estoppel and to file Reply in Support of Intervenors' Motion to Dismiss and Joinder for Lack of Standing and Joinder on Res Judicata. The Court finds that the motion is meritorious and should be granted.

IT IS THEREFORE ORDERED that Defendants' and Defendant-Intervenors' Motion is GRANTED; and

IT IS FURTHER ORDERED that Defendants and Defendant-Intervenors shall have up to and including April 26, 2021 to file replies in support of their respective motions.

SIGNED ON THIS THE _____ day of _____, 2021.

_____
THE HONORABLE ROBERT PITMAN
UNITED STATES DISTRICT JUDGE