IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CAUSE NO.: 1:20-cv-763-RP |
| UNIVERSITY OF TEXAS AT AUSTIN, et al., | § § § | |
| Defendants. | § § | |

**ORDER ON DEFENDANTS' MOTION FOR EXTENSION OF DISCOVERY STAY**

Before the Court is Defendants' Motion for Extension of Discovery Stay. Having considered the motion, as well as any responses and replies on file, the Court now enters the following orders:

IT IS ORDERED that Defendants' Motion for Extension of Discovery Stay is GRANTED; and

IT IS FURTHER ORDERED that merits discovery in this case remains stayed until 30 days after the date that the Court issues a ruling on Defendants' Motion for Summary Judgment or Dismissal Based on Lack of Standing, Res Judicata and Collateral Estoppel on March 8, 2021 (Dkt. 45) and Defendant-Intervenors' Motion to Dismiss for Lack of Standing and Joinder on Res Judicata (Dkt. 44).

SIGNED on this the ____ day of July 2021.

_____
THE HONORABLE ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

3737221.v1