IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CAUSE NO.: 1:20-cv-763-RP |
| UNIVERSITY OF TEXAS AT AUSTIN, et al., | § § § | |
| Defendants. | § | |

## MOTION FOR WITHDRAWAL OF COUNSEL

Defendants respectfully move for John J. McKetta, III of Graves, Dougherty, Hearon & Moody, P.C. to be permitted to withdraw as counsel in view of his retirement from the practice of law. No party opposes this motion, and the relief sought here will not delay the case as Defendants will continue to be represented by Matthew C. Powers, William Christian and Marianne W. Nitsch of Graves, Dougherty, Hearon & Moody, P.C.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendants pray that the Court grant this Motion for Withdrawal of Counsel in the above-styled and numbered cause, and that John J. McKetta, III be discharged from any further responsibility for this matter.

                Respectfully Submitted,

                GRAVES DOUGHERTY, HEARON & MOODY, P.C.
                401 Congress Avenue, Suite 2700
                Austin, Texas 78701
                (512) 480-5725 (phone)
                (512) 539-9938 (fax)

By:    */s/ Matthew C. Powers*
          Matthew C. Powers
          Texas State Bar No. 24046650
          mpowers@gdhm.com
          William Christian
          State Bar No. 00793505
          wchristian@gdhm.com
          Marianne W. Nitsch
          Texas State Bar No. 24098182
          mnitsch@gdhm.com

          **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with counsel for each of the parties in this case, and no party is opposed to the relief sought herein.

                                            */s/ Matthew C. Powers*
                                            Matthew C. Powers

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served on counsel via the Court's electronic filing and service system and also via email service as indicated below, on this the 15th day of July, 2022:

| | |
|---|---|
| William S. Consovoy<br>J. Michael Connolly<br>Cameron T. Norris<br>Steven C. Begakis<br>CONSOVOY MCCARTHY PLLC<br>1600 Wilson Boulevard, Suite 700<br>Arlington, Virginia 22209<br>will@consovoymccarthy.com<br>mike@consovoymccarthy.com<br>cam@consovoymccarthy.com<br>steven@consovoymccarthy.com | Brian C. Pidcock<br>HUNTON ANDREWS KURTH LLP<br>600 Travis St.<br>Houston, TX 77002<br>brianpidcock@HuntonAK.com |
| David Hinojosa<br>Genevieve Bonadies Torres<br>LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW<br>1500 K Street, NW, Suite 900 Washington, DC 20005<br>dhinojosa@lawyerscommittee.org<br>gbonadies@lawyerscommittee.org | Ryan P. Phair<br>Carter C. Simpson<br>HUNTON ANDREWS KURTH LLP<br>2200 Pennsylvania Avenue, NW Washington, D.C. 20037<br>rphair@huntonak.com<br>csimpson@huntonak.com |
| Alan R. Kabat<br>BERNABEI & KABAT, PLLC<br>1400 - 16th Street, N.W., Suite 500<br>Washington, D.C. 20036-2223<br>Kabat@BernabeiPLLC.com | |

                */s/ Matthew C. Powers*
                Matthew C. Powers

3836085.v1