IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., | § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | CAUSE NO.: 1:20-cv-763-RP |
| UNIVERSITY OF TEXAS AT AUSTIN, et al., | | |
| Defendants. | | |

**ORDER GRANTING MOTION FOR**
**WITHDRAWAL OF COUNSEL**

On this date, the Court considered the Motion for Withdrawal of Counsel for Defendants filed by John J. McKetta, III, and noting the lack of opposition from any party, it is:

ORDERED that the Motion for Withdrawal Withdraw of Counsel is GRANTED; and

IT IS FURTHER ORDERED that John J. McKetta, III is permitted to withdraw as counsel of record for Defendants in this case.

SIGNED this _____ day of _____, 2022.

_____
JUDGE PRESIDING

3836086.v1