IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § § | |
| UNIVERSITY OF TEXAS AT AUSTIN; JAMES B. MILLIKEN, *Chancellor of the University of Texas System in his Official Capacity*; STEVEN LESLIE, *Executive Vice Chancellor for Academic Affairs of the University of Texas System in his Official Capacity*; DANIEL H. SHARPHORN, *Vice Chancellor and General Counsel of the University of Texas System in his Official Capacity*; JAY HARTZELL, *President of the University of Texas at Austin in his Official Capacity*; BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM; DAVID J. BECK, CHRISTINA MELTON CRAIN, KEVIN P. ELTIFE, R. STEVEN HICKS, JODIE LEE JILES, JANIECE LONGORIA, NOLAN PEREZ, KELCY L. WARREN, and JAMES C. "RAD" WEAVER, *as Members of the Board of Regents in Their Official Capacities*; DANIEL JAFFE, *Interim Executive Vice President and Provost*; RACHELLE HERNANDEZ, *Senior Vice Provost for Enrollment Management and Student Success*; and MIGUEL WASIELEWSKI, *Executive Director for Office of Admissions*, | § § § § § § § § § § § § § § § § § § § § § § § § § | 1:20-CV-763-RP |
| Defendants. | § § | |

**ORDER**

Before the Court is the above-captioned cases, which is on remand following the United States Court of Appeals for the Fifth Circuit's decision in *Students for Fair Admissions, Inc. v. University of Texas at Austin et al.*, No. 21-50715 (5th Cir. June 20, 2022). The Fifth Circuit reversed this Court's

1

judgment and remanded for further proceedings consistent with the Fifth Circuit's order. Pursuant to the Fifth Circuit's decision and mandate, this Court issues the following order.

**IT IS ORDERED** that the Court's entry of final judgment, (Dkt. 57), is **VACATED**.

**IT IS FURTHER ORDERED** that the Court's order, (Dkt. 56), is **VACATED** solely as to the Court's grant of summary judgment based on res judicata.

**SIGNED** on July 19, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE