IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> UNIVERSITY OF TEXAS AT AUSTIN, et al., <br><br> *Defendants*. | Case No. 1:20-cv-763-RP |

**[PROPOSED] ORDER ON THE PARTIES' JOINT MOTION TO STAY PROCEEDINGS**

Before the Court is the Parties' Joint Motion to Stay Proceedings. Having considered the joint motion, the Court now enters the following order:

IT IS ORDERED that the Parties' Joint Motion to Stay Proceedings is GRANTED; and

IT IS FURTHER ORDERED that this case is STAYED pending the Supreme Court's decisions in *Students for Fair Admissions v. President and Fellows of Harvard College*, No. 20-1199, and *Students for Fair Admissions v. University of North Carolina et al.*, No. 21-707.

SIGNED on this the _____ day of July 2022.

_____
THE HONORABLE ROBERT PITMAN
UNITED STATES DISTRICT JUDGE