# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| Students for Fair Admissions, Inc. § | |
| § | CIVIL NO: |
| vs. § | AU:20-CV-00763-RP |
| § | |
| University of Texas at Austin, James B. Milliken, Steven Leslie, Daniel H. Sharphorn, Jay Hartzell, Board of Regents of the Texas State University System, David J. Beck, Christina Melton Crain, Kevin P. Eltife, R. Steven Hicks, Jodie Lee Jiles, Janiece Longoria, Nolan Perez, Kelcy L. Warren, James C. (Rad) Weaver, Daniel Jaffe, Rachelle Hernandez, Miguel Wasielewski § | |

## ORDER CANCELLING TELEPHONE CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **TELEPHONE CONFERENCE** on **Monday, August 08, 2022 at 04:00 PM is hereby CANCELLED until further order of the court**.

IT IS SO ORDERED this 3rd day of August, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE