# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>UNIVERSITY OF TEXAS AT AUSTIN, et al.,<br><br>*Defendants,*<br><br>and<br><br>THE BLACK STUDENT ALLIANCE, et al.,<br><br>*Intervenor-Defendants.* | Case No. 1:20-cv-763-RP<br><br>**UNOPPOSED MOTION FOR WITHDRAWAL OF APPEARANCE OF WILLIAM S. CONSOVOY** |

Undersigned counsel moves unopposed for withdrawal of the appearance of William S. Consovoy as counsel for Plaintiff. Mr. Consovoy passed away on January 9, 2023. Plaintiff continues to be represented by undersigned counsel and other attorneys in this case. Defendants and Defendant-Intervenors consent to this motion

Dated: January 30, 2023

Respectfully submitted,

/s/ *J. Michael Connolly*
J. Michael Connolly
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
mike@consovoymccarthy.com

*Counsel for Plaintiff*

1

2

## CERTIFICATE OF SERVICE

I certify that this document was filed via the CM/ECF system, which will notify all counsel of record.

*/s/ J. Michael Connolly*
J. Michael Connolly
*Counsel for Plaintiff*
