UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC.,<br><br>      *Plaintiff,*<br><br> v.<br><br>UNIVERSITY OF TEXAS AT AUSTIN, et al.,<br><br>      *Defendants,*<br><br> and<br><br>THE BLACK STUDENT ALLIANCE, et al.,<br><br>      *Intervenor-Defendants.* | Case No. 1:20-cv-763-RP<br><br>**[PROPOSED] ORDER ON THE PLAINTIFF'S UNOPPOSED MOTION FOR WITHDRAWAL OF APPEARANCE OF WILLIAM S. CONSOVOY** |

Before the Court is Plaintiff's Unopposed Motion to withdraw the appearance of William S. Consovoy. Having considered the motion, the Court now enters the following order:

IT IS ORDERED that Plaintiff's Unopposed Motion is GRANTED; and

IT IS FURTHER ORDERED that William S. Consovoy is terminated as counsel in this case.

SIGNED on this the _____ day of January 2023.

                 **THE HONORABLE ROBERT PITMAN**
                 **UNITED STATES DISTRICT JUDGE**