IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>UNIVERSITY OF TEXAS AT AUSTIN, et al.,<br><br>*Defendants*,<br><br><br>THE BLACK STUDENT ALLIANCE, et al.,<br>*Defendant-Intervenors.* | Case No. 1:20-cv-763-RP |

## UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

Defendant-Intervenors respectfully move for Genevieve Bonadies Torres ("Counsel") of the Lawyers' Committee of Civil Rights Under Law to be permitted to withdraw as counsel. As of July 8, 2023, Counsel will no longer be employed with the Lawyers' Committee for Civil Rights Under Law. No party opposes this motion, and the relief sought will not affect any Court schedules or deadlines, as Defendant-Intervenors will continue to be represented by attorneys with Hunton Andrews Kurth, Lawyers' Committee for Civil Rights Under Law, and Bernabei & Kabat.

WHEREFORE, Defendant-Intervenors pray that the Court grant this Motion for Withdrawal of Counsel in the above-styled and numbered cause, and that Genevieve Bonadies Torres be discharged from any further responsibility for this matter.

Dated: July 6, 2023

Respectfully submitted,

*/s/ Genevieve Bonadies Torres*
Genevieve Bonadies Torres (pro hac vice)
David Hinojosa
State Bar No. 24010689
LAWYERS' COMMITTEE FOR

CIVIL RIGHTS UNDER LAW
1500 K Street, NW, Suite 900
Washington, DC 20005
Tel. (202) 662-8600
gbonadies@lawyerscommittee.org
dhinojosa@lawyerscommittee.org

Brian C. Pidcock
State Bar No. 24074895
HUNTON ANDREWS KURTH LLP
600 Travis St.
Houston, TX 77002
Tel. (713) 220-4200
brianpidcock@HuntonAK.com

Alan R. Kabat (pro hac vice)
Bernabei & Kabat, PLLC
1400 - 16th Street, N.W., Suite 500
Washington, D.C. 20036-2223
Tel. (202) 745-1942 (ext. 242)
Kabat@BernabeiPLLC.com

*Attorneys for Defendant-Intervenors*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on counsel of record via the Court's electronic filing and service on July 6, 2023.

             */s/ Genevieve Bonadies Torres*