IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> UNIVERSITY OF TEXAS AT AUSTIN, et al., <br><br> *Defendants*, <br><br> THE BLACK STUDENT ALLIANCE, et al., <br> *Defendant-Intervenors*. | Case No. 1:20-cv-763-RP |

**[PROPOSED] ORDER ON THE DEFENDANT-INTERVENORS UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL**

Before this Court is Defendant-Intervenors' Unopposed Motion to withdraw the appearance of Genevieve Bonadies Torres. Having considered the motion, the Court now enters the following order:

IT IS ORDERED that Defendant-Intervenors' Unopposed Motion is GRANTED; and

IT IS FURTHER ORDERED that Genevieve Bonadies Torres is terminated as counsel in this case.

SIGNED on this _____ day of July 2023.

_____
THE HONORABLE ROBERT PITMAN
UNITED STATES DISTRICT JUDGE