IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., *Plaintiff*, v. UNIVERSITY OF TEXAS AT AUSTIN, et al., *Defendants*. | Case No. 1:20-cv-763-RP |

**JOINT STATUS REPORT**

The parties file this joint status report in accordance with this Court's order.

1. This case is stayed pending further order of the Court. This Court ordered that the parties file a joint status report every 90 days. The parties filed a first Joint Status Report on October 19, 2022, Docket No. 66, a second Joint Status Report on January 17, 2023, Docket No. 67, and a third Joint Status Report on April 17, 2023, Docket No. 69.

2. The parties' joint motion to stay was based on the Supreme Court of the United States' grant of certiorari in two cases that were brought by Plaintiff Students for Fair Admissions: *Students for Fair Admissions, Inc. v. President and Fellows of Harvard College*, No. 20-1199, and *Students for Fair Admissions, Inc. v. University of North Carolina et al.*, No. 21-707.

3. On June 29, 2023, the Supreme Court issued its opinions in *Harvard* and *University of North Carolina*. *See Students for Fair Admissions, Inc. v. President and Fellows of Harvard College*, 143 S.Ct. 2141 (2023). The Supreme Court ruled for Students for Fair Admissions and reversed the judgments of the Court of Appeals for the First Circuit and the District Court for the Middle District of North Carolina. *Id.* at 2176.

4.   All parties request that the Court lift the stay of this litigation now that the Supreme Court has issued its decisions in *Harvard* and *University of North Carolina.*

Dated: July 17, 2023

                                                                       Respectfully submitted,

                                                                         */s/ J. Michael Connolly*
                                                                         Thomas R. McCarthy (*pro hac vice*)
                                                                           J. Michael Connolly
                                                                           Cameron T. Norris
      Steven C. Begakis (*pro hac vice*)
      CONSOVOY MCCARTHY PLLC
      1600 Wilson Blvd., Suite 700
      Arlington, VA 22209
      (703) 243-9423
      tom@consovoymccarthy.com
      mike@consovoymccarthy.com
      cam@consovoymccarthy.com
      steven@consovoymccarthy.com

      *Counsel for Plaintiff Students for Fair Admissions, Inc.*

      */s/ William Christian*
      Matthew C. Powers
      Texas State Bar No. 24046650
      mpowers@gdhm.com
      William Christian
      State Bar No. 00793505
      wchristian@gdhm.com
      Marianne W. Nitsch
      Texas State Bar No. 24098182
      mnitsch@gdhm.com
      Graves Dougherty, Hearon & Moody, P.C.
      401 Congress Avenue, Suite 2700
      Austin, Texas 78701
      (512) 480-5725 (phone)
      (512) 539-9938 (fax)

      *Counsel for Defendants*

        */s/ David Hinojosa*
Brian C. Pidcock
State Bar No. 24074895
HUNTON ANDREWS KURTH LLP
600 Travis St.
Houston, TX 77002
Tel. (713) 220-4200
brianpidcock@HuntonAK.com

David Hinojosa
State Bar No. 24010689
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street, NW, Suite 900
Washington, DC 20005
Tel. (202) 662-8600
dhinojosa@lawyerscommittee.org

Alan R. Kabat (pro hac vice)
Bernabei & Kabat, PLLC
1400 - 16th Street, N.W., Suite 500
Washington, D.C. 20036-2223
Tel. (202) 745-1942 (ext. 242)
Kabat@BernabeiPLLC.com

*Attorneys for Defendant-Intervenors*

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing has been served on counsel of record via the Court's electronic filing and service on July 17, 2023.

<em>/s/ J. Michael Connolly</em>