IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:20-CV-763-RP |
| | § | |
| UNIVERSITY OF TEXAS AT AUSTIN, et al., | § | |
| | § | |
| Defendant. | § | |

## ORDER

On July 21, 2022, the Court granted the parties' joint motion and stayed this case pending resolution of two cases that were brought by Plaintiff Students for Fair Admissions. (Mot. Stay, Dkt. 63; Text Order Granting Stay (July 21, 2023)). On June 29, 2023, the Supreme Court issued its opinions in these cases. *See Students for Fair Admissions, Inc. v. President and Fellows of Harvard College*, 143 S. Ct. 2141 (2023). On July 17, 2023, the parties requested that the Court lift the stay of this litigation now that the Supreme Court has issued its decisions. (Joint Status Report, Dkt. 71, at 2).

Accordingly, **IT IS ORDERED** that the stay is **LIFTED**.

**SIGNED** on July 18, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE