AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

|  |  |  |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. |
| _____ | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____         _____
                                                                 *Attorney's signature*

_____
*Printed name and bar number*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

_____
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the foregoing has been served on counsel of record via the Court's electronic filing and service on August 14, 2023.

/s/ *David Hinojosa*
David Hinojosa
Texas State Bar No. 24010689
Lawyers' Committee for Civil Rights Under Law
1500 K St NW, Suite 900
Washington, D.C. 20005
Tel. (202) 662-8307
dhinojosa@lawyerscommittee.org