# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br>      *Plaintiff*, <br> v. <br><br> UNIVERSITY OF TEXAS AT AUSTIN, et al., <br>      *Defendants*. | Case No. 1:20-cv-763-RP |

## JOINT STATUS REPORT

The parties file this joint status report in accordance with this Court's instructions in the status conference held on July 27, 2023. The parties have spent the past 30 days discussing the potential resolution of this case without further litigation. The parties dispute whether SFFA has obtained adequate answers to its questions about the University's post-*SFFA* process, and therefore SFFA asks this Court to set a status conference for the week of September 5-8, with instructions that the parties file in advance of that status conference short statements (not to exceed 5 pages) with their proposed way of proceeding with discovery and/or dispositive motions.

Dated: August 28, 2023

                   Respectfully submitted,

                    /s/ *Cameron T. Norris*
                   Thomas R. McCarthy (*pro hac vice*)
                   J. Michael Connolly
                   Cameron T. Norris
                   Steven C. Begakis (*pro hac vice*)
                   CONSOVOY MCCARTHY PLLC
                   1600 Wilson Blvd., Suite 700
                   Arlington, VA 22209
                   (703) 243-9423
                   mike@consovoymccarthy.com

                   *Counsel for Plaintiff Students for Fair Admissions, Inc.*

        */s/ William Christian*
Matthew C. Powers
Texas State Bar No. 24046650
mpowers@gdhm.com
William Christian
State Bar No. 00793505
wchristian@gdhm.com
Marianne W. Nitsch
Texas State Bar No. 24098182
mnitsch@gdhm.com
Graves Dougherty, Hearon & Moody, P.C.
401 Congress Avenue, Suite 2700
Austin, Texas 78701
(512) 480-5725 (phone)
(512) 539-9938 (fax)

*Counsel for Defendants*

        */s/ David Hinojosa*
Brian C. Pidcock
State Bar No. 24074895
HUNTON ANDREWS KURTH LLP
600 Travis St.
Houston, TX 77002
Tel. (713) 220-4200
brianpidcock@HuntonAK.com

David Hinojosa
State Bar No. 24010689
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street, NW, Suite 900
Washington, D.C. 20005
Tel. (202) 662-8600
dhinojosa@lawyerscommittee.org

Alan R. Kabat (pro hac vice)
Bernabei & Kabat, PLLC
1400 - 16th Street, N.W., Suite 500
Washington, D.C. 20036-2223
Tel. (202) 745-1942 (ext. 242)
Kabat@BernabeiPLLC.com

*Attorneys for Defendant-Intervenors*

**CERTIFICATE OF SERVICE**

I e-filed this document with the Court, which emailed everyone requiring service.

                                                                         */s/ Cameron T. Norris*