IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> UNIVERSITY OF TEXAS AT AUSTIN, et al., <br><br> *Defendants*. | Case No. 1:20-cv-763-RP |

## JOINT SCHEDULING PROPOSAL

Per the Court's Scheduling Order, *see* Dkt. 77, the parties have met and conferred, and SFFA and the UT Defendants[1] propose that the Court enter the following schedule:

- UT Defendants' and Intervenor-Defendants' motions to dismiss based on mootness and/or other jurisdictional matters are due by October 27, 2023.

- SFFA's responses and any cross-motions are due by November 27, 2023.

- UT Defendants' and Intervenor-Defendants' replies in support of their respective motions to dismiss, and any oppositions to any cross-motions filed by SFFA, are due by January 11, 2024.

- SFFA's reply to any cross-motion is due by February 1, 2024.

- If the case remains pending following the Court's disposition of any motions filed pursuant to the above schedule, the Court will enter a scheduling order establishing a trial date and other standard pretrial deadlines.

---

[1] The Defendant-Intervenors do not join this joint proposal.

Dated: September 6, 2023

Respectfully submitted,

 /s/ J. Michael Connolly
Thomas R. McCarthy (*pro hac vice*)
J. Michael Connolly
Cameron T. Norris
Steven C. Begakis (*pro hac vice*)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
mike@consovoymccarthy.com
cam@consovoymccarthy.com
steven@consovoymccarthy.com

*Counsel for Plaintiff Students for Fair Admissions, Inc.*

 /s/ William Christian
Matthew C. Powers
Texas State Bar No. 24046650
mpowers@gdhm.com
William Christian
State Bar No. 00793505
wchristian@gdhm.com
Marianne W. Nitsch
Texas State Bar No. 24098182
mnitsch@gdhm.com
Graves Dougherty, Hearon & Moody, P.C.
401 Congress Avenue, Suite 2700
Austin, Texas 78701
(512) 480-5725 (phone)
(512) 539-9938 (fax)

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing has been served on counsel of record via the Court's electronic filing and service on September 6, 2023.

                      */s/ J. Michael Connolly*