**FILED**
September 13, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: ____Julie Golden____
　　　　　　　　　　　DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> UNIVERSITY OF TEXAS AT AUSTIN, et al., <br><br> *Defendants*. | Case No. 1:20-cv-763-RP |

## SCHEDULING ORDER

The Court enters the following schedule:

- UT Defendants' and Intervenor-Defendants' motions to dismiss based on mootness and/or other jurisdictional matters are due by October 27, 2023.

- SFFA's responses and any cross-motions are due by November 27, 2023.

- UT Defendants' and Intervenor-Defendants' replies in support of their respective motions to dismiss, and any oppositions to any cross-motions filed by SFFA, are due by January 11, 2024.

- SFFA's reply to any cross-motion is due by February 1, 2024.

- If the case remains pending following the Court's disposition of any motions filed pursuant to the above schedule, the Court will enter a scheduling order establishing a trial date and other standard pretrial deadlines.

SIGNED this 13th day of September, 2023.

ROBERT PITMAN
U.S. DISTRICT JUDGE