**Appendix A**

**List of Clients Represented**

Texas National Association for the Advancement of Colored People (NAACP)

The Black Student Alliance

The Texas Orange Jackets

Adaylin Alvarez

Morgan Bennett

Liz Kufour

Brianna Mallorie McBride

Desiree Ortega-Santiago

Nima Rahman

Alexandra Trujillo

Rosaleen Xiong