Case 1:20-cv-00763-RP   Document 84   Filed 09/20/23   Page 1 of 1

FILED
September 20, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Julie Golden_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

STUDENTS FOR FAIR ADMISSION

-vs-

UNIVERSITY OF TEXAS AT AUSTIN, et al.

Case No. 1:20-cv-00763-RP

**O R D E R**

BE IT REMEMBERED on this the **20th** day of **September**, 20**23**, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by **Maya Brodziak** ("Applicant"), counsel for **Texas NAACP, et al. (see** and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of **Texas NAACP, et al. (see** in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the **20th** day of **September** 20**23**.

_____
UNITED STATES DISTRICT JUDGE

Reset all fields    Print Form