IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>UNIVERSITY OF TEXAS AT AUSTIN, et al.,<br><br>*Defendants*. | Case No. 1:20-cv-763-RP |

**DECLARATION OF J. MICHAEL CONNOLLY**

1. I am an attorney at the law firm Consovoy McCarthy PLLC and counsel for plaintiff Students for Fair Admissions, Inc.

2. I am over age eighteen and under no mental disability or impairment. I have personal knowledge of the following facts and, if called as a witness, I would competently testify to them.

3. Exhibit A is a true and correct copy of UT's Objections and Answers to SFFA's First Set of Interrogatories in *SFFA v. Univ. of Tex. at Austin*, No. D-1-GN-17-002930 (Tex. Dist. Ct. Jan. 22, 2018).

4. Exhibit B is a true and correct copy of a document from The University of North Carolina System Division of Legal Affairs, dated August 2023, entitled "Directives Regarding Implementation of *Students for Fair Admissions* Decision," downloaded as a PDF file, last accessed on November 15, 2023, available at https://perma.cc/G5PK-ZDHD.

5. Exhibit C is a true and correct copy of the Joint Stipulation of Voluntary Dismissal in *SFFA v. Yale Univ.*, No. 21-cv-241, Dkt. 41 (D. Conn. Sept. 7, 2023).

6. Exhibit D is a true and correct copy of an article published by Zhao Gu Gammage on November 1, 2023, entitled "Haverford's Admission Alterations Post-Affirmative Action," downloaded as a PDF file, last accessed on November 15, 2023, available at https://perma.cc/JY9W-98ZN.

7. Exhibit E is a true and correct copy of SFFA's first set of questions to UT on August 3, 2023, about UT's admissions process following the Supreme Court's decision in *SFFA v. Harvard*, 600 U.S. 181 (2023), and UT's answers on August 14, 2023.

8. Exhibit F is a true and correct copy of SFFA's second set of questions to UT on August 17, 2023, about UT's admissions process following the Supreme Court's decision in *SFFA v. Harvard*, 600 U.S. 181 (2023), and UT Austin's answers on August 23, 2023.

9. Exhibit G is a true and correct copy of Abigail Fisher's Second Amended Complaint in *Fisher v. Univ. of Tex. at Austin*, No. 8-cv-263, Dkt. 85 (W.D. Tex. Aug. 13, 2008).

10. Exhibit H is a true and correct copy of UT Austin's Answer to the Second Amended Complaint in *Fisher v. Univ. of Tex. at Austin*, No. 8-cv-263, Dkt. 87 (W.D. Tex. Aug. 22, 2008).

11. Exhibit I is a true and correct copy of an excerpt of a report from The University of Texas at Austin's UT System Dashboard, entitled "Applied, Admitted, and Enrolled for UT Academic Institutions," downloaded as a PDF file, last accessed on November 19, 2023, available at https://perma.cc/GST9-7934.

12. Exhibit J is a true and correct copy of a document from The University of Texas at Austin's UT System Dashboard, containing the data for its report entitled "Applied, Admitted, and Enrolled for UT Academic Institutions," downloaded as a PDF file, last accessed on November 15, 2023, available at https://bit.ly/47vgg2E.

13. Exhibit K is a true and correct copy of an excerpt of a document from The University of Texas at Austin, dated December 31, 2022, entitled "Annual Data Report to the Texas Legislature

on SB 175, 81st Legislature for the Period Ending Fall 2022," downloaded as a PDF file, last accessed on November 15, 2023, available at https://bit.ly/3upocDJ.

14. Exhibit L is a true and correct copy of an excerpt of a document from The University of Texas at Austin, dated December 31, 2019, entitled "Report to the Governor, the Lieutenant Governor, and the Speaker of the House of Representatives on the Implementation of SB 175, 81st Legislature for the Period Ending Fall 2019," downloaded as a PDF file, last accessed on November 15, 2023, available at https://bit.ly/40HhHbt.

15. Exhibit M is a true and correct copy of an excerpt of a document from The University of Texas at Austin, dated December 31, 2016, entitled "Report to the Governor, the Lieutenant Governor, and the Speaker of the House of Representatives on the Implementation of SB 175, 81st Legislature for the Period Ending Fall 2016," downloaded as a PDF file, last accessed on November 15, 2023, available at https://bit.ly/3G1LX7r.

16. Exhibit N is a true and correct copy of an excerpt of a document from The University of Texas at Austin, dated December 20, 2013, entitled "Report to the Governor, the Lieutenant Governor, and the Speaker of the House of Representatives on the Implementation of SB 175, 81st Legislature for the Period Ending Fall 2013," downloaded as a PDF file, last accessed on November 15, 2023, available at https://bit.ly/49Eo17N.

17. Exhibit O is a true and correct copy of a declaration of Edward J. Blum, which was executed on November 27, 2023.

18. Exhibit P is a true and correct copy of a declaration of one of SFFA's standing members (Standing Member 3), which was executed on November 22, 2023. SFFA has provided the unredacted version to UT and the Intervenors under the terms of this Court's Protective Order.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 27th day of November, 2023.          */s/ J. Michael Connolly*