# Exhibit E

**SFFA v. UT**
**Questions for UT**

1) Please explain how UT will handle racial data of applicants, including the importation of check-box racial data from Common App or other applications.
   a. Will this data be made available to *anyone* in the admissions office during the admissions cycle?
   b. If so, what use will be made of such data during the cycle?
   c. You have cited Tex. Educ. Code Section 51.403, but that provision only requires a description of "the composition of the institution's entering class of students." How is it necessary to make racial data available to the admissions office *during the admissions cycle*?
   d. What specific steps are being taken to prevent readers from accessing check-box information about applicants' racial identities?

2) How specifically has UT changed its admission procedures in response to the SCOTUS decision. Will UT share its current admissions guidance and training materials, reflecting changes made to comply with the decision?

3) To the extent UT applicants mention their race in their essays or short answers, what steps is UT taking to ensure that this information is not used to provide a preference based on race?

4) Please share the current short answer/essay prompts UT is using.

5) Will race be used as a factor in making financial aid awards or decisions?

6) Please confirm the date by which UT begins reviewing files.

1

1) Please explain how UT will handle racial data of applicants, including the importation of check-box racial data from Common App or other applications.

UT intends to continue to collect the "check-box" data on race and ethnicity from the Common App and Apply UT. This data will not be included in the applicant's file provided to the reviewers as part of the holistic review application process.

a. Will this data be made available to *anyone* in the admissions office during the admissions cycle?

Senior admissions officers have access to a "dashboard" of aggregated data showing numbers of persons who have applied to, been admitted to, and enrolled at UT. This dashboard information includes the aggregate percentages of race/ethnicity for each category: applied, admitted, and enrolled. The dashboard is updated daily and includes both current numbers and year-over-year changes. The "check-box" data is used to create this dashboard information, but the dashboard does not include identifying information, including race or ethnicity, for any individual applicant.

The check-box information is also part of each applicant's complete application file to which senior admissions officers have access (i.e., the superset of data from which the holistic review files are generated), but the check-box information will not be part of the holistic review file that is furnished in connection with holistic review scoring, and will not play a role in any other part of the process for deciding whether to grant or deny admission to a student. All admissions personnel will be advised that neither race nor ethnicity may be considered as a factor in scoring a file or making an admissions decision.

Admissions and other University staff responsible for recruitment of admitted students will continue to have access to the race/ethnicity of students who have been offered admission to UT.

b. If so, what use will be made of such data during the cycle?

The dashboard data is not used in the holistic review process. The data is used by the admissions office to track general trends in the student body to help assess and improve UT's efforts at recruitment,

enrollment, and retention and for purposes of compliance with mandatory reporting obligations.

In addition, admissions staff responsible for recruitment of admitted students will use data on race/ethnicity for outreach to encourage students from historically underrepresented communities to enroll, but the data on race/ethnicity would not be used in making admissions decisions in the first instance.

c.  You have cited Tex. Educ. Code Section 51.4032, but that provision only requires a description of "the composition of the institution's entering class of students." How is it necessary to make racial data available to the admissions office *during the admissions cycle*?

For the purposes described above in response to (1)(a) and (b).

d.  What specific steps are being taken to prevent readers from accessing check-box information about applicants' racial identities?

The application file provided to each file reviewer will not include the check-box information identifying the race or ethnicity of the applicant. The training for file reviewers will include instructions (i) not to consider the applicant's race or ethnicity, and (ii) not to review or consider any materials outside the application file.

2) How specifically has UT changed its admission procedures in response to the SCOTUS decision? Will UT share its current admissions guidance and training materials, reflecting changes made to comply with the decision?

UT has changed its admissions procedures to: (1) remove data on the applicant's race and ethnicity from the application files provided to reviewers during the holistic review process; (2) remove race and ethnicity as subfactors in the holistic review process; (3) instruct reviewers that an applicant's race and ethnicity cannot be considered in the holistic review process; (4) provide training to file reviewers on how to appropriately handle an applicant's self-disclosure of race or ethnicity in essays or other application materials; (5) during holistic review, supervise file reviewers and conduct quality checks to ensure compliance with these procedures; and (6) after close of the admissions cycle, conduct a review to evaluate the effectiveness of these changes.

UT will share admissions guidance and training materials for undergraduate admissions when available.

3) To the extent UT applicants mention their race in their essays or short answers, what steps is UT taking to ensure that this information is not used to provide a preference based on race?

UT will provide training to all file reviewers that they may not consider the applicant's race or ethnicity as a positive or negative factor or otherwise to treat any individual differently because of their race or ethnicity. UT will instruct file reviewers that any statements made by an applicant pertaining to their race or ethnicity may be considered only to the extent they give context or meaning to the applicant's skills, such as leadership, or qualities, such as overcoming adversity. During holistic review, file reviewers will be supervised to ensure compliance with these procedures.

4) Please share the current short answer/essay prompts UT is using.

**For all Schools/Colleges/Majors**

Prompt 1:
Tell us your story. What unique opportunities or challenges have you experienced throughout your high school career that have shaped who you are today?

Prompt 2:
Why are you interested in the major you indicated as your first-choice major?

Prompt 3:
Describe how your experiences, perspectives, talents, and/or your involvement in leadership activities (at your school, job, community or within your family) will help you to make an impact both in and out of the classroom while enrolled at UT.

Prompt 4:
The core purpose of The University of Texas at Austin is, "To Transform Lives for the Benefit of Society." Please share how you believe your experience at UT Austin will prepare you to "Change the World" after you graduate.

Prompt 5:

4

Optional: Please share background on events or special circumstances that you feel may have impacted your high school academic performance.

**For specific schools/colleges/majors:**

**Architecture:**
Inherent in the design disciplines the capacity to impact the world around us. What does the opportunity to develop such capacity mean to you and your approach to your college education? Please limit your response to 250-300 words.

Please provide and upload three images total that demonstrate your creativity. Then, describe how the three images are representative of how you see creativity as a way to describe, reflect on or change the world. Please limit your response to 50-75 words. The three images may all be of one option type or varied amongst the two following options: Option 1 – Either an original photograph or photographs from a camera, smart phone/mobile device. Option 2 – Images of an original art or design project that you have produced and authored yourself.

**College of Fine Arts – Music:**
Perform an audition or interview.

**College of Fine Arts - Art and Art History:**
In 500 words or less, please tell us about a time when an artwork, artist or art teacher impacted your life. How did this inspire you to pursue an education in the arts?
Studio Art or Art Education: Submit a portfolio.

**College of Fine Arts - Theatre and Dance:**
Acting and Dance - Audition; Theater and Dance - Audition or Portfolio; Theater Education – Interview

**College of Fine Arts - Design (BA/BFA):**
Submit response to the creative design prompt

**College of Nursing:**
Discuss the factors that have influenced your desire to pursue a career in Nursing.

**Radio TV Film:**
If you wish, you may submit either a video/short film or a written review/critique to support your application. This may be something you did for school or on your own. This is an opportunity to demonstrate your creative and artistic voice and show us your potential as an RTF student. The duration of the video should be no more than 5 minutes OR the review/critique should be no more than 500 words. Either item will be submitted within MyStatus after you have submitted your application.

5) Will race be used as a factor in making financial aid awards or decisions?

No.

6) Please confirm the date by which UT begins reviewing files.

September 15 is the target date to begin file review. October 1 is the latest date that file review must begin in order to meet the November 1 priority admissions deadline.