# Exhibit I















Case 1:20-cv-00763-RP Document 87-10 Filed 11/27/23 Page 9 of 11





