# Exhibit K

# The University of Texas at Austin
## Annual Data Report to the Texas Legislature on SB 175, 81st Legislature for the Period Ending Fall 2022
December 31, 2022

## Purpose:

Texas Education Code 51.803 mandates that The University of Texas at Austin deliver an annual data report to the Governor, Lieutenant Governor, and the Speaker of the House regarding progress in each of the following areas:

1. Increasing geographic diversity of the entering freshman class.
2. Counseling and outreach efforts aimed at students qualified for automatic admission under this section.
3. Recruiting Texas residents who graduate from other institutions of higher education to the university's graduate and professional degree programs.
4. Recruiting students who are members of underrepresented demographic segments of the state's population.
5. Assessing and improving the university's regional recruitment centers.

The information and data tables contained within this report are intended to summarize the components listed above, providing chief legislative officials with a streamlined method to view institutional progress. More detailed enrollment data is available through http://reports.utexas.edu.


## Summary of Strategies:

The Office of Admissions relies on the following primary strategies to successfully enroll students in accordance with institutional and state priorities:

- Develop a pipeline of likely admissible students to support enrollment of underrepresented students and enrollment in programs with historically low application rates.
- Establish authentic relationships with students and families as early as possible to cultivate their interest in The University by providing multiple opportunities (on-campus, in-community, and virtual) to connect with current students, faculty, alumni, and staff.
- Maintain a consistent stream of communications through multiple channels to prompt completion of requirements, build interest in UT, and motivate enrollment.
- Broadly collaborate to provide for a more impactful recruitment experience.

The tactics associated with these strategies have been implemented leveraging four regional admission centers, nearly 50 recruitment and communication staff, and over 100 student employees serving as Texas Student Recruiters and Texas Tour Guides. These efforts have demonstrated success in expanding the enrollment of first-time, full-time students each fall semester at The University of Texas, consistent with the requirements of SB 175.

# **Summary of Tables**

| Page | Table |
|---|---|
| 3 | 1.1: Admitted and Enrolled Distribution by TEA District Type |
| 5 | 1.2: Admitted and Enrolled Distribution by Regional Education Service Centers |
| 9 | 1.3: Fall 2021 Counts of Enrolled Freshmen who Received Institutional Grants and Scholarships by Education Service Center Regions |
| 9 | 1.4: Grants and Scholarships Offered and Awarded for 2020-2022 to Admitted and Enrolled Freshmen from Texas High Schools |
| 10 | 1.5: Admission and Enrollment of Students by Regional Education Service Centers and Automatic Admit Status |
| 12 | 1.6: Admission and Enrollment of Students by TEA District Type and Automatic Admit Status |
| 14 | 2.1: Interactions with All Prospective Students to Promote Application and Yield for Fall 2022 |
| 14 | 2.2: Communications with All Prospective Students to Promote Application and Yield for Fall 2022 |
| 14 | 2.3: Social Media Activity to Promote Application and Yield for Fall 2022 |
| 15 | 2.4: Summary Statistics of Students and Seniors Served by UT YEC |
| 15 | 2.5:  Summary Statistics of Applied, Admitted and Enrolled Applicants to UT from Schools Served by UT YEC |
| 15 | 3.1: Summary of Graduate and Professional Degree Programs Recruiting Fairs |
| 16 | 4.1: Admission and Enrollment of Students by Race/Ethnicity and Automatic Admit Status |
| 18 | 4.2: Admission and Enrollment of Students by Household Income |
| 20 | 4.3: Admission and Enrollment of Students by Highest Parental Educational Attainment |
| 22 | 4.4: Grants and Scholarships for 2022 Admitted and Enrolled First-Time-in-College students from Texas High Schools |
| 22 | 5.1: Current UT Regional Admission Centers and Regional Admissions Counselors |
| 22 | 5.2: Regional Applications, Admits, and Enrollment for Fall 2022 |
| 23 | 5.3: Regional Recruitment Events |

