# Exhibit L

# The University of Texas at Austin

## Report to the Governor, the Lieutenant Governor, and the Speaker of the House of Representatives on the Implementation of SB 175, 81st Legislature For the period ending Fall 2019

December 31, 2019

The University of Texas at Austin seeks to transform lives for the benefit of society and, in so doing, to contribute to the state's ability to maintain an educated workforce and citizenry. As the state's flagship institution, the university is committed to delivering an educational experience of the highest quality, which requires students learn within a diverse student body. The university's Diversity Statement states that "As The University of Texas at Austin strives to meet its mission of unlocking potential and preparing future leaders of the state, it embraces diversity in many forms."[1]

Through teaching and research, the university is a place where admitted students, adequately prepared and properly motivated, can receive a world-class education. By enrolling a student body that represents diversity broadly defined with students from all Texas regions, with different talents, interests and experiences, and from all races and ethnicities, and all income levels, the university helps the state to prepare a citizenry ready to address future demands and challenges.

UT has built effective systems and programs—enhanced by the work of dedicated educators and academic leaders—that make it possible for us to identify and enroll the brightest young Texans. The university continues to work toward its goals of excellence and diversity, and this annual report presents the efforts of the past year.

**BACKGROUND**

In the mid-1990s, the admissions landscape across the State of Texas changed as a result of legal challenges, primarily *Hopwood vs Texas*, to the university's admissions practices and policies. In response, the 75th Legislature adopted House Bill 588[2], which required public general academic institutions in Texas to automatically admit any student graduating in the top 10% from an accredited Texas high school.

The new admissions policy was successful in providing many Texas high school graduates an opportunity to obtain a higher education. The policy was especially effective at attracting Texas' top high school graduates to UT.

---

[1] Visit https://www.utexas.edu/about/diversity for additional information.
[2] Codified as Tex. Ed. Code § 51.801. See HB 588 at http://www.capitol.state.tx.us/tlodocs/75R/billtext/html/HB00588F.htm.

1

Over the ensuing decade, automatic admission to UT began to challenge the university's ability to manage enrollment in line with the capacity available to serve students, support timely graduation, and preserve the vibrant and diverse student population that is one of our academic hallmarks. As the percentage of automatically admitted students to UT increased, the admissions process was overwhelmed with more demand than the university could accommodate with the limitations on capacity.

In 2009, the 81st Legislature acknowledged the need for flexibility in university admissions at UT. Senate Bill 175[3] modified the automatic admissions law to allow UT to limit the number of automatically admitted students to 75% of the freshmen admitted from Texas high schools. Beginning with fall 2011, SB 175 required UT to make a good faith effort to fill at least 75% of spaces designated for admitted Texas students through automatic admission. To provide adequate notice to prospective applicants, SB 175 requires UT to inform high school students of the rank they will need for automatic admission two years before they will enroll as college freshmen.

Since the implementation of SB 175, UT has made great efforts to provide a stable admissions environment for high school students seeking admission to UT. When implemented in 2011, SB 175 offered flexibility to help the university meet the requirements of the state's automatic admission statutes. Since then, the university has increased the size of its entering freshman class, expanding access to students from across the state. But continued population growth in Texas, especially in the number of Texas high school graduates, combined with limits on the university's ability to continue to expand further the size of the student body, impacted the university's ability to maintain this balance between access and the quality of education and high level of student success.

The table below offers a history of automatic admission at UT.

| A History of Automatic Admission at UT | | | |
|---|---|---|---|
| Announcement | Admitted Class | Rank Needed for Auto Admission | Percentage of Class Automatically Admitted |
| NA | 2010 | Top 10% (pre-SB 175) | 87% |
| Sept. 2009 | 2011 | Top 8% | 77% |
| Sept. 2010 | 2012 | Top 9% | 78% |
| Sept. 2011 | 2013 | Top 8% | 80% |
| Sept. 2012 | 2014 | Top 7% | 73% |
| Sept. 2013 | 2015 | Top 7% | 75% |
| Sept. 2014 | 2016 | Top 8% | 76% |
| Sept. 2015 | 2017 | Top 7% | 75% |
| Sept. 2016 | 2018 | Top 7% | 75% |
| Sept. 2017 | 2019 | Top 6% | 75% |
| Sept. 2018 | 2020 | Top 6% | Applied Aug. 1 – Dec. 1, 2019; decisions to be delivered by Mar. 1, 2020 |
| Sept. 2019 | 2021 | Top 6% | Will apply beginning Aug. 1, 2020 |

---

[3] Codified as Tex. Ed. Code § 51.803. See SB 175 at http://www.capitol.state.tx.us/tlodocs/81R/billtext/pdf/SB00175F.pdf#navpanes=0.

