# Exhibit M

# The University of Texas at Austin

## Report to the Governor, the Lieutenant Governor, and the Speaker of the House of Representatives on the Implementation of SB 175, 81st Legislature For the period ending Fall 2016

December 31, 2016

As the state's flagship, The University of Texas at Austin seeks to transform lives for the benefit of society and, in so doing, to contribute to the state's ability to maintain an educated workforce and populace. The university is committed to delivering an educational experience of the highest quality, which requires exposure to a diverse student body.

A diverse educational environment serves all Texans. Through teaching and research, the university is a place where any Texan, adequately prepared and properly motivated, can receive a world-class education. By enrolling a population that represents all geographic regions, all races and ethnicities, and all income levels, the university helps the state to establish a citizenry ready to deal with future demands and challenges.

The University of Texas at Austin has built effective systems and programs—enhanced by the work of dedicated educators and administrators—that make it possible for us to identify and enroll the best and brightest young Texans. This report is one in a series that offers evidence of the progress the university has made through these efforts in meeting its goals of diversity and excellence, and of the continuing work yet to be accomplished.

BACKGROUND

In the mid-1990s, the admissions landscape across Texas changed as a result of legal challenges, primarily *Hopwood vs Texas*, to the university's admissions practices and policies. In response to this new environment, the 75th Legislature adopted House Bill 588[1], which required public general academic institutions across Texas to automatically admit any student graduating in the top 10% from an accredited Texas high school.

Texas' new admissions policy was successful in providing many Texas high school graduates an opportunity to obtain a higher education at Texas' top institutions. The policy was especially effective at attracting Texas' top high school graduates to UT Austin.

Over the ensuing decade, the appeal of automatic admission to UT Austin for so many Texas students began to challenge the university's ability to manage enrollment and to preserve the vibrant and diverse student population that is one of our academic hallmarks. As the percentage of automatically admitted

---

[1] Codified as Tex. Ed. Code § 51.801. See HB 588 at
http://www.capitol.state.tx.us/tlodocs/75R/billtext/html/HB00588F.htm.

students to UT Austin increased, the admissions process was overwhelmed, leaving UT Austin with little capacity to shape the entering class in ways that benefit all students and the people of Texas.

In 2009, the 81st Legislature acknowledged the need for flexibility in university admissions at UT Austin. Senate Bill 175[2] modified the automatic admissions law to allow UT Austin to limit the number of automatically admitted students to 75% of the freshmen admitted from Texas high schools. Beginning with fall 2011, SB 175 required UT Austin to make a good faith effort to fill 75% of spaces designated for admitted Texas students through automatic admission. To provide adequate notice to prospective applicants, SB 175 requires UT Austin to inform high school juniors two years before they enroll of the rank they will need for automatic admission.

Since the implementation of SB 175, UT Austin has made great efforts to provide a stable admissions environment for high school students seeking admission to UT Austin. The flexibility that SB 175 provides allows the university to balance the state's automatic admissions policy with the need to manage enrollment in a way that preserves the diverse academic environment that is so critical to the success of the university.

The information below offers a recent history of UT Austin's use of automatic admission.

| A History of Automatic Admission at UT Austin | | | |
|---|---|---|---|
| Announcement | Incoming Class | Rank Needed for Auto Admission | Percentage of Class Automatically Admitted |
| NA | 2010 | Top 10% (pre-SB 175) | 87% |
| Sept. 2009 | 2011 | Top 8% | 77% |
| Sept. 2010 | 2012 | Top 9% | 78% |
| Sept. 2011 | 2013 | Top 8% | 80% |
| Sept. 2012 | 2014 | Top 7% | 73% |
| Sept. 2013 | 2015 | Top 7% | 75% |
| Sept. 2014 | 2016 | Top 8% | 76% |
| Sept. 2015 | 2017 | Top 7% | Applied Aug. 1 – Dec. 1, 2016: decisions to be delivered by Mar. 1, 2017 |
| Sept. 2016 | 2018 | Top 7% | Will apply between Aug. 1 and Dec. 1, 2017 |

