# Exhibit N

# The University of Texas at Austin

## Report to the Governor, the Lieutenant Governor, and the Speaker of the House of Representatives on the Implementation of SB 175, 81st Legislature For the period ending Fall 2013

Submitted by
William Powers Jr., President

December 20, 2013

## Summary

In response to the requirements of Senate Bill 175[1] of the 81st Texas Legislature, this 2013 report provides updates about the efforts The University of Texas at Austin has made in five specified areas.

**1. Increasing geographic diversity of the entering freshman class.**

Admission and enrollment percentages across geographic areas remained relatively stable over the past few years. The percentage of admitted and enrolled students from non-metropolitan TEA districts remained stable across district types, while metropolitan districts continued to supply the largest percentage of both admitted and enrolled students, reflecting the continued growth of the state's urban and suburban areas.

**2. Counseling and outreach efforts aimed at students qualified for automatic admissions.**

The University of Texas at Austin continues to participate in college fairs and to visit high schools throughout the state to inform eligible students about automatic admission to The University of Texas at Austin. Along with emphasizing the value of attending the university, information sessions held in regional centers and on campus provide students and families with information about application requirements and point them to the online resources and tools that can help them to complete the application process successfully. University personnel participated in more than 2,000 high school visits, college fairs, and information sessions.

This section also updates information about the mission and efforts of UT's Division of Diversity and Community Engagement and UT Outreach Centers and programs the division oversees. DDCE continues to serve 46 Texas high schools through the University Outreach Centers providing services to 2,553 students, including 912 high school seniors. UT Outreach Centers enrolled 80 UT Austin students in 2013. The Pre-College Academic Readiness Program (PCARP) targets high schools that are underrepresented in postsecondary institutions. Collectively, the three programs of PCARP (ChemBridge, SPURS, and Math Masters) enrolled 41 UT Austin students in 2013.

---

[1] See http://www.capitol.state.tx.us/BillLookup/History.aspx?LegSess=81R&Bill=SB175

**3. Recruiting Texas residents who graduate from other institutions of higher education to the University's graduate and professional degree programs.**

Among the 3,143 graduate students who enrolled for the first time in fall 2013, Texas residents made up the largest portion, 39%, as opposed to 34% from out of state, and 27% from abroad. Specific recruiting efforts included attending graduate school fairs in the southern and western parts of the state. UT staff attended 14 graduate recruiting fairs in the state and continued to offer fellowships for Texas residents, including some targeting South Texas and West Texas students.

**4. Recruiting students who are members of underrepresented demographic segments of the state's population.**

More than 80% of the Texas students admitted to the University in 2013 were automatically admitted under the provisions of SB 175 (Top 8%). The University admitted 12,413 applicants from Texas high schools – 9,963 of those Texas students were automatically admitted. From 2011 to 2013, representation among admitted Hispanic students from Texas increased from 25% to 28%, and representation for enrolled Hispanic students increased from 23% to 25%. The number of African Americans in the admitted class did show a slight decrease – from 6% to 5% in both the admitted and enrolled groups. Representation for admitted White students from Texas decreased from 45% to 42%, and for enrolled White students from Texas representation decreased from 46% to 44% during the same period (Table 4.1).

The University emphasizes recruitment of diverse students eligible for automatic admission and otherwise eligible students from underrepresented groups through local and on-campus events, information sessions, and communication activities conducted by the Office of Admissions. The success of many of these activities is enhanced through the participation and support of the university's colleges and schools as well as non-academic departments. Many academic and non-academic departments also reach out on their own and interact with prospective students and families to help ease transition to life as a University of Texas at Austin student.

**5. Assessing and improving the University's regional recruitment centers.**

The University's seven regional admissions centers make it possible for the Office of Admissions to provide events and services for prospective students and their families across Texas. Each year, the Office of Admissions increases its efforts to work with local schools, families, and alumni within communities across the state.

_____

This report describes the work of four University offices to address the goals, objectives, and spirit engendered in SB 175: the Office of Admissions, the Division of Diversity and Community Engagement, the Office of Student Financial Services, and the Graduate School.

The University of Texas at Austin is committed to the twin goals of diversity and excellence. Indeed we know that the latter cannot be achieved without the former, and a university of the first class cannot compromise either goal.

