# Exhibit P

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> UNIVERSITY OF TEXAS AT AUSTIN et al., <br><br> *Defendants.* | Case No. 1:20-CV-763-RP |

## DECLARATION OF ▉

I, pursuant to 28 U.S.C. § 1746, declare the following:

1. I am over eighteen years old and of sound mind, have never been convicted of a felony, am capable of making this declaration, and am fully competent to declare as to these matters.

2. I attended ▉. I graduated from high school in 2022.

3. In the fall of 2021, I applied for admission to the University of Texas at Austin for the undergraduate class of 2026. In 2022, I learned that UT had denied my application for admission.

4. I am currently attending ▉

5. I am able and ready to apply to transfer to UT were a court to order UT to stop knowing or considering race or ethnicity when making admissions decisions. Absent a court order, I have no confidence that UT will conduct its admissions process in a colorblind manner, given that UT has a long history of using and defending racial preferences, UT has not blinded its admissions officers to learning an applicant's race, and UT's admissions officers will continue to be provided aggregate data on the racial composition of the admitted class.

6. I became a member of Students for Fair Admissions in February 2022 because I support its mission and believe that UT and many other colleges and universities wrongly discriminate on the basis of race in their admissions process.

7. I paid the membership fee when I joined SFFA in February 2022.

8. I have agreed to participate in SFFA's lawsuit against UT and have received updates about the status of the case from Mr. Blum and from SFFA's attorneys. They have answered my questions and afforded me the opportunity to have input and direction on SFFA's case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this day, November 22, 2023.

