# EXHIBIT 1

Regents' Rules and Regulations Rule 40304

**The University of Texas System**
**Rules and Regulations of the Board of Regents**                                              **Rule: 40304**

1. **Title**

    Affirmative Action Plans

2. **Rule and Regulation**

    Sec. 1   Authorization to Develop Plans.  Each institution is authorized to develop and propose plans regarding whether to consider an applicant's race and ethnicity, as part of the institution's admissions or financial assistance policies, in accordance with the standards enunciated in the United States Supreme Court cases of *Grutter v. Bollinger* and *Gratz v. Bollinger*. Initial responsibility for developing and proposing such admissions and financial assistance policies may be further delegated within each institution to colleges, departments, or other programs.

    Sec. 2   Inadequacy of Race-Neutral Alternatives.  No institution or program shall propose to consider race or ethnicity unless it finds, after serious and good faith consideration, that race-neutral alternatives are inadequate. This consideration may include the degree of diversity attainable with race-neutral methods and the impact on other academic objectives of exclusive reliance on those race-neutral methods.

    Sec. 3   Development of a Plan.  Any institution or program that proposes to consider race or ethnicity shall develop a written plan. Any such plan must provide for individualized and holistic review of applicant files, in which race and ethnicity are among a broader array of qualifications and characteristics considered. Any such plan must also provide for periodic review of whether, and to what extent, the plan is still needed or needs revisions.

    Sec. 4   Approval of Plan.  Any proposal for admissions or financial assistance policies that considers race and ethnicity among an array of qualifications and characteristics, and any subsequent revisions to such policies, must be reviewed and approved by System Administration's Office of General Counsel, and by the appropriate Executive Vice Chancellor, prior to implementation.

    Sec. 5   Review of Policy.  The Board of Regents shall review the policy expressed herein every five years.

3. **Definitions**

    None

**The University of Texas System**
**Rules and Regulations of the Board of Regents**           **Rule: 40304**

4. **Relevant Federal and State Statutes**

    None

5. **Relevant System Policies, Procedures, and Forms**

    None

6. **Who Should Know**

    Administrators
    Admission Officers
    Students

7. **System Administration Office(s) Responsible for Rule**

    Office of Academic Affairs
    Office of Health Affairs

8. **Dates Approved or Amended**

    Regents' Rules Revision History

9. **Contact Information**

    Questions or comments regarding this Rule should be directed to:

    - bor@utsystem.edu