# EXHIBIT 1

Supplemental Declaration of Miguel Wasielewski

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| STUDENTS FOR FAIR ADMISSIONS INC., <br> Plaintiff, <br><br> v. <br><br> UNIVERSITY OF TEXAS AT AUSTIN; et al., <br> Defendants. | § § § § § § § § § | Cause No. 1:20-cv-763-RP |

**SUPPLEMENTAL DECLARATION OF MIGUEL WASIELEWSKI**

I, Miguel Wasielewski, under penalty of perjury pursuant to 28 U.S.C. § 1746, hereby declare the following facts stated herein are based on my personal knowledge and are true and correct:

1. My name is Miguel Wasielewski. I am the Vice Provost of Admissions at the University of Texas at Austin ("UT Austin"). I submit this supplemental declaration to describe UT Austin's handling of data on the race and ethnicity of applicants after the United States Supreme Court's decision in *Students for Fair Admissions, Inc. v. President & Fellows of Harvard College*, 600 U.S. 181 (2023).

2. As explained in my previous declaration, both the Common App and Apply Texas platforms include prompts for an applicant to identify their race and ethnicity. The responses to these prompts are commonly referred to as "checkbox" data. Providing this information is voluntary — that is, no one has to identify their race and ethnicity in response to the prompt in order to submit a complete application for admission to UT Austin.

3. When UT Austin receives an application through the Common App or Apply Texas, UT Austin removes the applicant's response to the prompt on race and ethnicity from the application file. The checkbox data is not part of the holistic review file that is furnished in connection with holistic review scoring, and does not play a role in any other part of the process for deciding whether to grant or deny admission to a student. During training, all admissions personnel are instructed that

(a) neither race nor ethnicity may be considered as a factor in scoring a file or making an admissions decision, and (b) a file reviewer may not review or consider any materials or information outside the application file (such as the checkbox data) in assigning a holistic review score. It would be a violation of UT's policies and training for anyone to access an applicant's checkbox data when reviewing an individual's file during holistic review.

4. UT Austin retains the checkbox data on the race and ethnicity of applicants solely for purposes other than admissions decisions. For example, UT Austin — like all public colleges in Texas — must report information on the race and ethnicity of applicants to the Texas Higher Education Coordinating Board. In addition, admissions staff responsible for recruitment of admitted students may consult checkbox data on race and ethnicity when conducting outreach to encourage a student to enroll. For example, if an admitted student identifies as Black, an admissions officer may provide that person with information on opportunities on campus that might be of interest to that student, such as the Black Students Alliance. But the data on an applicant's race and ethnicity is not used in making admissions decisions in the first instance.

5. The checkbox data is stored on a computer database maintained by UT Austin. There are about 85 full-time staff members in UT Austin's admissions office. All of those employees have access to UT's database system that contains the checkbox data. But it would be a violation of UT's policies and training for any employee to access that information when reviewing a file during holistic review or otherwise use the checkbox data to assess an applicant for admission.

6. Each year, UT Austin also hires about 100 persons as seasonal employees specifically to review and score files as part of the holistic review process. These seasonal employees do not have access to UT Austin's database, and thus do not have the ability to access the checkbox data. Holistic review happens in a separate module where an applicant's race or ethnicity is not presented, and reviewers are instructed to consider only what is in the module in assigning a holistic review score.

7. Full-time admissions officers also have access to a "dashboard" of aggregated data showing numbers of persons who have applied to, been admitted to, and enrolled at UT Austin. The dashboard can be filtered to display aggregate information on the demographic characteristics of persons who apply, are admitted, and enroll at UT Austin. For instance, the dashboard can display demographic information such as the percentages of in-state students, or students in the top 10% of their high school class, or the percentages of males and females. Drawing on the checkbox data, the dashboard can also display aggregate percentages of race and ethnicity for applicants, admitted students, and enrolled students at any given time. This dashboard is used for tracking and reporting on trends in the composition of the population of students who apply to, are admitted to, and enroll at UT Austin, but the dashboard does not play a role in assessing any individual student's application for admission.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED on 2024-01-09 | 16:35:56 PST.

*Miguel Wasielewski*
Miguel Wasielewski
Vice Provost of Admissions
University of Texas at Austin