IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., | § § | |
| Plaintiff, | § § | |
| v. | § § | 1:20-CV-763-RP |
| UNIVERSITY OF TEXAS AT AUSTIN, et al., | § § | |
| Defendants. | § § | |

### AMENDED FINAL JUDGMENT

On this date, the Court entered an order granting Defendants'[1] Motion to Dismiss for Mootness, (Dkt. 85), and Defendant-Intervenors'[2] Motion to Dismiss for Mootness, (Dkt. 86). The Court's order dismissed as moot Plaintiff Students for Fair Admissions, Inc.'s ("SFFA") claims. Because the Court found that the case is moot, the Court did not reach SFFA's cross-motion for summary judgment, (Dkt. 87).

---

[1] Defendants are The University of Texas at Austin ("UT Austin"); the Board of Regents of the University of Texas System (the "UT System Board of Regents"); James B. Milliken, Chancellor of the University of Texas System in his Official Capacity; Steven Leslie, Executive Vice Chancellor for Academic Affairs of the University of Texas System in his Official Capacity; Daniel H. Sharphorn, Vice Chancellor and General Counsel of the University of Texas System in his Official Capacity; Jay Hartzell, President of the University of Texas at Austin in his Official Capacity; David J. Beck, Christina Melton Crain, Kevin P. Eltife, R. Steven Hicks, Jodie Lee Jiles, Janiece Longoria, Nolan Perez, Kelcy L. Warren, and James C. "Rad" Weaver, as Members of the Board of Regents in their Official Capacities; Daniel Jaffe, Interim Executive Vice President and Provost; Rachelle Hernandez, Senior Vice Provost for Enrollment Management and Student Success; and Miguel Wasielewski, Executive Director for Office of Admissions.

[2] Defendant-Intervenors are eight UT Austin students—Adaylin Alvarez, Morgan Bennett, Brianna Mallorie McBride, Liz Kufour, Desiree Ortega-Santiago, Nima Rahman, Alexandra Trujillo, and Rosaleen Xiong—and three organizations—the Texas National Association for the Advancement of Colored People (the "Texas NAACP"), the Black Student Alliance (the "BSA"), and the Texas Orange Jackets. (*See* Order, Dkt. 35).

As nothing remains to resolve, the Court renders Amended Final Judgment pursuant to Federal Rule of Civil Procedure 58.

Accordingly, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on July 15, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE