# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> UNIVERSITY OF TEXAS AT AUSTIN, et al., <br><br> *Defendants*. | Case No. 1:20-cv-763-RP |

## PLAINTIFF'S NOTICE OF APPEAL

Plaintiff Students for Fair Admissions, Inc. (SFFA) now appeals to the U.S. Court of Appeals for the Fifth Circuit this Court's Order and Amended Final Judgment entered on July 15, 2024, granting Defendants' Motion to Dismiss for Mootness (Dkt. 85), granting Defendant-Intervenors' Motion to Dismiss for Mootness (Dkt. 86), and dismissing as moot SFFA's claims. *See* Dkt. Nos. 94-95.

Respectfully submitted,

*/s/ Cameron T. Norris*

Thomas R. McCarthy (*pro hac vice*)
J. Michael Connolly
Cameron T. Norris
Steven C. Begakis (*pro hac vice*)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
mike@consovoymccarthy.com
cam@consovoymccarthy.com
steven@consovoymccarthy.com

*Counsel for Plaintiff Students for Fair Admissions, Inc.*

Dated: July 26, 2024

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record via the Court's electronic filing and service on July 26, 2024.

/s/ *Cameron T. Norris*

Cameron T. Norris