**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., | |
| *Plaintiff*, | |
| v. | Case No. 1:20-cv-00763-RP |
| UNIVERSITY OF TEXAS AT AUSTIN, et al., | |
| *Defendants*, | |
| THE BLACK STUDENT ALLIANCE, et al., | |
| *Defendant-Intervenors*. | |

## DEFENDANT-INTERVENORS' UNOPPOSED MOTION TO WITHDRAW DAVID HINOJOSA AS COUNSEL

Pursuant to Local Rule AT-3, Black Student Alliance, et al., Defendant-Intervenors, respectfully move this Court for David Hinojosa ("Counsel") to be permitted to withdraw as counsel for Defendants-Intervenors in this matter. Counsel will no longer be employed with the Lawyers' Committee for Civil Rights Under Law ("Lawyers' Committee") after August 9, 2024. No party opposes this motion, and the relief sought will not affect any Court schedules or deadlines, as Defendant-Intervenors will continue to be represented by attorneys with the Lawyers' Committee and Hunton Andrews Kurth.

WHEREFORE, Defendant-Intervenors pray that the Court grant this Motion for Withdrawal of Counsel in the above-styled and numbered cause, and that Counsel be discharged from any further responsibility for this matter.

1

Dated: August 6, 2024

Respectfully submitted,

*/s/ David Hinojosa*
David Hinojosa
State Bar No. 24010689
Maya Brodziak (pro hac vice)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
UNDER LAW
1500 K St. NW, Suite 900
Washington, DC 20005
Telephone: (202) 662-8600
dhinojosa@lawyerscommittee.org
mbrodziak@lawyerscommittee.org

Brian C. Pidcock
State Bar No. 24074895
HUNTON ANDREWS KURTH LLP
600 Travis St.
Houston, TX 77002
Tel. (713) 220-4200
brianpidcock@HuntonAK.com

*Counsel for Defendant-Intervenors*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 6, 2024, I electronically filed the foregoing Motion via the

Court's CM/ECF system, which effects service upon all counsel of record.


Dated: August 6, 2024                                    */s/ David Hinojosa*
                                                         David Hinojosa