# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> UNIVERSITY OF TEXAS AT AUSTIN, et al., <br><br> *Defendants*, <br><br> THE BLACK STUDENT ALLIANCE, et al., <br><br> *Defendant-Intervenors*. | Case No. 1:20-cv-00763-RP |

## [PROPOSED] ORDER ON UNOPPOSED MOTION TO WITHDRAW COUNSEL

Before this Court is Defendant-Intervenors' Unopposed Motion to Withdraw David Hinojosa as Counsel.

IT IS ORDERED that the Motion is GRANTED and that David Hinojosa is hereby terminated as counsel in this case.

SIGNED this __ day of August 2024.

---

HON. ROBERT PITMAN
UNITED STATE DISTRICT JUDGE