## Data Item 4: Recruiting Students who are Members of Underrepresented Demographic Segments of the State's Population

### Table 4.1: Admission and Enrollment of Students by Race/Ethnicity and Automatic Admit Status

2022 UT data from the Office of Admissions: AD_UNDG_APPS2 & AD_UNDG_PROFILES2 snapshots, accessed on 9/8/2022

Table 4.1a

| Admitted Students from Texas High Schools | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2020 | | | | | | 2021 | | | | | | 2022 | | | | | |
| | Top 6% | | Non Top 6% | | Total | | Top 6% | | Non Top 6% | | Total | | Top 6% | | Non Top 6% | | Total | |
| Race/Ethnicity | N | % | N | % | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| American Indian Or Alaska Native | 8 | < 1% | 5 | < 1% | 13 | < 1% | 12 | < 1% | 5 | < 1% | 17 | < 1% | 10 | < 1% | 9 | < 1% | 19 | < 1% |
| Asian | 2,661 | 24% | 937 | 25% | 3,598 | 24% | 2,877 | 25% | 795 | 20% | 3,672 | 24% | 3,066 | 26% | 814 | 21% | 3,880 | 25% |
| Black | 712 | 6% | 265 | 7% | 977 | 7% | 671 | 6% | 335 | 9% | 1,006 | 7% | 709 | 6% | 360 | 9% | 1,069 | 7% |
| Hispanic | 4,101 | 37% | 913 | 24% | 5,014 | 34% | 4,191 | 36% | 1,166 | 30% | 5,357 | 35% | 4,357 | 37% | 1,291 | 34% | 5,648 | 36% |
| International | 244 | 2% | 116 | 3% | 360 | 2% | 216 | 2% | 105 | 3% | 321 | 2% | 234 | 2% | 98 | 3% | 332 | 2% |
| Multiracial | 308 | 3% | 103 | 3% | 411 | 3% | 335 | 3% | 117 | 3% | 452 | 3% | 328 | 3% | 81 | 2% | 409 | 3% |
| Native Hawaiian Or Other Pacific Islander | 2 | < 1% | 2 | < 1% | 4 | < 1% | 4 | < 1% | 1 | < 1% | 5 | < 1% | 5 | < 1% | 4 | < 1% | 9 | < 1% |
| White Alone | 3,048 | 27% | 1,369 | 36% | 4,417 | 30% | 3,106 | 27% | 1,294 | 33% | 4,400 | 29% | 2,996 | 25% | 1,100 | 29% | 4,096 | 26% |
| Not Reported | 94 | < 1% | 74 | 2% | 168 | 1% | 118 | 1% | 69 | 2% | 187 | 1% | 180 | 2% | 76 | 2% | 256 | 2% |
| Total | 11,178 | 100% | 3,784 | 100% | 14,962 | 100% | 11,530 | 100% | 3,887 | 100% | 15,417 | 100% | 11,885 | 100% | 3,833 | 100% | 14,050 | 100% |

**Table 4.1b**

| Enrolled Students from Texas High Schools | | | | | | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 2020 | | | | | | 2021 | | | | | | 2022 | | | | | |
| | Top 6% | | Non Top 6% | | Total | | Top 6% | | Non Top 6% | | Total | | Top 6% | | Non Top 6% | | Total | |
| Race/Ethnicity | N | % | N | % | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| American Indian Or Alaska Native | 2 | < 1% | 4 | < 1% | 6 | < 1% | 4 | < 1% | 1 | < 1% | 5 | < 1% | 3 | < 1% | 6 | < 1% | 9 | < 1% |
| Asian | 1,397 | 27% | 589 | 25% | 1,986 | 26% | 1,568 | 29% | 548 | 22% | 2,116 | 27% | 1,642 | 30% | 574 | 22% | 2,216 | 28% |
| Black | 319 | 6% | 166 | 7% | 485 | 6% | 259 | 5% | 197 | 8% | 456 | 6% | 288 | 5% | 228 | 9% | 516 | 6% |
| Hispanic | 1,743 | 33% | 573 | 24% | 2,316 | 31% | 1,811 | 34% | 717 | 29% | 2,528 | 32% | 1,765 | 33% | 840 | 33% | 2,605 | 33% |
| International | 92 | 2% | 77 | 3% | 169 | 2% | 96 | 2% | 65 | 3% | 161 | 2% | 81 | 1% | 70 | 3% | 151 | 2% |
| Multiracial | 151 | 3% | 61 | 3% | 212 | 3% | 170 | 3% | 71 | 3% | 241 | 3% | 172 | 3% | 49 | 2% | 221 | 3% |
| Native Hawaiian Or Other Pacific Islander | 1 | < 1% | 0 | < 1% | 1 | < 1% | 2 | < 1% | 1 | < 1% | 3 | < 1% | 4 | < 1% | 2 | < 1% | 6 | < 1% |
| White Alone | 1,477 | 28% | 873 | 37% | 2,350 | 31% | 1,428 | 26% | 853 | 34% | 2,281 | 29% | 1,386 | 26% | 737 | 29% | 2,123 | 27% |
| Not Reported | 38 | < 1% | 30 | 1% | 68 | < 1% | 51 | < 1% | 43 | 2% | 94 | 1% | 84 | 2% | 49 | 2% | 133 | 2% |
| **Total** | **5,220** | **100%** | **2,373** | **100%** | **7,593** | **100%** | **5,389** | **100%** | **2,496** | **100%** | **7,885** | **100%** | **5,425** | **100%** | **2,555** | **100%** | **7,980** | **100%** |