UT admitted 75% of the incoming fall 2019 class from Texas high schools through automatic admission. Office of Admissions data indicates that 10,542 of the 14,050 Texas high school applicants who were offered admission for summer/fall 2019 were automatically admitted. Much of this success can be attributed to ongoing initiatives aimed at recruiting automatically admissible and underrepresented students. Efforts to enhance collaboration among recruiters across campus and beyond have also helped to recruit, admit and yield a diverse and highly qualified student population from across the state.

In this report, admitted students include only those who graduate from Texas high schools and are offered admission to UT as first-time freshmen, regardless of whether they accept the university's offer and enroll. Enrolled students are those admitted students from Texas high schools who accept admission and are in classes as first-time freshmen on the 12th class day of the fall semester. These numbers do not include students offered participation or enrolling in PACE, the university's co-enrollment program with Austin Community College.

Pursuant to the reporting requirements of SB 175, this 2019 report provides updates about the efforts UT has made in the five areas specified in the legislation.

**1. Increasing geographic diversity of the entering freshman class.[4]**

UT works to serve students, families, and schools from across the state. Section 1 of this report (pages 5-19) includes information about:
- Admitted and enrolled students and high schools based on TEA district type (Table 1.1)
- Admitted and enrolled students and high schools within each of the state's Education Service Centers (ESCs) (Table 1.2)
- Scholarships and grants funded by the university by ESCs (Figure 1.3 and Table 1.4)
- Numbers and percentages of admitted and enrolled students (automatically admitted and non-automatically admitted) by ESCs (Table 1.5)
- Numbers and percentages of admitted and enrolled students (automatically admitted and non-automatically admitted) by TEA district type (Table 1.6)

**2. Counseling and outreach efforts aimed at students qualified for automatic admissions.**

Many of UT's recruitment and yield efforts focus on students who are eligible for automatic admission. Section 2 of this report (pages 20-27) includes information about:
- Recruitment and yield activities and collaborative efforts among academic and administrative units that target automatically admissible students
- On-campus and regional events (Table 2.1)
- UT's outreach efforts coordinated by the Division of Diversity and Community Engagement
- OnRamps, an innovative dual-enrollment program that serves thousands of Texas students

---

[4] This report's section subheadings mirror SB 175 wording.

3

**3. Recruiting Texas residents who graduate from other institutions of higher education to the university's graduate and professional degree programs.**

UT's Graduate School recruits students from across the state for the university's graduate programs. Section 3 of this report (pages 28-30) provides information about:
- Graduate School outreach activities (Table 3.1)
- Recruiting fairs attended (Table 3.2)
- Graduate fellowships in South Texas and West Texas

**4. Recruiting students who are members of underrepresented demographic segments of the state's population.**

UT works diligently to recruit various student populations across the state by offering information about admissions, visit/event opportunities, and information about financial aid, scholarships and success initiatives. Section 4 of this report (pages 31-39) provides information about:
- Race/Ethnicity of admitted and enrolled students (auto admits and non-auto admits) (Table 4.1)
- Household income of admitted and enrolled students (auto admits and non-auto admits) (Table 4.2)
- Highest parental educational attainment (auto admits and non-auto admits) (Table 4.3)
- Overview of efforts to recruit underrepresented students
- An overview of programs designed to address affordability, including Table 4.1 and information about grants and awards that are part of the Texas Advance Commitment

**5. Assessing and improving the university's regional recruitment centers.**

UT's presence across the state makes it possible to provide events and services for prospective students and their families. Each year, the Office of Admissions analyzes its efforts to work with local schools to provide the services that meet the needs of the families and students within each region. Section 5 of this report (pages 40-41) provides information about:
- Statewide and regional efforts by UT admissions counselors
- Data about recruitment activities, such as high school visits and college fairs

UT Austin is committed to the goals of excellence and diversity. Indeed, excellence cannot be achieved without a diverse student body, whose exceptional talent and achievements define our university. As President Gregory L. Fenves said, "Our commitment to diversity and inclusion is a fundamental part of our public mission. When UT students receive the educational benefits of diversity, they are better prepared to thrive in a society that is enriched by collaboration among people of all backgrounds."

The SB 175 reports the university submitted in previous years are posted online at https://provost.utexas.edu/enrollment-management/admissions-research .

_____

The remainder of this report describes the work of the university to address the goals, objectives, and spirit engendered in SB 175.