UT Austin admitted 76.4% of the incoming fall 2016 class through automatic admission. Office of Admissions data indicates that 11,714 of the 15,335 Texas applicants who were offered admission for summer/fall 2016 were automatically admitted. Much of this success can be attributed to ongoing initiatives aimed at recruiting automatically admissible and underrepresented students, including the Texas Advance initiative which awards scholarships to qualified applicants from underrepresented populations and invites students to participate in academic learning communities. Efforts to enhance collaboration among recruiters across campus and beyond have also helped to recruit, admit and yield a diverse and highly qualified student population from across the state.

---

[2] Codified as Tex. Ed. Code § 51.803. See SB 175 at
http://www.capitol.state.tx.us/tlodocs/81R/billtext/pdf/SB00175F.pdf#navpanes=0.

For purposes of this report, admitted students are those who are offered admission to UT Austin as first-time freshmen, regardless of whether they accept the university's offer and enroll. Enrolled students are those admitted students who accept admission and are enrolled in classes as first-time freshmen on the 12th class day of the fall semester.

Pursuant to the reporting requirements of SB 175, this 2016 report provides updates about the efforts UT Austin has made in the five areas specified in the legislation.

**1. Increasing geographic diversity of the entering freshman class.**

Admission and enrollment percentages at The University of Texas at Austin from across geographic areas continue to remain relatively stable. No Texas Education Agency (TEA) district type (see page 6 for information about district types) saw more than a 2% fluctuation in either admitted or enrolled students over the last three years. The percentage of admitted and enrolled students from non-metropolitan TEA districts also remained stable across district types, while metropolitan districts continued to supply the largest percentage of both admitted and enrolled students, reflecting the continued growth of the state's urban and suburban areas.

**2. Counseling and outreach efforts aimed at students qualified for automatic admissions.**

The University of Texas at Austin participates in college fairs and visits high schools throughout the state to inform eligible students about automatic admission to the university. In addition to emphasizing the value of attending UT Austin, information sessions held on and off campus provide students and families with information about application requirements and point them to the online resources and tools that can help them to complete the application process successfully. During the 2016 application and admissions cycle, university personnel participated in nearly 1,800 high school visits at 700+ schools, more than 800 college fairs, and more than 1,200 information sessions.

The Texas Advance initiative also supports efforts to recruit and enroll students eligible for automatic admission. In 2016, 930 enrolling students—95% of whom were automatically admitted—received Texas Advance awards.

UT Austin's Division of Diversity and Community Engagement (DDCE) serves 50 Texas high schools through the University Outreach Centers and 21 through Advise Texas. The combined efforts of these two programs support tens of thousands of students, including more than 10,000 high school seniors. When considered collectively, University Outreach and Advise Texas along with our Pre-College Academic Readiness Programs helped 406 students to enroll at UT Austin in 2016.

**3. Recruiting Texas residents who graduate from other institutions of higher education to the university's graduate and professional degree programs.**

Among the 2,859 graduate students who enrolled at The University of Texas at Austin for the first-time in fall 2016, Texas residents made up the largest portion, 39%, compared with 33% from out of state and 28% from outside the U.S. Specific recruiting efforts included attending graduate school fairs in the southern and western parts of the state. UT staff attended 14 graduate recruiting fairs in the state and continued to offer fellowships for Texas residents, including some targeting South Texas and West Texas students.

**4. Recruiting students who are members of underrepresented demographic segments of the state's population.**

Over time, The University of Texas at Austin's efforts to recruit members of underrepresented demographic segments of the state's population has helped to reshape the racial/ethnic makeup of the university's admitted freshman class in some ways. For 2016 the percentage of admitted Hispanic freshmen rose to 30%, up two percentage points from 28% in 2015. The percentage of admitted Black students remained steady at 6%. For admitted Asian and White students, the percentage of admitted students decreased one percentage point, from 22% to 21% for Asian students and from 37% to 36% for White students.