## 4. Recruiting Underrepresented Demographics

**"Recruiting students who are members of underrepresented demographic segments of the state's population"**

Students from 1,102 Texas high schools were admitted to the University in 2013; students from 921 of those Texas high schools actually enrolled. As seen in Table 1.1 the number of high schools represented in the entering class, shown by TEA district type, decreased 2%. Table 1.2 illustrates these shifts by TEA Regional Education Service Center (ESC).

For the admitted class of 2013 the University admitted 12,413 applicants from Texas high schools, a more typical number of admitted students for the University's enrollment goals. Of that number, 9,963 Texas students were automatically admitted under the provisions of SB 175 (Top 8%). This was 80% of the admitted class from Texas high schools, well above the 75% required by law. From 2011 to 2013, representation among admitted Hispanic students from Texas increased from 25% to 28% and increased for enrolled Hispanic students from 23% to 25%. The number of African Americans in the admitted class did show a slight decrease – from 6% to 5% in both the admitted and enrolled groups. Representation for admitted White students from Texas decreased from 45% to 42%, and for enrolled White students from Texas representation decreased from 46% to 44% during the same period (Table 4.1).

**Sources and Definitions of Data**

As the Office of Admissions collects and maintains data about students who apply to, are admitted to, and enroll in The University of Texas at Austin, it also secures information about the high schools students attend as well as the types of communities and the regions of the state in which those high schools are located. For purposes of this report, admitted students are those who are offered admission to the University as first-time freshmen, regardless of whether they accept the University's offer and enroll. Enrolled students are those admitted students who accept admission and are enrolled in classes as first-time freshmen on the 12th class day of the fall semester.

The success that the Office of Admissions has seen in recruiting underrepresented populations depends to some extent upon the support provided by the University's academic programs and the departments on campus that provide support for enrolled students. Representatives from the University's colleges and schools, for example, participate in admissions recruiting events on campus and attend regional events to provide prospective students and families with specific information about undergraduate majors and about the services and resources available on campus to help students succeed. In addition many academic departments interact with prospective students on their own and invite students to local events and to programs on campus designed to encourage the development of leadership skills and a college-going mindset among underrepresented populations.

**Recruiting SB 175-Eligible Students and Students from Underrepresented Groups**

Each year the Office of Admissions hosts a variety of campus and regional events for prospective and incoming students and their families. Participation in these events offers prospective students opportunities to engage with the academic community, interact with other prospects, and receive information regarding critical areas of the admissions and enrollment process from University staff.

**Admitted and Enrolled Students from Underrepresented Populations (Descriptive Statistics)**

The information in the following tables provides numbers for admitted and enrolled students for 2011, 2012, and 2013, including numbers and percentages, in each case, for students automatically admitted to the University. Percentages shown in Table 4.1 are rounded to the nearest whole number. The tables illustrate admitted and enrolled students by race and ethnicity (based on the state's reporting methodology in Table 4.1), household income (Table 4.2), and highest parental educational attainment (Table 4.3).

Race/Ethnicity, income, and parental education statistics are based on student-reported data from the ApplyTexas freshman application. (ApplyTexas is the state-mandated common application that students use to apply to colleges and universities in Texas.)