## 4. Recruiting Undergraduate Students
**"Recruiting students who are members of underrepresented demographic segments of the state's population"**

The University of Texas at Austin is committed to recruiting, admitting, enrolling and graduating students from underrepresented segments of the state's population. Expanding access and improving success rates requires campus-wide collaboration, including efforts by the Office of Admissions, the university's academic departments, the Office of Scholarships and Financial Aid, Student Success Initiatives and on-campus units that support enrolled students.

During the 2019 recruiting, application and admissions cycles, the Office of Admissions enhanced recruitment of students from underrepresented backgrounds. As a reflection of UT's commitment to upward mobility, diversity broadly defined and strong commitment to students across all of Texas, the university created a new position within the Office of Admissions—the Director of Recruitment—was added to enhance recruitment efforts. Additionally, new and expanded initiatives were put into place, including the following:

- New partnerships were established as a result of the establishment of our Community Based Organization Advisory Board, which helped us to better gain insight into the challenges facing the students and schools the Office of Admissions serves.
- Texas Student Recruiters, created in 2017-2018 and expanded in 2018-2019, is a team of currently enrolled students who actively engage with prospective students by phone, electronically and in person. The initiative makes it easy for prospective students to obtain student insight and information from the perspective of a real UT student.
- Becoming a Longhorn, informational sessions introducing the application process to rising seniors and their families, were introduced in both English and Spanish.
- Revamped and expanded Longhorn Excellence and Discovery (LEAD) is a spring event for highly recruited students that provides valuable exposure to campus leaders, academic departments and student panels.
- Multiple alumni dinners across the state were held to connect prospective students with alumni.
- Expanded Longhorn Legacy, events in Houston, Dallas, and Austin were developed in partnership with the Division of Diversity and Community Engagement (DDCE) to provide an opportunity for prospective and admitted students and their families to interact with university administrators, alumni, and currently enrolled students.
- Expanded Longhorn Legacy events in Houston, Dallas, San Antonio and the Rio Grande Valley were developed to provide an opportunity for high school juniors, prospective and admitted high school seniors, and their families to interact with university administrators, alumni, and currently enrolled students.
- An inaugural First-Generation Luncheon was hosted in Brownsville for juniors and seniors who identified as first-generation college students.
- Expanded Longhorn for a Day bus trips from Houston, Dallas and the Valley were offered and included transportation for both prospective students and a parent.

Communications to underrepresented students and their families also helps to engage families in the recruitment and enrollment process and to articulate the university's commitment to enhancing diversity within our student body. The Office of Admissions and academic departments also create, schedule and distribute emails to prospective students about academic offerings and events. During the

2018-2019 cycle an emphasis was made on mailing printed materials to both the students and their families. Admissions also supports academic recruiting efforts by helping college/school teams encourage participation from underrepresented populations and from students who are likely to be eligible for automatic admission.

Many of UT's academic departments directly recruit prospective students to apply to and enroll in their undergraduate majors. In addition, the university's colleges and schools have a long history of conducting programs designed to encourage leaders from underrepresented populations to pursue higher education. An example of such a program is Subiendo: The Academy for Rising Leaders, a five-day summer leadership program sponsored by the McCombs School of Business. Created in 2010, the program prepares tomorrow's leaders to address the needs of the next generation. Since its creation more than 700 Texas high school seniors, interested in pursuing careers in business as well as other areas, have taken part in Subiendo's leadership training and communication workshops, learning networking skills and using project based learning to study issues in various policy areas. Subiendo involves collaboration and cooperation with current undergraduate and graduate students who mentor participants, alumni, community volunteers, policy makers, and business leaders as well as community partnerships with people and established organizations.

**Admitted and Enrolled Students from Underrepresented Populations**

The information in the following tables provides numbers for admitted and enrolled students from Texas high schools for 2017, 2018, and 2019, including numbers and percentages for students who are eligible for automatic admission to the university. The tables illustrate admitted and enrolled students by race and ethnicity (based on the THECB's reporting methodology in Table 4.1), household income (Table 4.2), and highest parental educational attainment (Table 4.3).