Since 2014 the university has supported efforts to encourage application and enrollment from under-resourced, and in turn underrepresented, populations through promotion of the Texas Advance initiative. Representatives from the Office of Admissions and DDCE work diligently to inform prospective students, their families, and local educators of the benefits available to students.

Among the 930 Texas Advance recipients who enrolled in the fall of 2016, 48% were Hispanic students and 13% were African American. The initiative also seeks to provide scholarship funds to financially needy and first-generation students. In the 2016 class, 79% of Texas Advance recipients were from households with annual incomes below $60,000 and 65% come from households where neither parent has earned a bachelor's degree or higher. Applicants offered Texas Advance awards enrolled at a rate of 63%—well above the 45% for the entire entering class.

UT Austin also remains committed to admitting the best students in Texas. The university's on-campus and regional resources, services, events, and activities serve all prospective students. UT Austin regularly invites students from underrepresented populations who are not eligible for automatic admission to take part in the recruiting events held on campus and throughout the state.

Over the last few years, UT Austin's use of financial aid has also evolved as the Office of Financial Aid works to award scholarship and other aid in ways that help to recruit and enroll students. During the planning stages for the Texas Advance initiative, the strategic use of scholarships emerged as a major component in the university's efforts to improve admission and yield for under-resourced and underrepresented populations. The University awards scholarship aid to the neediest students in amounts that supplement the grant aid they receive from the state and federal government.

**5. Assessing and improving the university's regional recruitment centers.**

The University of Texas at Austin's presence across the state makes it possible to provide events and services for prospective students and their families. Each year, the Office of Admissions analyzes its efforts to work with local schools, families, and alumni and works to provide the services that meet the needs of the families and students within each region.

_____

The remainder of this report describes the work of four University offices to address the goals, objectives, and spirit engendered in SB 175: the Office of Admissions, DDCE, the Office of Financial Aid, and the Graduate School.

UT Austin is committed to the twin goals of diversity and excellence. Indeed we know that the latter cannot be achieved without the former, and a university of the first class cannot compromise either goal.

The SB 175 reports the university submitted in previous years are posted online at http://admissions.utexas.edu/reports.

## 4. Recruiting Underrepresented Demographics
"Recruiting students who are members of underrepresented demographic segments of the state's population"

**Sources and Definitions of Data**

As the Office of Admissions collects and maintains data about students who apply to, are admitted to, and enroll in The University of Texas at Austin, it also secures information about the high schools students attend as well as the types of communities and the regions of the state in which those high schools are located. For purposes of this report, admitted students are those who are offered admission to the university as first-time freshmen, regardless of whether they accept the university's offer and enroll. Enrolled students are those admitted students who accept admission and are enrolled in classes as first-time freshmen on the 12th class day of the fall semester.

Recruiting students for the university involves collaborative efforts among the Office of Admissions, the university's academic programs and departments, the Office of Financial Aid and the on-campus units that provide support for enrolled students. Representatives from the university's colleges and schools, for example, participate in admissions recruiting events on campus and attend regional events to provide prospective students and families with specific information about undergraduate majors and about the services and resources available on campus to help students succeed. In addition many academic departments interact with prospective students on their own and invite students to local events and to programs on campus designed to encourage the development of leadership skills and a college-going mindset among underrepresented populations.

**Admitted and Enrolled Students from Underrepresented Populations (Descriptive Statistics)**

The information in the following tables provides numbers for admitted and enrolled students for 2014, 2015, and 2016, including numbers and percentages for students who are eligible for automatic admission to the university. Percentages shown in Table 4.1 are rounded to the nearest whole number. The tables illustrate admitted and enrolled students by race and ethnicity (based on the state's reporting methodology in Table 4.1), household income (Table 4.2), and highest parental educational attainment (Table 4.3).