**Table 4.1: Distribution by Race/Ethnicity (using State Methodology) and Automatic Admission Status**

| Race/Ethnicity | 2011 Admitted Students | | | | | | 2012 Admitted Students | | | | | | 2013 Admitted Students | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Top 8% | | Non Top 8% | | Total | | Top 9% | | Non-Top 9% | | Total | | Top 8% | | Non Top 8% | | Total | |
| | N | % | N | % | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| American Indian or Alaskan Native | 15 | <1% | 12 | <1% | 27 | <1% | 22 | <1% | 8 | <1% | 30 | <1% | 8 | <1% | 2 | <1% | 10 | <1% |
| Asian | 1785 | 19% | 468 | 17% | 2253 | 19% | 1914 | 18% | 463 | 15% | 2377 | 17% | 1993 | 20% | 404 | 16% | 2397 | 19% |
| Black | 562 | 6% | 137 | 5% | 699 | 6% | 614 | 6% | 168 | 6% | 782 | 6% | 520 | 5% | 132 | 5% | 652 | 5% |
| Foreign | 257 | 3% | 57 | 2% | 314 | 3% | 321 | 3% | 61 | 2% | 382 | 3% | 273 | 3% | 39 | 2% | 312 | 3% |
| Hispanic | 2694 | 29% | 375 | 14% | 3069 | 25% | 3337 | 31% | 483 | 16% | 3820 | 28% | 3103 | 31% | 325 | 13% | 3428 | 28% |
| Native Hawaiian or Other Pacific Islander | 17 | <1% | 2 | <1% | 19 | <1% | 15 | <1% | 1 | <1% | 16 | <1% | 12 | <1% | 0 | <1% | 12 | <1% |
| White | 3802 | 41% | 1607 | 58% | 5409 | 45% | 4117 | 39% | 1737 | 57% | 5854 | 43% | 3747 | 38% | 1447 | 59% | 5194 | 42% |
| Multiracial | 232 | 2% | 84 | 3% | 316 | 3% | 270 | 3% | 117 | 4% | 387 | 3% | 275 | 3% | 74 | 3% | 349 | 3% |
| Not Reported | 19 | <1% | 15 | 1% | 34 | <1% | 15 | <1% | 9 | <1% | 24 | <1% | 32 | <1% | 27 | 1% | 59 | <1% |
| **Total** | **9383** | **100%** | **2757** | **100%** | **12140** | **100%** | **10625** | **100%** | **3047** | **100%** | **13672** | **100%** | **9963** | **100%** | **2450** | **100%** | **12413** | **100%** |

| Race/Ethnicity | 2011 Enrolled Students | | | | | | 2012 Enrolled Students | | | | | | 2013 Enrolled Students | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Top 8% | | Non Top 8% | | Total | | Top 9% | | Non-Top 9% | | Total | | Top 8% | | Non Top 8% | | Total | |
| | N | % | N | % | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| American Indian or Alaskan Native | 5 | <1% | 8 | <1% | 13 | <1% | 14 | <1% | 6 | <1% | 20 | <1% | 4 | <1% | 2 | <1% | 6 | <1% |
| Asian | 972 | 21% | 265 | 16% | 1237 | 20% | 1114 | 21% | 295 | 16% | 1409 | 19% | 1105 | 22% | 250 | 17% | 1355 | 21% |
| Black | 279 | 6% | 77 | 5% | 356 | 6% | 298 | 5% | 109 | 6% | 407 | 6% | 247 | 5% | 78 | 5% | 325 | 5% |
| Foreign | 130 | 3% | 39 | 2% | 169 | 3% | 153 | 3% | 35 | 2% | 188 | 3% | 99 | 2% | 23 | 2% | 122 | 2% |
| Hispanic | 1244 | 26% | 221 | 14% | 1465 | 23% | 1568 | 29% | 287 | 15% | 1855 | 25% | 1391 | 28% | 207 | 14% | 1598 | 25% |
| Native Hawaiian or Other Pacific Islander | 7 | <1% | 2 | <1% | 9 | <1% | 4 | <1% | 1 | <1% | 5 | <1% | 4 | <1% | 0 | <1% | 4 | <1% |
| White | 1944 | 41% | 956 | 59% | 2900 | 46% | 2128 | 39% | 1081 | 57% | 3209 | 44% | 1947 | 39% | 888 | 59% | 2835 | 44% |
| Multiracial | 122 | 3% | 49 | 3% | 171 | 3% | 135 | 2% | 66 | 4% | 201 | 3% | 144 | 3% | 49 | 3% | 193 | 3% |
| Not Reported | 9 | <1% | 7 | <1% | 16 | <1% | 11 | <1% | 5 | <1% | 16 | <1% | 16 | <1% | 14 | 1% | 30 | <1% |
| **Total** | **4712** | **100%** | **1624** | **100%** | **6336** | **100%** | **5425** | **100%** | **1885** | **100%** | **7310** | **100%** | **4957** | **100%** | **1511** | **100%** | **6468** | **100%** |

Source: The University of Texas Office of Admissions, Research Section