**Table 4.1: Distribution by Race/Ethnicity (using THECB Methodology) and Automatic Admission Status**

Table 4.1a

| | 2017 Admitted Students | | | | | | 2018 Admitted Students | | | | | | 2019 Admitted Students | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Top 7% | | Non-Top 7% | | Total | | Top 7% | | Non-Top 7% | | Total | | Top 6% | | Non-Top 6% | | Total | |
| Race/Ethnicity | N | % | N | % | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| American Indian or Alaskan Native | 17 | <1% | 10 | <1% | 27 | <1% | 10 | <1% | 6 | <1% | 16 | <1% | 6 | <1% | 4 | <1% | 10 | <1% |
| Asian | 2342 | 21% | 794 | 22% | 3136 | 21% | 2667 | 23% | 925 | 23% | 3592 | 23% | 2537 | 24% | 831 | 24% | 3368 | 24% |
| Black | 667 | 6% | 247 | 7% | 914 | 6% | 723 | 6% | 253 | 6% | 976 | 6% | 594 | 6% | 223 | 6% | 817 | 6% |
| Foreign | 326 | 3% | 83 | 2% | 409 | 3% | 287 | 2% | 91 | 2% | 378 | 2% | 249 | 2% | 81 | 2% | 330 | 2% |
| Hispanic | 3843 | 34% | 727 | 20% | 4570 | 31% | 4140 | 35% | 778 | 20% | 4918 | 31% | 3761 | 36% | 761 | 22% | 4522 | 32% |
| Native Hawaiian or Other Pacific Islander | 8 | <1% | 2 | <1% | 10 | <1% | 7 | <1% | 0 | <1% | 7 | <1% | 6 | <1% | 1 | <1% | 7 | <1% |
| White | 3671 | 33% | 1649 | 45% | 5320 | 36% | 3542 | 30% | 1736 | 44% | 5278 | 34% | 3033 | 29% | 1456 | 42% | 4489 | 32% |
| Multiracial | 286 | 3% | 126 | 3% | 412 | 3% | 308 | 3% | 122 | 3% | 430 | 3% | 311 | 3% | 115 | 3% | 426 | 3% |
| Not Reported | 46 | <1% | 41 | 1% | 87 | 1% | 55 | <1% | 48 | 1% | 103 | 1% | 45 | <1% | 36 | 1% | 81 | 1% |
| Total | 11206 | 100% | 3679 | 100% | 14885 | 100% | 11739 | 100% | 3959 | 100% | 15698 | 100% | 10542 | 100% | 3508 | 100% | 14050 | 100% |

Note: Race/Ethnicity statistics based on student-reported data from the freshman admissions application. Source: The University of Texas, Enrollment Analytics.

Table 4.1b

| | 2017 Enrolled Students | | | | | | 2018 Enrolled Students | | | | | | 2019 Enrolled Students | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Top 7% | | Non-Top 7% | | Total | | Top 7% | | Non-Top 7% | | Total | | Top 6% | | Non-Top 6% | | Total | |
| Race/Ethnicity | N | % | N | % | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| American Indian or Alaskan Native | 8 | <1% | 5 | <1% | 13 | <1% | 3 | <1% | 4 | <1% | 7 | <1% | 3 | <1% | 3 | <1% | 6 | <1% |
| Asian | 1198 | 24% | 473 | 21% | 1671 | 23% | 1423 | 27% | 606 | 25% | 2029 | 26% | 1323 | 27% | 580 | 25% | 1903 | 26% |
| Black | 268 | 5% | 151 | 7% | 419 | 6% | 310 | 6% | 147 | 6% | 457 | 6% | 249 | 5% | 126 | 5% | 375 | 5% |
| Foreign | 131 | 3% | 63 | 3% | 194 | 3% | 113 | 2% | 67 | 3% | 180 | 2% | 101 | 2% | 52 | 2% | 153 | 2% |
| Hispanic | 1529 | 30% | 453 | 20% | 1982 | 27% | 1585 | 30% | 475 | 19% | 2060 | 26% | 1556 | 32% | 483 | 21% | 2039 | 28% |
| Native Hawaiian or Other Pacific Islander | 6 | <1% | 1 | <1% | 7 | <1% | 3 | <1% | 0 | <1% | 3 | <1% | 4 | <1% | 1 | <1% | 5 | <1% |
| White | 1770 | 35% | 1020 | 45% | 2790 | 38% | 1734 | 32% | 1045 | 43% | 2779 | 36% | 1491 | 30% | 1006 | 43% | 2497 | 34% |
| Multiracial | 126 | 2% | 78 | 3% | 204 | 3% | 155 | 3% | 73 | 3% | 228 | 3% | 162 | 3% | 68 | 3% | 230 | 3% |
| Not Reported | 20 | <1% | 23 | 1% | 43 | 1% | 27 | 1% | 32 | 1% | 59 | 1% | 19 | <1% | 20 | 1% | 39 | 1% |
| Total | 5056 | 100% | 2267 | 100% | 7323 | 100% | 5353 | 100% | 2449 | 100% | 7802 | 100% | 4908 | 100% | 2339 | 100% | 7247 | 100% |

Note: Race/Ethnicity statistics based on student-reported data from the freshman admissions application. Source: The University of Texas, Enrollment Analytics.