Race/Ethnicity, income, and parental education statistics are based on student-reported data from the ApplyTexas freshman application. (ApplyTexas is the state-mandated common application that students use to apply to colleges and universities in Texas.)

**Table 4.1: Distribution by Race/Ethnicity (using State Methodology) and Automatic Admission Status**

| | 2014 Admitted Students | | | | | | 2015 Admitted Students | | | | | | 2016 Admitted Students | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Top 7% | | Non-Top 7% | | Total | | Top 7% | | Non-Top 7% | | Total | | Top 8% | | Non-Top 8% | | Total | |
| Race/Ethnicity | N | % | N | % | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| American Indian or Alaskan Native | 8 | <1% | 4 | <1% | 12 | <1% | 10 | <1% | 7 | <1% | 17 | <1% | 13 | <1% | 10 | <1% | 23 | <1% |
| Asian | 1996 | 22% | 675 | 20% | 2671 | 22% | 2081 | 21% | 843 | 25% | 2924 | 22% | 2414 | 21% | 828 | 23% | 3242 | 21% |
| Black | 492 | 5% | 153 | 5% | 645 | 5% | 669 | 7% | 143 | 4% | 812 | 6% | 692 | 6% | 201 | 6% | 893 | 6% |
| Foreign | 263 | 3% | 60 | 2% | 323 | 3% | 304 | 3% | 85 | 3% | 389 | 3% | 350 | 3% | 85 | 2% | 435 | 3% |
| Hispanic | 2722 | 30% | 479 | 14% | 3201 | 26% | 3332 | 33% | 477 | 14% | 3809 | 28% | 4002 | 34% | 611 | 17% | 4613 | 30% |
| Native Hawaiian or Other Pacific Islander | 11 | <1% | 4 | <1% | 15 | <1% | 13 | <1% | 6 | <1% | 19 | <1% | 10 | <1% | 2 | <1% | 12 | <1% |
| White | 3193 | 36% | 1873 | 55% | 5066 | 41% | 3386 | 34% | 1616 | 49% | 5002 | 37% | 3845 | 33% | 1700 | 47% | 5545 | 36% |
| Multiracial | 238 | 3% | 108 | 3% | 346 | 3% | 240 | 2% | 110 | 3% | 350 | 3% | 312 | 3% | 126 | 3% | 438 | 3% |
| Not Reported | 56 | 1% | 44 | 1% | 100 | 1% | 57 | 1% | 37 | 1% | 94 | 1% | 76 | 1% | 58 | 2% | 134 | 1% |
| Total | 8979 | 100% | 3400 | 100% | 12379 | 100% | 10092 | 100% | 3324 | 100% | 13416 | 100% | 11714 | 100% | 3621 | 100% | 15335 | 100% |

| | 2014 Enrolled Students | | | | | | 2015 Enrolled Students | | | | | | 2016 Enrolled Students | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Top 7% | | Non-Top 7% | | Total | | Top 7% | | Non-Top 7% | | Total | | Top 8% | | Non-Top 8% | | Total | |
| Race/Ethnicity | N | % | N | % | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| American Indian or Alaskan Native | 2 | <1% | 1 | <1% | 3 | <1% | 2 | <1% | 5 | <1% | 7 | <1% | 4 | <1% | 10 | <1% | 14 | <1% |
| Asian | 1093 | 25% | 432 | 21% | 1525 | 24% | 1129 | 24% | 495 | 25% | 1624 | 24% | 1262 | 23% | 500 | 23% | 1762 | 23% |
| Black | 192 | 4% | 81 | 4% | 273 | 4% | 287 | 6% | 83 | 4% | 370 | 6% | 292 | 5% | 125 | 6% | 417 | 5% |
| Foreign | 119 | 3% | 37 | 2% | 156 | 2% | 135 | 3% | 54 | 3% | 189 | 3% | 140 | 3% | 64 | 3% | 204 | 3% |
| Hispanic | 1132 | 26% | 278 | 13% | 1410 | 22% | 1359 | 28% | 272 | 14% | 1631 | 24% | 1630 | 30% | 380 | 17% | 2010 | 26% |
| Native Hawaiian or Other Pacific Islander | 7 | <1% | 3 | <1% | 10 | <1% | 5 | <1% | 4 | <1% | 9 | <1% | 7 | <1% | 2 | <1% | 9 | <1% |
| White | 1615 | 37% | 1150 | 56% | 2765 | 43% | 1699 | 36% | 968 | 49% | 2667 | 40% | 1911 | 35% | 1007 | 46% | 2918 | 38% |
| Multiracial | 121 | 3% | 59 | 3% | 180 | 3% | 122 | 3% | 59 | 3% | 181 | 3% | 147 | 3% | 77 | 3% | 224 | 3% |
| Not Reported | 29 | 1% | 20 | 1% | 49 | 1% | 31 | 1% | 16 | 1% | 47 | 1% | 36 | 1% | 43 | 2% | 79 | 1% |
| Total | 4310 | 100% | 2061 | 100% | 6371 | 100% | 4769 | 100% | 1956 | 100% | 6725 | 100% | 5429 | 100% | 2208 | 100% | 7637 | 100% |

Source: The University of Texas, Enrollment Analytics

Table 4.2: Distribution by Household Income and Automatic Admission Status

| | 2014 Admitted Students | | | | | | 2015 Admitted Students | | | | | | 2016 Admitted Students | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Top 7% | | Non-Top 7% | | Total | | Top 7% | | Non-Top 7% | | Total | | Top 8% | | Non-Top 8% | | Total | |
| Household Income / per year | N | % | N | % | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| Less Than $20,000 | 696 | 8% | 82 | 2% | 778 | 6% | 784 | 8% | 80 | 2% | 864 | 6% | 857 | 7% | 93 | 3% | 950 | 6% |
| $20,000 - $39,9999 | 1059 | 12% | 164 | 5% | 1223 | 10% | 1325 | 13% | 134 | 4% | 1459 | 11% | 1499 | 3% | 141 | 4% | 1640 | 11% |
| $40,000 - $59,999 | 970 | 11% | 184 | 5% | 1154 | 9% | 1063 | 11% | 159 | 5% | 1222 | 9% | 1204 | 10% | 193 | 5% | 1397 | 9% |
| $60,000 - $79,999 | 772 | 9% | 174 | 5% | 946 | 8% | 840 | 8% | 162 | 5% | 1002 | 7% | 917 | 8% | 182 | 5% | 1099 | 7% |
| $80,000 - $99,999 | 703 | 8% | 198 | 6% | 901 | 7% | 808 | 8% | 195 | 6% | 1003 | 7% | 845 | 7% | 173 | 5% | 1018 | 7% |
| $100,000 - $149,999 | 1353 | 15% | 518 | 15% | 1871 | 15% | 1518 | 15% | 557 | 17% | 2075 | 15% | 1750 | 15% | 528 | 15% | 2278 | 15% |
| $150,000 - $199,999 | 743 | 8% | 360 | 11% | 1103 | 9% | 762 | 8% | 318 | 10% | 1080 | 8% | 946 | 8% | 378 | 10% | 1324 | 9% |
| More than $200,000 | 1093 | 12% | 880 | 26% | 1973 | 16% | 1234 | 12% | 873 | 26% | 2107 | 16% | 1552 | 13% | 908 | 25% | 2460 | 16% |
| Not Reported | 1590 | 18% | 840 | 25% | 2430 | 20% | 1758 | 17% | 846 | 25% | 2604 | 19% | 2144 | 19% | 1025 | 29% | 3169 | 20% |
| Total | 8979 | 100% | 3400 | 100% | 12379 | 100% | 10092 | 100% | 3324 | 100% | 13416 | 100% | 11714 | 100% | 3621 | 100% | 15335 | 100% |

| | 2014 Enrolled Students | | | | | | 2015 Enrolled Students | | | | | | 2016 Enrolled Students | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Top 7% | | Non-Top 7% | | Total | | Top 7% | | Non-Top 7% | | Total | | Top 8% | | Non-Top 8% | | Total | |
| Household Income / per year | N | % | N | % | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| Less Than $20,000 | 298 | 7% | 50 | 2% | 348 | 5% | 339 | 7% | 55 | 3% | 394 | 6% | 349 | 6% | 55 | 2% | 404 | 5% |
| $20,000 - $39,9999 | 449 | 10% | 96 | 5% | 545 | 9% | 573 | 12% | 72 | 4% | 645 | 10% | 628 | 12% | 83 | 4% | 711 | 9% |
| $40,000 - $59,999 | 466 | 11% | 115 | 6% | 581 | 9% | 518 | 11% | 89 | 5% | 607 | 9% | 532 | 10% | 117 | 5% | 649 | 8% |
| $60,000 - $79,999 | 399 | 9% | 97 | 5% | 496 | 8% | 409 | 9% | 94 | 5% | 503 | 7% | 410 | 8% | 131 | 6% | 541 | 7% |
| $80,000 - $99,999 | 342 | 8% | 125 | 6% | 467 | 7% | 404 | 8% | 118 | 6% | 522 | 8% | 413 | 8% | 96 | 4% | 509 | 7% |
| $100,000 - $149,999 | 688 | 16% | 316 | 15% | 1004 | 16% | 742 | 16% | 367 | 19% | 1109 | 16% | 853 | 16% | 336 | 15% | 1189 | 16% |
| $150,000 - $199,999 | 397 | 9% | 233 | 11% | 630 | 10% | 374 | 8% | 197 | 10% | 571 | 8% | 507 | 9% | 214 | 10% | 721 | 9% |
| More than $200,000 | 535 | 12% | 546 | 26% | 1081 | 17% | 583 | 12% | 487 | 25% | 1070 | 16% | 761 | 14% | 551 | 25% | 1312 | 17% |
| Not Reported | 736 | 17% | 483 | 23% | 1219 | 19% | 827 | 17% | 477 | 24% | 1304 | 19% | 976 | 18% | 625 | 28% | 1601 | 21% |
| Total | 4310 | 100% | 2061 | 100% | 6371 | 100% | 4769 | 100% | 1956 | 100% | 6725 | 100% | 5429 | 100% | 2208 | 100% | 7637 | 100% |

Source: The University of Texas Enrollment Analytics

In 2016, 30% of admitted students from Texas were Hispanic—another year in which the percentage of admitted Hispanic students rose by 2 points (28% in 2015 and 26% in 2014). The enrolled class was 26% Hispanic in 2016, up from 24% in 2015 and 22% in 2014. The percentage of Black students in the admitted class remained at 6% from 2015 to 2016; it was 5% in 2014. Black students make up 5% of the 2016 enrolled class, down from 6% in 2015 but still higher than 4% in 2014. Asian students saw a slight decrease in their admitted percentage, going from 22% in 2015 to 21% in 2016. Enrolled Asian students went from 24% in 2015 to 23% in 2016. (See Table 4.1.)

The percentage of White students admitted to and enrolling at UT Austin continued to decline in 2016. The percentage of White students admitted to the university in 2016 was 36%, down from 37% in 2015 and from 41% in 2014. For White enrolled students, the percentage went from 43% in 2014 to 40% in 2015 and to 38% in 2016. (See Table 4.1.)

When low income is considered to be those students who come from families with incomes of less than $60,000 a year, 26% of the admitted class and 22% of the enrolled class represent students from low-income categories. The percentage of the admitted class considered low-income is equal to the 2015 percentage; the percentage of the enrolled class in that category, however, is down from 25% in 2015. Table 4.2 shows that about 20% of students chose not to report income when applying for admission in 2016.